AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of ~~COLUMBIA~~ DELAWARE

DUNCAN T. MILLER
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

~~UNITED STATES~~
IN RE KAISER ALUMINUM
Defendant

CASE NUMBER:

I, DUNCAN T. MILLER, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  SPOKANE CO. JAIL
   Are you employed at the institution? NO  Do you receive any payment from the institution? NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   SSA DISABLED SINCE 10/00

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☒ Yes   ☐ No  SSA $720/mo
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

PG 3 OF 6

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   D.J. McVeigh, son, 15
   Paige McVeigh, daughter, 10

I declare under penalty of perjury that the above information is true and correct.

7/5/05                                           [signature]
_____                                _____
Date                                             Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ United States Judge   Date | _____ _____ United States Judge   Date |

p6 4 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLUMBIA~~ DELAWARE

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

IN RE KAISER

Re: ~~MCNEIL~~ v. ~~UNITED STATES~~

Civil Action No. _____

I, DUNCAN T. MCNEIL # CWT293752, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $150.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

PG 5 OF 6

```
                           SPOKANE COUNTY JAIL
          ====================================================
                          Resident Account Summary
                        Thursday, June 30, 2005 @10:02
          ====================================================
For IDENT Number: 293752     MCNEIL, DUNCAN J
------------------------------------------------------------------------------
  Date      Transaction  Description               Amount    Balance   Owed     Held    Reference
------------------------------------------------------------------------------
06/29/2005  MEDICAL      RX MAY                     24.00     0.00    697.90    0.00
06/29/2005  INP          OID:100056040-ComisaryPur   3.50     0.00    673.90    0.00
06/20/2005  INP          OID:100055342-ComisaryPur   3.50     0.00    670.40    0.00
06/13/2005  INP          OID:100054904-ComisaryPur   3.50     0.00    666.90    0.00
06/06/2005  INP          OID:100054462-ComisaryPur   3.50     0.00    663.40    0.00
06/02/2005  MEDICAL      RX APRIL                   35.85     0.00    659.90    0.00
06/02/2005  MEDICAL      RX MARCH                   40.70     0.00    624.05    0.00
05/27/2005  INP          OID:100054023-ComisaryPur   3.50     0.00    583.35    0.00
05/20/2005  MEDICAL      DENTAL 5/19/05             12.00     0.00    579.85    0.00
05/18/2005  INP          OID:100053331-ComisaryPur   3.50     0.00    567.85    0.00
05/11/2005  INP          OID:100052806-ComisaryPur   3.50     0.00    564.35    0.00
05/04/2005  INP          OID:100052439-ComisaryPur   3.70     0.00    560.85    0.00
04/27/2005  INP          OID:100052018-ComisaryPur   3.70     0.00    557.15    0.00
04/20/2005  INP          OID:100051599-ComisaryPur   3.70     0.00    553.45    0.00
04/13/2005  INP          OID:100051172-ComisaryPur   3.37     0.00    549.75    0.00
04/06/2005  INP          OID:100050768-ComisaryPur   3.70     0.00    546.38    0.00
03/30/2005  INP          OID:100050336-ComisaryPur   3.70     0.00    542.68    0.00
03/23/2005  INP          OID:100049966-ComisaryPur   3.54     0.00    538.98    0.00
03/16/2005  MEDICAL      DENTAL 3/15/05             12.00     0.00    535.44    0.00
03/16/2005  MEDICAL      MD 3/14/05                 12.00     0.00    523.44    0.00
03/14/2005  INP          OID:100049080-ComisaryPur   3.54     0.00    511.44    0.00
03/11/2005  MEDICAL      RX FEB                     47.45     0.00    507.90    0.00
