DUNCAN J. MCNEIL III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISONER-APPELLANT

MO-003
7/5/05
19:00

FILED
2005 JUL 11 AM 11:37
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE
KAISER ALUMINUM
  CORPORATION

CASE NO. 02-10429 (JKF)

NOTICE OF APPEAL TO U.S. DISTRICT COURT OF "ORDER REDUCING AND RECLASSIFYING CERTAIN CLAIMS..." (OMNIBUS OBJECTION NO. 22) & IFP APPLICATION
HEARING DATE: 6/27/05 1:30pm
RE: DOCKET NO. 6829;
AGENDA NO. 8

PLEASE TAKE NOTICE THAT THE UNDERSIGNED INDIGENT DISABLED PRISONER APPELLANT HEREBY APPEALS TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELEWARE, PURSUANT TO 28 U.S.C § 1915, ON A REQUEST FOR IFP WAIV FOR OF FEES, THE "ORDER REDUCING AND RECLASSIFYING CERTAIN CLAIMS THAT ASSERT LIABILITIES IN EXCESS..." (OMNIBUS OBJECTION NO. 22) HEARD 6/27/05 @ 1:30 p.m;

PG 1 OF 6

1. RE: DOCKET No. 6829; AGENDA
2. No. 8, ENTERED ON OR ABOUT
3. 
4. 6/27/05.
5. 
6. I HEREBY CERTIFY THAT I
7. PLACED IN THE OUTGOING MAIL AT ON 7/5/05
8. SPOKANE CO. JAIL, BY PLACING
9. THIS NOA INTO THE OUTGOING
10. INDIGENT MAIL AT SCJ-SW-
11. 26 ON 7/5/05 AT 19:00, PURSUANT
12. TO THE MAIL RULES OF MY INSTITUTION.
13. 
14. I DECLARE THE FOREGOING TO
15. BE TRUE AND CORRECT UNDER THE
16. PENALTY OF PERJURY PURSUANT TO
17. THE LAWS OF THE UNITED STATES,
18. EXECUTED 7/5/05, AT 19:00 AT
19. 
20. SCJ, SW. 26
21. 
22. 
23. DATED: 7/5/05                    [signature]
24.                                  APPELLANT
25. 
26. 
27. 
28. 

PG 2 OF 6