IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Jointly Administered |
| | : | Case No. 02-10429 (JKF) |
| **KAISER ALUMINUM CORPORATION,** | : | |
| a Delaware corporation, <u>et al.</u>, | : | Chapter 11 |
| | : | |
| | : | Hearing Date: 06/27/05 @ 1:30 p.m. |
| Debtors. | : | Re: Docket No. 6829; Agenda No. 8 |
| | : | |

**ORDER REDUCING AND RECLASSIFYING CERTAIN CLAIMS
THAT ASSERT LIABILITIES IN EXCESS OF THE AMOUNTS
OWED AND IMPROPERLY ASSERT AN ENTITLEMENT
TO SECURED OR PRIORITY STATUS (OMNIBUS OBJECTION NO. 22)**

This matter coming before the Court on the Verified, Substantive Motion for an Order Reducing and Reclassifying Certain Claims that Assert Liabilities in Excess of the Amounts Owed and Improperly Assert an Entitlement to Secured or Priority Status (Omnibus Objection No. 22) (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having (a) entered an order on October 29, 2002 establishing January 31, 2003 (for the Debtors that filed in 2002) as the bar date by which most entities wishing to assert a claim, other than asbestos-related personal injury claims and certain types of Louisiana personal injury claims, must file a proof of claim; (b) reviewed the Motion, the Affidavit of Edward F. Houff attached thereto as Exhibit B (the "Houff Affidavit") and all other related pleadings, including, but not limited to, the Response of Ralph L. Sheneman re Claim No. 11316 (D.I. 6912) and the Objection to Debtor's Motion to Reduce/Reclassify Claims filed by Duncan J. McNeil, III (D.I. 6946); and (c) heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"). The Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Motion and the

Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and the Houff Affidavit and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. All capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. All objections to the Motion are overruled.

4. Each of the Claims is reduced to the amount listed in the column labeled "Reduced Claim Amount" on Exhibit A attached hereto, pursuant to section 502 of the Bankruptcy Code.

5. Each of the Claims is reclassified, in whole or in part, as a general unsecured non-priority claim as provided in the column labeled "Modified Priority Status" on Exhibit A attached hereto, pursuant to section 502 of the Bankruptcy Code.

6. This Court shall retain jurisdiction over the Debtors and the Claimants whose claims are subject to the Motion and this Order with respect to any matters relating to or arising from the Motion or the implementation of this Order.

7. The Debtors, the Debtors' claims and noticing agent, Logan & Company, Inc., and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

Dated: 6/27, 2005

_____
UNITED STATES BANKRUPTCY JUDGE