IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Jointly Administered |
| | : | Case No. 02-10429 (JKF) |
| KAISER ALUMINUM CORPORATION, | : | |
| a Delaware corporation, et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Hearing Date: 06/27/2005 @ 1:30 p.m. |
| | : | Re: Docket No. 1; Agenda No. 6634 |

ORDER APPROVING CONSENT DECREE
SETTLING CERTAIN ENVIRONMENTAL CLAIMS OF THE
STATE OF WASHINGTON AND AVISTA DEVELOPMENT, INC.
RELATING TO THE SPOKANE RIVER (INCLUDING THE UPRIVER DAM)

This matter coming before the Court on the Motion for an Order Approving Consent Decree Settling Certain Environmental Claims of the State of Washington and Avista Development, Inc. Relating to the Spokane River (Including Upriver Dam) (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having (a) reviewed the Motion and all pleadings related thereto and (b) heard the statements of counsel with respect to the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances; and (d) the settlement embodied in the Consent Decree is reasonable and in the best interests of the Debtors' estates; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion or in the Consent Decree.

DLI-5929732v1
RLF1-2892098-1

3. The Consent Decree, including all of its terms and conditions, is hereby approved, and once the Consent Decree becomes effective in accordance with its terms, it shall be fully enforceable.

4. The automatic stay is modified to the extent necessary to permit the Debtors, the State of Washington and Avista Development, Inc. to consummate the Consent Decree, and the Debtors, their officers, employees and agents are authorized to execute such documents and to take such acts as are necessary and appropriate to implement and effectuate the Consent Decree.

5. Subject to paragraphs 10 through 16 of the Consent Decree, upon the effective date of the Consent Decree and following the transfer of the funds described in paragraph 5.A of the Consent Decree, neither the Debtors nor any successors thereto shall have any further obligation under the Consent Decree with respect to the Site to fund or perform any remedial actions taken pursuant to the Washington State Model Toxics Control Act, RCW 70.105D, as now in effect or hereafter amended, and any similar state law, and response actions taken pursuant to the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq., as now in effect or hereafter amended, and any similar federal law, nor to provide any further funding to Avista.

6. As of the effective date of the Consent Decree, and subject to the Debtors' timely payment of the amount due under paragraph 5.A of the Consent Decree, the Debtors shall be entitled to protection from all existing or future third-party claims against the Debtors with respect to the Site, including claims for contribution, to the maximum extent provided by applicable sections of the Washington State Model Toxics Control Act, RCW 70.105D, as now in effect or hereafter amended, and any similar state law.

7.   As of the effective date of the Consent Decree, the portion of Claim No. 7181 filed by the State of Washington relating to the Site shall be withdrawn as satisfied, and Logan & Company, Inc., the Debtors' claims and noticing agent, is authorized and empowered to expunge as satisfied that portion of Claim No. 7181 as of the effective date of the Consent Decree.

8.   As of the effective date of the Consent Decree, Claim No. 3104 filed by Avista Development, Inc. shall be withdrawn as satisfied, and Logan & Company, Inc., the Debtors' claims and noticing agent, is authorized and empowered to expunge as satisfied Claim No. 3104 as of the effective date of the Consent Decree.

Dated: 6/27, 2005

_____
UNITED STATES BANKRUPTCY JUDGE