IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Jointly Administered |
| | : | Case No. 02-10429 (JKF) |
| KAISER ALUMINUM CORPORATION, | : | |
| a Delaware corporation, et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Hearing: June 27, 2005 at 1:30 p.m. |
| | : | |
| | : | Re: Docket Nos. 5734, 5603, 5602, 5636, |
| | : | 5575, 5580, 5617, 5488, 5555, 5629, 5552, |
| | : | 5535, 5605, 5582, 5626, 5485, 5628, 6077, |
| | : | 5630, 5664, 5579, 5634, 5577, 5536, 5625, |
| | : | 5534, 5635, 5618, 5581, 5624, 5657, 5604, |
| | : | 5584, 5553, 5726, 5419, 5532 and 5743 |
| | : | |
| | : | Agenda Item: 9 |

**OMNIBUS ORDER APPROVING EIGHTH
INTERIM FEE APPLICATION REQUESTS**

This matter coming before the Court on the Eighth Interim Fee Applications (collectively, the "Applications") of those professionals listed on Exhibit A attached hereto (collectively, the "Applicants"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees, including all holdbacks, and expenses for the period from July 1, 2004 through and including October 31, 2004 (the "Compensation Period"), filed pursuant to the Revised Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (D.I. 1122) (the "Administrative Order") and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning (A) the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and (B) Consideration of Fee Applications (D.I. 687) (the "Fee Auditor Order"); the Court having reviewed the Applications and the Fee Auditor's final reports

DLI-5907538v1

with respect to each Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications;

IT IS HEREBY ORDERED THAT:

1. The Applications are granted to the extent set forth on the attached Exhibit A.

2. Each of the Applicants is allowed (a) compensation for services rendered during the Compensation Period and (b) reimbursement for actual and necessary expenses incurred during the Compensation Period, in the respective amounts set forth as approved on the attached Exhibit A, including any and all holdbacks.

3. To the extent not already paid pursuant to the Administrative Order, the Debtors are authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on Exhibit A under Interim Fee Approval and Interim Expense Approval, respectively, for services rendered and expenses incurred during the Compensation Period; provided however, that all fees and expenses paid as authorized herein are subject to final allowance by the Court, pursuant to the terms of the Administrative Order and Fee Auditor Order.

Dated: 6/27, 2005

JK Fitzgerald
UNITED STATES BANKRUPTCY JUDGE