IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| KAISER ALUMINUM CORPORATION, ) | Case No. 02-10429 (JKF) |
| A Delaware Corporation, *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | Hearing Date: 06/27/05 @ 1:30 p.m. |
| ) | Re: Docket No. 6825, 6886 |
| ) | Agenda Item No. 6 |
| ) | |

**AMENDED ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR APPROVAL OF PAYMENT OF COMMITTEE
MEMBERS' FEES AND REIMBURSEMENT OF COMMITTEE MEMBERS'
EXPENSES RELATED TO THE INTERCOMPANY SETTLEMENT AGREEMENT**

The Court having considered the Application of the Official Committee of Unsecured Creditors for Approval of Payment of Committee Members' Fees and Reimbursement of Committee Members' Expenses (the "Application") and the Supplement to the Application, which Application requests payment of fees and reimbursement of expenses incurred by certain members of the Creditors' Committee in connection with the negotiation, execution and approval of the Intercompany Settlement Agreement (the "ISA") approved by this Court on February 1, 2005 [Docket No. 6063] and in accordance with the terms of the ISA and section 503(b) of the Bankruptcy Code, and it appearing that notice of the Application was duly given in accordance with the provisions of the Bankruptcy Rules, and no further notice being necessary, and after due deliberation, and sufficient cause appearing therefore, it is hereby;

ORDERED that the Debtors are directed to pay J.P. Morgan Trust Company ("J.P. Morgan"), a member of the Official Committee of Unsecured Creditors, $100,753.00 to pay the fees of its professionals and $5,353.57 in reimbursement for the expenses J.P. Morgan and its professionals have incurred; it is further

032730.0002 EAST 7417282 v1

1

ORDERED that the Debtors are directed to pay Pension Benefit Guaranty Corp., a member of the Official Committee of Unsecured Creditors, $4,657.49 in reimbursement for the expenses the Pension Benefit Guaranty Corp. has incurred; it is further

ORDERED that the Debtors are directed to pay the United Steelworkers of America, a member of the Official Committee of Unsecured Creditors, $10,550.95 in reimbursement for the expenses the United Steelworkers of America has incurred; it is further

ORDERED that the Debtors are directed to pay U.S. Bank National Association, as Indenture Trustee ("U.S. Bank"), a member of the Official Committee of Unsecured Creditors, $161,275.25 to pay the fees of its professionals and $15,302.57 in reimbursement for the expenses U.S. Bank and its professionals have incurred; it is further

ORDERED that the Debtors are directed to pay Law Debenture Trust Company of New York, as Indenture Trustee ("Law Debenture"), a member of the Official Committee of Unsecured Creditors, $233,645.40 to pay the fees of its professionals and $36,165.91 in reimbursement for the expenses Law Debenture and its professionals have incurred; it is further

ORDERED that the Debtors are directed to pay Farallon Capital ("Farallon"), a member of the Official Committee of Unsecured Creditors, $162,832.00 to pay the fees of its professionals and $16,027.27 in reimbursement for the expenses Farallon and its professionals have incurred.

Dated: 6/27, 2005

*JC Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

158916.1