DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205

PJM-C-100
9/9/05
19:00
KA-01

<u>U.S. DISTRICT COURT</u>
<u>DISTRICT OF DELAWARE</u>

| | |
|---|---|
| IN RE: KAISER ALUMINUM CORP. | CASE NO: 1:05-CV-~~574~~-574-UNA-JJF |
| DUNCAN J. MCNEIL,<br>APPELLANT<br>V.<br>KAISER ALUMINUM CORP.<br>APPELLEE<br><br>[RECEIVED SEP 19 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]<br>BD scanned | EX PARTE URGENT MOTION FOR TRO/OSC, ENFORCING APPELLANT'S ACCESS TO THE COURT, AND FOR JUDICIAL NOTICE AND THE GRANTING OF FULL FAITH & CREDIT TO 11/10/04 "ACCESS ORDERS" |

I, DUNCAN J. MCNEIL, III, THE INDIGENT DISABLED AND UNLAWFULLY INCARCERATED APPELLANT IN THIS MATTER, BEING SWORN UPON OATH HEREBY DECLARES:

1. THAT SINCE 12/10/04 I HAVE BEEN UNLAWFULLY INCARCERATED IN SPOKANE CO. JAIL/GEIGER CORRECTION CENTER, AS A "CIVIL DETAINEE" IN DIRECT RETALIATION AND RETRIBUTION FOR HAVING SOUGHT TO EXERCISE AND ENFORCE MY CIVIL AND CONSTITUTIONAL RIGHTS.

2. THAT ON 11/10/04 THE SPOKANE CO.

PG 1 OF 42

DISTRICT/MUNICIPAL COURT ISSUED CERTAIN "ACCESS ORDERS" (PGS 30 OF 42 TO 40 OF 42) ESTABLISHING MY 1ST AMEND. RIGHT OF ACCESS TO THE COURTS, JAIL LAW LIBRARY & COPIER.

3. BY THIS URGENT EX PARTE MOTION I REQUEST THAT THIS COURT TAKE JUDICIAL NOTICE OF THE 11/10/04 "ACCESS ORDERS" (PGS 30 OF 42 TO 40 OF 42) SEE BOLEDOW v. BOLEDOW, 76 F.2d 812 (FED CIR. 1935), I FURTHER ASK THAT THIS COURT FULFILL IT'S MANDATORY NON-DISCRETIONARY DUTY TO GRANT FULL FAITH AND CREDIT TO THE "ACCESS ORDERS" PURSUANT TO 28 USC § 1738 AND U.S. CONST ART IV §1, DAVIS v. DAVIS, 305 U.S. 59 (1938); HURON HOLDING v. LINCOLN MINE, 312 U.S. 183 (1941).

4. PURSUANT TO 28 U.S.C. § 1738 AND 28 U.S.C. § 1963, I HEREBY CERTIFY THAT THE ATTACHED "ACCESS ORDERS" (PGS 30 OF 42 TO 40 OF 42) ARE TRUE AND CORRECT COPIES OF THE RECORDS AND FINAL ORDER OF THE SPOKANE CO. DISTRICT/MUNICIPAL COURTS, IN CASES CR066259 AND CR66260,

PG 2 OF 42

ISSUED AND ENTERED ON 11/10/04 AND THAT AS A DULY ATTESTED JUDGMENT OF A STATE COURT, THAT THE SUBJECT "ACCESS ORDERS" ARE ENTITLED TO FULL FAITH & CREDIT, AND EXECUTION AND ENFORCEMENT IN EVERY COURT WITHIN THE UNITED STATES, ADAM v. SAENGER, 303 U.S. 59 (1938), WILLIAMS v. STATE OF N.C., 325 U.S. 226 (1945); KINNEY v. KINNEY, 196 F. 2d 587 (FED CIR. 1952).

5. ACCORDINGLY I ASK, ON AN EMERGENCY BASIS THAT THIS COURT, GRANT JUDICIAL NOTICE OF, AND FULL FAITH & CREDIT TO, THE ATTACHED "ACCESS ORDERS" AND ORDER SUA SPONTE EX PARTE ENFORCEMENT AND EXECUTION THEREOF, PURSUANT TO FRCP 65, 69(a), 70 & 71, AS THE DENIAL OF MY CONSTITUTIONAL RIGHTS OF ACCESS TO THE COURTS/LAW LIBRARY/COPIER IS A "CONTINUING" IRREPARABLE INJURY" WARRANTING IMMEDIATE INJUNCTIVE RELIEF. SEE WALTERS v. THOMPSON, 615 F. SUPP. 330, AT 341 (N.D. ILL 1985), CITING TO WRIGHT & MILLER FEDERAL PRACTICE & PROCEDURE § 2948 AT 444, AND ELROD v. BURNS, 427 U.S. 347, AT 373 (1976) HOLDING THAT

PG 3 OF 42

"WITHOUT PROMPT INJUNCTIVE RELIEF PLAINTIFFS WILL BE LEFT WITH NO ADEQUATE REMEDY AT LAW. DAMAGES CANNOT COMPENSATE A WRONGFULLY-IMPRISONED INMATE ... WITHOUT ACCESS TO LEGAL RESOURCES ..." QUOTING FROM <u>WALTERS V. THOMPSON</u> 615 F. SUPP. 330 (N.D. ILL 1985) AT HEADNOTE [12].

