DUNCAN MCNEIL, CID#245752   (G-1)

# GRIEVANCE
## DENIAL OF ACCESS TO COURTS

PG. 1 OF 20
1/2/05
5:00 P.M.

TO: LEON LONG - FACILITY DIRECTOR
GEIGER CORRECTION CENTER
REQUEST FOR REASONABLE ACCOMMODATION

I AM FILING A GRIEVANCE FOR DENIAL OF MEANINGFUL ACCESS TO THE COURTS, AND INTERFERENCE BY GEIGER STAFF WITH MY CONSTITUTIONALLY PROTECTED RIGHT OF "ADEQUATE OPPORTUNITY TO PRESENT MY CLAIMS ROSS v. MOFFITT, 417 U.S. 600 (1974). I HAVE BEEN DENIED MEANINGFUL ACCESS TO TO THE COURTS, BY GEIGER STAFF BY DENIAL OF PENS, PADS OF PAPER, ACCESS TO LAW LIBRARY AND POSTAGE.

PURSUANT TO THE US CONSTITUTION AND THE US SUPREME COURT, THE STAFF AT GEIGER IS REQUIRED TO "ASSIST" ME IN GAINING ACCESS TO THE COURTS AND "ASSIST" ME IN PRESENTING MY CLAIMS.

AS A MATTER OF LAW, THE GEIGER STAFF IS REQUIRED TO "ASSIST" ME AS AN INMATE, " IN THE PREPARATION AND FILING OF MEANINGFUL LEGAL PAPERS BY PROVIDING PRISONERS WITH

D-39

CASE # B35075
CR106825-CR106826C
PLTF DEF EXHIBIT #
#39 1 thru 22

PG 8 OF 42   PG 1 OF 22

GRIEVANCE
TO: LEON LONG
DENIAL OF ACCESS TO COURTS

(G-1)
PG. 2 OF 20
1/2/05

ADEQUATE LAW LIBRARIES OR ADEQUATE ASSISTANCE FROM PERSONS TRAINED IN THE LAW" BOUNDS V. SMITH, 430 U.S. 817, AT 828, HEADNOTES [11] [12] (1977).

SINCE 1941 THE SUPREME COURT HAS OUTLAWED THE TYPE AND LEVEL OF INTERFERENCE THAT I HAVE RECEIVED FROM GEIGER STAFF, BY DENYING ME MY CONSTITUTIONAL RIGHT OF ACCESS TO THE COURTS. EX PARTE HULL, 312 U.S. 546 (1941); BOUNDS V. SMITH, 430 U.S. AT 821-22.

THE STATE THROUGH GEIGER STAFF, "MAY NOT ABRIDGE OR IMPAIR" MY RIGHT TO APPLY TO THE COURTS FOR RELIEF. COCHRAN V. KANSAS, 316 U.S. 255 (1942), BOUNDS V. SMITH, 430 U.S. AT 822.

I.

(A.) REJECTION OF LEGAL MAIL

GEIGER STAFF HAS ESTABLISHED AN ARBITRARY LIMIT OF 5 PIECES OF LEGAL MAIL, PER INMATE PER MONTH. ON 12/30/04, THE "GEIGER" MAIL ROOM REJECTED NINETEEN (19) PIECES OF LEGAL

PG 8 OF 42 / PG. 2 OF 22

GRIEVANCE (G-1)
TO: LEON LONG - GEIGER          PG. 3 OF 20
DENIAL OF ACCESS TO COURTS      1/2/05

MAIL, WHICH WERE WRITTEN DISCOVERY DEMANDS, THAT I (ON 12/15/04) WAS ORDERED BY THE COURT, TO SEND OUT, PURSUANT TO CrRLJ 4.7(d), MATERIAL HELD BY OTHERS, PRIOR TO MAKING APPLICATIONS FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO CrRLJ 4.8.

THE GEIGER STAFF REJECTION OF MY LEGAL MAIL STATED " EXCESS OUTGOING LEGAL MAIL * NEEDS POSTAGE STAMPS, EXCEEDED LIMIT OF INDIGENT MAIL FOR DECEMBER". (SEE EX. 1) THE REJECTION OF MY LEGAL MAIL WAS UNLAWFUL IN THE FOLLOWING REASONS THAT I HAVE MADE NUMEROUS ATTEMPTS TO OBTAIN A WAIVER OR RELIEF FROM THE GEIGER INDIGENT ARBITARY LIMIT OF 5 LEGAL MAIL PIECES PER MONTH.

① 12/22/04 2pm ORAL REQUEST TO JACK JENKINS, RE: WAIVER OF LIMIT OF 5 LEGAL MAIL/MO., INSTRUCTED TO SEND COP OUT TO CUSTODY SHIFT SUPERVISOR

② 12/22/04 7pm SUBMITTED COP OUT (R-2?) TO CUSTODY SHIFT MANAGER, REPLY RECIEVED 12/23/04 3pm, ADVISING THAT " AN INDIGENT

PG 10 OF 42 / PG. 3 OF 22

GRIEVANCE  (G-1)
TO: LEON LONG-GEIGER    PG. 4 OF 20
DENIAL OF ACCESS TO COURTS.  1/2/05

"INMATE WHO WISHES TO MAIL LEGAL MAIL TO COURTS AND/OR ATTORNEYS WILL BE PROVIDED POSTAGE FOR SUCH MAILING. INDIGENCY MUST BE ESTABLISHED BY THE MAIL SPECIALIST - DENNIS McELVEEN AND APPROVAL GIVEN FOR SUCH POSTAGE" THE REPLY WAS SIGNED BY "MOHEEN Sup".