03/09/2005  BOOKIN CASH  INITIAL DEPOSIT - REINSTA   0.00     0.00    460.45    0.00
02/18/2005  MEDICAL      RX JANUARY                  6.00     0.00    460.45    0.00
02/14/2005  INP          OID:100047349-ComisaryPur   3.54     0.00    454.45    0.00
02/07/2005  MEDICAL      MD 2/7/05                  12.00     0.00    450.91    0.00
02/07/2005  INP          OID:100046882-ComisaryPur   3.54     0.00    438.91    0.00
01/31/2005  INP          OID:100046399-ComisaryPur   3.54     0.00    435.37    0.00
01/19/2005  MEDICAL      RX DECEMBER                36.00     0.00    431.83    0.00
12/20/2004  INP          OID:100043439-ComisaryPur   3.51     0.00    395.83    0.00
12/16/2004  MEDICAL      RX NOVEMBER                12.00     0.00    392.32    0.00
12/10/2004  INTAKE FEE   MCNEIL, DUNCAN J           89.12     0.00    380.32    0.00
12/10/2004  <INTAKE FEE  Payment for INTAKE FEE on  -1.47     0.00    291.20    0.00
12/10/2004  BOOKIN CASH  INITIAL DEPOSIT             1.47     1.47    292.67    0.00
11/19/2004  MEDICAL      RX OCT                     30.00     0.00    292.67    0.00
11/08/2004  INP          OID:100040537-ComisaryPur   4.05     0.00    262.67    0.00
11/01/2004  INP          OID:100039969-ComisaryPur   4.05     0.00    258.62    0.00
10/25/2004  INP          OID:100039555-ComisaryPur   4.05     0.00    254.57    0.00
10/20/2004  BOOKIN CASH  INITIAL DEPOSIT - REINSTA   0.00     0.00    250.52    0.00
10/18/2004  INP          OID:100039049-ComisaryPur   4.05     0.00    250.52    0.00
10/13/2004  MEDICAL      RX SEPTEMBER               24.00     0.00    246.47    0.00
10/11/2004  INP          OID:100038546-ComisaryPur   4.05     0.00    222.47    0.00
10/05/2004  MEDICAL      MD 10/4/04                 12.00     0.00    218.42    0.00
10/04/2004  INP          OID:100037931-ComisaryPur   4.05     0.00    206.42    0.00
09/30/2004  MEDICAL      MILK OF MAGNESIA  PREP H    6.60     0.00    202.37    0.00
09/27/2004  INP          OID:100037599-ComisaryPur   3.73     0.00    195.77    0.00
09/20/2004  INP          OID:100036903-ComisaryPur   3.73     0.00    192.04    0.00
09/14/2004  INTAKE FEE   MCNEIL, DUNCAN J           89.12     0.00    188.31    0.00
09/14/2004  BOOKIN CASH  INITIAL DEPOSIT - REINSTA   0.00     0.00     99.19    0.00
05/04/2004  INTAKE FEE   1-1-04 TO 5-4-04           89.12     0.00     99.19    0.00
04/28/2004  <MEDICAL>    MD                         -1.93     0.00     10.07    0.00
04/28/2004  MEDICAL      MD                         12.00     1.93     12.00    0.00
04/28/2004  EPR          OID:100027639-ComisaryPur -18.07     1.93      0.00    0.00
04/27/2004  RECEIPT CHK  ALAN MCNEIL USPS MO 06994  20.00    20.00      0.00    0.00
04/22/2004  PAYOUT REL   DSHS IN 4871523 546-25-42 -40.00     0.00      0.00    0.00
04/21/2004  RECEIPT CAS  FROM SHELLEY TOONE         40.00    40.00      0.00    0.00
```

THIS IS TO CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL WHICH IS ON FILE AND RECORDED IN THE OFFICE OF THE SPOKANE COUNTY JAIL, SPOKANE, WASHINGTON DATED THIS _30th_ DAY OF _June_ 20 _05_  BY: _[signature]_  TITLE: _Jail Office Supervisor_

# UNITED STATES DISTRICT COURT

District of ~~COLUMBIA~~ DELAWARE

DUNCAN T. MILLER
Plaintiff

V.

~~UNITED STATES~~
IN RE HARRER ALUMINUM
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, DUNCAN T. MILLER declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  SUSSEX CO. JAIL

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   SSA DISABLED SINCE 10/00

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☒ Yes    ☐ No    SSA $570/mo
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

PG 3 OF 6

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   D.J. MEVEIL, SON, 15
   PAIGE MEVEIL, DAUGHTER, 10

I declare under penalty of perjury that the above information is true and correct.