5. THE SUBJECT "ACCESS ORDERS" PROVIDE THAT THE APPELLANT "IF INCARCERATED", SHALL HAVE ACCESS TO THE JAIL LAW LIBRARY/COPIER ON "AT LEAST" FOUR (4) SEPARATE DAYS PER WEEK. TWO (2) SEPARATE DAYS PER WEEK, "<u>AT LEAST</u>" IN CASE NO. CR66260, (PG <u>35</u> OF <u>42</u>), AND ANOTHER TWO (2) SEPARATE DAY PER WEEK "<u>AT LEAST</u>" IN CASE NO. CR66259 (PG <u>40</u> OF <u>42</u>) RESULTING IN A MINIMUM 1ST AMENDMENT RIGHT OF ACCESS OF "AT LEAST" FOUR (4) DAYS PER WEEK.

6. MY CAPTORS HAVE NEVER COMPLIED WITH THE 11/10/04 "ACCESS ORDERS"; I INCORPORATE HEREIN MY 1/2/05 GRIEVANCE, (PGS <u>8</u> OF <u>42</u> TO <u>29</u> OF <u>42</u>) WHICH WAS SUMMARY

PG 4 OF 42

(PGS 41 OF 42 TO 42 OF 42) DENIED, WITHOUT NOTICE, HEARING OR OPPORTUNITY TO BE HEARD.

7. I INCORPORATE HEREIN ALL FACTS, STATEMENTS, ARGUMENTS AND AUTHORITY SET FORTH IN MY 1/2/05 GRIEVANCE (PGS 8 OF 42 TO 29 OF 42) AND I CERTIFY THAT THE "BOUNDS VIOLATIONS" AND DENIALS OF ACCESS AND RIGHTS COMPLAINED OF THEREIN, ARE CONTINUING TO THIS DATE.

8. IN DIRECT RETALIATION AND RETRIBUTION AGAINST MY EFFORTS TO EXERCISE AND ENFORCE MY CONSTITUTIONAL RIGHTS, I HAVE SUFFERED, AT LEAST RETALIATORY TRANSFERS, HAVE HAD MY LEGAL MAIL AND RECORDS, UNLAWFULLY SEARCHED, SEIZED, READ, DISCLOSED TO THIRD PARTIES AND THE PROSECUTOR, CONFISCATED AND DESTROYED, OVER A DOZEN TIMES, AND MY INCOMING AND OUTGOING LEGAL MAIL IS CONTINUALLY REJECTED, OPENED, READ (NOT IN MY PRESENCE) SEIZED AND/OR DESTROYED, ALL IN VIOLATION OF MY RIGHTS.

PG 5 OF 42

9. SINCE THIS APPEAL WAS DOCKETED IN LATE JULY, I HAVE SUFFERED A TOTAL AND COMPLETE DENIAL OF ACCESS TO THE JAIL LAW LIBRARY COPIER, A CONTINUING "BOUNDS VIOLATION" RESULTING IN ACTUAL INJURY OF DISMISSALS AND IN ABILITY TO PROSECUTE AND/OR PRESERVE NON-FRIVOLOUS, MERITORIOUS CLAIMS.

10. SINCE LATE JULY, SINCE THIS APPEAL WAS DOCKETED IN THIS COURT, I HAVE SUBMITTED TWENTY-THREE (23) SEPARATE "PRIORITY" LAW LIBRARY REQUESTS TO THE JAIL, CITING CIVIL RIGHTS VIOLATIONS, AND NOT A SINGLE ONE OF THE "PRIORITY" LAW LIBRARY REQUESTS HAVE BEEN GRANTED OR RESPONDED TO, AS MANDATED WITHIN 24 HOURS, OR AT ANY OTHER TIME, AS MANDATED BY THE JAIL INMATE HANDBOOK, PG 13.

11. SINCE 8/9/05, I HAVE FILED TWENTY-SIX (26) SEPARATE COMPLAINTS/GRIEVANCES① COMPLAINING OF A ONGOING AND CONTINUOUS

---

① SUBMITTED IN SEALED ENVELOPES TO JAIL COMMANDER CAPT. JERRY BRADY.

PG 6 OF 42

"BOUNDS VIOLATION" RELATED TO MY TOTAL AND COMPLETE DENIAL OR ACCESS TO THE JAIL LAW LIBRARY/COPIES, AND DETAILING THE ACTUAL INJURY THAT I HAVE SUFFERED. CAPT. BRADY HAS FAILED AND REFUSED TO ANSWER OR RESPOND TO MY GRIEVANCES, AS MANDATED BY THE JAIL INMATE HANDBOOK PG 13, RESULTING IN AN ADMINISTRATIVE DENIAL, WITHOUT HEARING, DUE PROCESS OR OPPORTUNITY TO BE HEARD, FOREVER TERMINATING ALL OF MY MEANINGFUL ACCESS TO THE JAIL LAW LIBRARY/COPIER.

12. THAT WITHOUT THE IMMEDIATE SUA SPONTE INJUNCTIVE RELIEF OF THIS COURT, I WILL HAVE NO ABILITY TO PROSECUTE THE SUBJECT APPEAL OR PROTECT AND PRESERVE MY CIVIL AND CONSTITUTIONAL RIGHTS. AT THIS POINT I AM EVEN BEING DENIED ALL MEANINGFUL ACCESS TO PAPER (6 PGS/WK) REQUIRING THAT I RESORT TO USING THE BACK SIDE OF USED PAPERS FOR THIS MOTION. IMMEDIATE RELIEF AND ENFORCEMENT OF THE "ACCESS ORDERS" BY SUA SPONTE, EX PARTE TRO/OSC IS REQUIRED TO RESTORE MY RIGHTS. I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, AND THAT THIS MOTION WAS MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL, AT SCI SMYRNA on 9/9/05.
DATED: 9/9/05

PG 7 OF 42