(3) ON 12/23/04 AT 8:45 AM I SUBMITTED A COP OUT (R-31) TO "DENNIS McELVEEN - MAIL SPECIALIST", ESTABLISHING MY INDIGENCY AND REQUESTING A WAIVER OF THE 5 PIECES OF LEGAL MAIL/MONTH. I CITED TO MY PRO SE COURT ORDERS AND BOUNDS v. SMITH, 430 U.S. AT 824-25. ON 12/28/04 AT 7AM I RECIEVED A REPLY WHICH STATED "YOU ARE ALLOWED 5 LEGAL (STAMPS) PER MONTH WHILE YOU ARE INDIGENT".

(4) ON 12/28/04 7:30 AM I SUBMITTED COP OUT (R-43) TO DENNIS McELVEEN, AGAIN REQUESTING A WAIVER OF THE 5 LEGAL MAIL PIECES/MONTH, STATING I WAS HANDLING 5+ LEGAL MATTERS PRO SE AND THAT I NEEDED UNLIMITED MAIL,

PG 11 OF 42 / PG 4 OF 22

GRIEVANCE
TO: LEON LONG-GEIGER
DENIAL OF ACCESS TO COURTS

(G-1)
PG. 5 OF 20
1/2/05

POSTAGE AND ENVELOPES, AS REQUIRED BY BOUNDS V. SMITH 430 U.S. AT 824-25. ON 12/30/04 AT 3:30 P.M., I RECIEVED A RESPONSE THAT STATED "WE DO NOT PROVIDE "UNLIMITED" INDIGENT MAIL AT GEIGER CORRECTIONS. WE PROVIDE 5 PERSONAL AND 5 LEGAL PER MONTH. I SUGGEST YOU HAVE MONEY PUT ON YOUR BOOKS SO YOU CAN BUY POSTAGE STAMPS FROM COMMISSARY" THE REPLY WAS CC: TO JACK JENKINS.

(5) ON 12/30/04 AT 3:30 PM, AT THE SAME TIME THAT I RECIEVED THE ABOVE REPLY, I WAS GIVEN BY B-CONTROL TWO ENVELOPES FROM THE "MAIL ROOM", WHICH CONTAINED NINETEEN (19) LEGAL MAIL LETTERS, WHICH WERE DISCOVERY DEMANDS, THAT I WAS ORDERED BY THE COURTS TO SEND OUT, PURSUANT TO CrRLJ 4.7(d).

(6) ON 12/31/04 7:00 AM I SUBMITTED COP-OUT (R-56) TO P.O. JACK JENKINS FOR A COPY OF THE GEIGER INMATE

PG. 12 OF 42 / PG. 5 OF 22

GRIEVANCE
TO: LEON LONG - GEIGER
DENIAL OF ACCESS TO COURTS

G-1
PG 6 OF 20
1/2/05

HANDBOOK & GRIEVANCE PROCEDURE DUE TO GEIGER STAFF DENIAL OF ACCESS TO COURTS, AND REQUESTE APPROVAL FOR LEGAL COPIES, WHEN I WAS BEING DENIED ACCESS TO THE LAW LIBRARY.

(1) ON 12/31/04 11:00 AM., I WAS CALLED DOWN TO "B-CONTROL" AND WAS TAKEN INTO A ROOM WITH TWO GUARDS WHO HAD MY COP OUT B-55 AND B-56, I WAS TOLD TO SIT DOWN IN A SMALL ROOM, WHILE THE TWO LARGE GUARDS STOOD OVER ME, AND THREATENED ME, INTIMIDATED ME, AND TREATED ME RUDLY AND WITH DISRESPECT. I WAS TOLD THAT I WOULD NOT GET A COPY OF THE INMATE HANDBOOK, THAT IF I FILED GRIEVANCES OR WROTE ADDITIONAL COP OUT ON THE DENIAL OR ACCESS TO COURTS, THEY WOULD BE TORN UP AND THROWN AWAY. I WAS TOLD I WOULD GET ACCESS TO THE LAW LIBRARY WHEN AND IF THEY DECIDED I HAD EARNED IT, BY NOT COMPLAINING ANY MORE. I SMILED AND ADVISED THE GUARDS THAT

PG 13 OF 42 / PG 6 OF 22

GRIEVANCE
TO: LEON LONG; GEIGER
DENIAL OF ACCESS TO COURTS

(G-1)
PG. 7 OF 20
1/2/05

WE COULD ALL SMILE ABOUT IT, AND THAT WE COULD AGREE TO DISAGREE ABOUT MY RIGHTS TO ACCESS, AND THAT I NEEDED TO KEEP MAKING THE REQUESTS BY COP OUT AND GETTING THEIR DENIALS SO I HAD A RECORD. I TOLD THE GUARDS, WITH A SMILE, THAT THEY WERE LIKELY DOING ME A FAVOR SINCE THEIR "DENIAL OF ACCESS" WOULD BE BASIS FOR DISMISSAL OF MY CHARGES. THE GUARDS BECAME VERY IRRATE, TOLD ME THAT IF I SPOKE "ANOTHER" "WORD" I WOULD BE INFRACTED AND PUT IN DETENTION, THEN THE BIG GUARD ANGRLY ORDERED ME UPSTAIRS TO MY ROOM. WHILE I WAS LEAVING THE ROOM, THE BIG GUARD, IN TALKING TO THE SMALLER GUARD REFFERED TO ME AS A "HUMAN PIECE OF TRASH".

8.) ON 12/31/04 AT 11:30AM, APPROX. 1/2 HOUR AFTER MY MEETING WITH THE TWO GUARDS, I WAS CALLED DOWN TO B-CONTROL AGAIN AND WAS GIVEN DENIALS TO MY COP OUT (R-55) FOR LAW LIBRARY ACCESS, THE DENIAL

PG 14 OF 42 / PG 7 OF 22