7/5/05 _____    _____
Date                                Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge    Date | _____  _____<br>United States Judge    Date |

P6 4 OF 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLUMBIA~~ DELAWARE

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

IN RE KAISER

Re: _MCNEIL_ v. ~~UNITED STATES~~

Civil Action No. _____

I, _DUNCAN T. MCNEIL # CWT#293752_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $150.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

PG 5 OF 6

```
                              SPOKANE COUNTY JAIL
                            =======================
                             Resident Account Summary
                           Thursday, June 30, 2005  @10:02
                         ===================================

For IDENT Number: 293752    MCNEIL, DUNCAN J
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 06/29/2005 | MEDICAL | RX MAY | 24.00 | 0.00 | 697.90 | 0.00 | |
| 06/29/2005 | INP | OID:100056040-ComisaryPur | 3.50 | 0.00 | 673.90 | 0.00 | |
| 06/20/2005 | INP | OID:100055342-ComisaryPur | 3.50 | 0.00 | 670.40 | 0.00 | |
| 06/13/2005 | INP | OID:100054904-ComisaryPur | 3.50 | 0.00 | 666.90 | 0.00 | |
| 06/06/2005 | INP | OID:100054462-ComisaryPur | 3.50 | 0.00 | 663.40 | 0.00 | |
| 06/02/2005 | MEDICAL | RX APRIL | 35.85 | 0.00 | 659.90 | 0.00 | |
| 06/02/2005 | MEDICAL | RX MARCH | 40.70 | 0.00 | 624.05 | 0.00 | |
| 05/27/2005 | INP | OID:100054023-ComisaryPur | 3.50 | 0.00 | 583.35 | 0.00 | |
| 05/20/2005 | MEDICAL | DENTAL 5/19/05 | 12.00 | 0.00 | 579.85 | 0.00 | |
| 05/18/2005 | INP | OID:100053331-ComisaryPur | 3.50 | 0.00 | 567.85 | 0.00 | |
| 05/11/2005 | INP | OID:100052806-ComisaryPur | 3.50 | 0.00 | 564.35 | 0.00 | |
| 05/04/2005 | INP | OID:100052439-ComisaryPur | 3.70 | 0.00 | 560.85 | 0.00 | |
| 04/27/2005 | INP | OID:100052018-ComisaryPur | 3.70 | 0.00 | 557.15 | 0.00 | |
| 04/20/2005 | INP | OID:100051599-ComisaryPur | 3.70 | 0.00 | 553.45 | 0.00 | |
| 04/13/2005 | INP | OID:100051172-ComisaryPur | 3.37 | 0.00 | 549.75 | 0.00 | |
| 04/06/2005 | INP | OID:100050768-ComisaryPur | 3.70 | 0.00 | 546.38 | 0.00 | |
| 03/30/2005 | INP | OID:100050336-ComisaryPur | 3.70 | 0.00 | 542.68 | 0.00 | |
| 03/23/2005 | INP | OID:100049966-ComisaryPur | 3.54 | 0.00 | 538.98 | 0.00 | |
| 03/16/2005 | MEDICAL | DENTAL 3/15/05 | 12.00 | 0.00 | 535.44 | 0.00 | |
| 03/16/2005 | MEDICAL | MD 3/14/05 | 12.00 | 0.00 | 523.44 | 0.00 | |
| 03/14/2005 | INP | OID:100049080-ComisaryPur | 3.54 | 0.00 | 511.44 | 0.00 | |
| 03/11/2005 | MEDICAL | RX FEB | 47.45 | 0.00 | 507.90 | 0.00 | |
| 03/09/2005 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 460.45 | 0.00 | |
| 02/18/2005 | MEDICAL | RX JANUARY | 6.00 | 0.00 | 460.45 | 0.00 | |
| 02/14/2005 | INP | OID:100047349-ComisaryPur | 3.54 | 0.00 | 454.45 | 0.00 | |
| 02/07/2005 | MEDICAL | MD 2/7/05 | 12.00 | 0.00 | 450.91 | 0.00 | |
| 02/07/2005 | INP | OID:100046882-ComisaryPur | 3.54 | 0.00 | 438.91 | 0.00 | |
| 01/31/2005 | INP | OID:100046399-ComisaryPur | 3.54 | 0.00 | 435.37 | 0.00 | |
| 01/19/2005 | MEDICAL | RX DECEMBER | 36.00 | 0.00 | 431.83 | 0.00 | |
| 12/20/2004 | INP | OID:100043439-ComisaryPur | 3.51 | 0.00 | 395.83 | 0.00 | |
| 12/16/2004 | MEDICAL | RX NOVEMBER | 12.00 | 0.00 | 392.32 | 0.00 | |
| 12/10/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 380.32 | 0.00 | |
| 12/10/2004 | <INTAKE FEE | Payment for INTAKE FEE on | -1.47 | 0.00 | 291.20 | 0.00 | |
| 12/10/2004 | BOOKIN CASH | INITIAL DEPOSIT | 1.47 | 1.47 | 292.67 | 0.00 | |
| 11/19/2004 | MEDICAL | RX OCT | 30.00 | 0.00 | 292.67 | 0.00 | |
| 11/08/2004 | INP | OID:100040537-ComisaryPur | 4.05 | 0.00 | 262.67 | 0.00 | |
| 11/01/2004 | INP | OID:100039969-ComisaryPur | 4.05 | 0.00 | 258.62 | 0.00 | |
| 10/25/2004 | INP | OID:100039555-ComisaryPur | 4.05 | 0.00 | 254.57 | 0.00 | |
| 10/20/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 250.52 | 0.00 | |
| 10/18/2004 | INP | OID:100039049-ComisaryPur | 4.05 | 0.00 | 250.52 | 0.00 | |
| 10/13/2004 | MEDICAL | RX SEPTEMBER | 24.00 | 0.00 | 246.47 | 0.00 | |
| 10/11/2004 | INP | OID:100038546-ComisaryPur | 4.05 | 0.00 | 222.47 | 0.00 | |
| 10/05/2004 | MEDICAL | MD 10/4/04 | 12.00 | 0.00 | 218.42 | 0.00 | |
| 10/04/2004 | INP | OID:100037931-ComisaryPur | 4.05 | 0.00 | 206.42 | 0.00 | |
| 09/30/2004 | MEDICAL | MILK OF MAGNESIA PREP H | 6.60 | 0.00 | 202.37 | 0.00 | |
| 09/27/2004 | INP | OID:100037599-ComisaryPur | 3.73 | 0.00 | 195.77 | 0.00 | |
| 09/20/2004 | INP | OID:100036903-ComisaryPur | 3.73 | 0.00 | 192.04 | 0.00 | |
| 09/14/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 188.31 | 0.00 | |
| 09/14/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 99.19 | 0.00 | |
| 05/04/2004 | INTAKE FEE | 1-1-04 TO 5-4-04 | 89.12 | 0.00 | 99.19 | 0.00 | |
| 04/28/2004 | <MEDICAL> | MD | -1.93 | 0.00 | 10.07 | 0.00 | |
| 04/28/2004 | MEDICAL | MD | 12.00 | 1.93 | 12.00 | 0.00 | |
| 04/28/2004 | EPR | OID:100027639-ComisaryPur | -18.07 | 1.93 | 0.00 | 0.00 | |
| 04/27/2004 | RECEIPT CHK | ALAN MCNEIL USPS MO 06994 | 20.00 | 20.00 | 0.00 | 0.00 | |
| 04/22/2004 | PAYOUT REL | DSHS IN 4871523 546-25-42 | -40.00 | 0.00 | 0.00 | 0.00 | |
| 04/21/2004 | RECEIPT CAS | FROM SHELLEY TOONE | 40.00 | 40.00 | 0.00 | 0.00 | |

Page 1

*[handwritten: pg 6 of 6]*

*[stamp at right: IT IS TO CERTIFY THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL WHICH IS ON FILE AND RECORDED IN THE OFFICE OF THE SPOKANE COUNTY JAIL, SPOKANE, WASHINGTON DATED THIS ___ DAY OF ___ 20___ BY: ___ TITLE: ___]*