GRIEVANCE
TO: LEON LONG - GEIGER
DENIAL OF ACCESS TO COURTS

(G-1)
PG. 8 OF 20
1/2/05

STATED "TODAY IS A HOLIDAY. THE LIBRARY IS NOT OPEN" (EVEN THROUGH THE COURTS WERE OPEN THAT DAY), ALONG WITH A DENIAL OF MY COP OUT (R-56) MY REQUEST FOR INMATE HANDBOOK, GRIEVANCE PROCEDURE & LEGAL COPIES, THE DENIAL STATED "YOU MAY APPEAL WITH SUPERVISOR. YOU CAN RECIEVE A LIMITED NUMBER OF COPIES FREE".

(B) RULES ON LEGAL MAIL
① GEIGER INMATE HANDBOOK, AT PAGE 3 "INMATE RIGHTS AND RESPONSIBILITIES" STATE THAT "INMATE HAVE THE RIGHT TO:"
... 6. HAVE UNRESTRICTED AND CONFIDENTIAL ACCESS TO THE COURTS BY CORRESPONDENCE". THERE IS NOTHING IN THE GEIGER INMATE HANDBOOK COPY I WAS ALLOWED TO REVIEW THAT LIMITS INDIGENT INMATE LEGAL MAIL IN ANY WAY.
② SPOKANE COUNTY JAIL, INMATE HANDBOOK, AT PAGE 15, STATES "INMATES WITHOUT SUFFICIENT FUNDS (INDIGENT) WILL BE ALLOWED TO SEND, AT THE INMATE WELFARE'S FUND'S EXPENSE, THREE (3)

PG 15 OF 42 / PG 8 OF 22

GRIEVANCE    (G-1)
TO: LEON LONG-GEIGER    PG. 9 OF 20
DENIAL OF ACCESS TO COURTS    1/2/05

PERSONAL LETTERS PER WEEK AND UNLIMITED MAIL TO THEIR ATTORNEY, TO THE COURTS, OR ELECTED PUBLIC OFFICIALS".

(C.) AUTHORITY ON UNLIMITED LEGAL MAIL

(1) THE FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION REQUIRES "EQUAL PROTECTION" FOR INDIGENT INMATES, FOR DEPRIVATION OF "LIFE LIBERTY OR PROPERTY, WITHOUT DUE PROCESS OF LAW".

(2) THE FIRST AMENDMENT OF THE US CONSTITUTION REQUIRES THAT INDIGENT INMATES TO HAVE THE RIGHT TO "PETITION THE GOVERNMENT, FOR A REDRESS OF GRIEVANCES".

(3) THE U.S. SUPREME COURT HAS HELD THAT "IT IS INDISPUTABLE THAT INDIGENT INMATES MUST BE PROVIDED AT STATE EXPENSE WITH PAPER AND PEN TO DRAFT LEGAL DOCUMENTS... AND WITH STAMPS TO MAIL THEM." SEE BOUNDS v. SMITH, 430 U.S. 817, AT 824-25 (1977).

(D.) CONCLUSION ON LEGAL MAIL
GEIGER STAFF REJECTION OF MY LEGAL MAIL, AND THE ARBITRARY LIMIT OF 5 PIECES OF LEGAL MAIL

PG 16 OF 42 / PG 9 OF 22

GRIEVANCE
TO: LEON LONG-GEIGER
DENIAL OF ACCESS TO COURTS

(G-1)
PG 10 OF 20
1/2/05

PER MONTH, VIOLATES MY RIGHTS, UNDER THE 1ST AND 14TH AMENDMENT, VIOLATES GEIGER AND SPOKANE COUNTY INMATE RULES, AND VIOLATES THE HOLDINGS OF THE U.S. SUPREME COURT. SO THAT MY RIGHTS ARE NOT FURTHER VIOLATED, I MUST BE IMMEDIATELY PROVIDED UNLIMITED INDIGENT LEGAL MAIL, AND THE STATE MUST PROVIDE POSTAGE FOR THE NINETEEN (19) LEGAL MAIL DISCOVERY REQUESTS, ~~UNLAWFULLY~~ REJECTED 12/30/04, AND NO FURTHER LEGAL MAIL, PEN, PAPER, RESTRICTIONS CAN BE ALLOWED BY GEIGER STAFF.

II.

(A.) DENIAL OF ACCESS TO LAW LIBRARY

IN CASE NO. CR 66259 SPOKANE CO. DISTRICT COURT, I HAVE AND ORDER ENTERED "ORDER ALLOWING DEFENDANT TO PROCEED PRO SE..." ENTERED 11/10/04. AT PAGE 5, THE ORDER STATES "IF INCARCERATED THE DEFENDANT IS TO HAVE REASONABLE ACCESS TO THE SPOKANE COUNTY JAIL LAW LIBRARY, ON AT LEAST TWO SEPARATE DAYS PER WEEK." IN CASE NO. CR 66260 I HAVE A SEPARATE ORDER ENTERED 11/10/04 WHICH SEPERATELY PROVIDES FOR

PG 17 OF 42 / PG 10 OF 27 Read

GRIEVANCE  
LEON/LONG-GEIGER   (G-1)  
DENIAL OF ACCESS TO COURTS    PG. 11 OF 20  
1/2/05

ME TO HAVE "REASONABLE ACCESS" TO THE LAW LIBRARY "ON AT LEAST TWO SEPARATE DAYS PER WEEK". TAKEN TOGETHER THE COURT ORDERS PROVIDE FOR ME ACCESS TO THE LAW LIBRARY ON "AT LEAST" FOUR (4) SEPARATE DAYS PER WEEK. I AM ALSO REPRESENTING MYSELF IN DISTRICT COURT CASES F-21640, DV0040043, B35075, CDY 40/05, SUPERIOR COURT CASES 01-301586-7, 02-1-01357-1, 02-2-02825-4, 02-2-02825-4, AND U.S. DISTRICT COURT (2) CRIMINAL CASES CR-04-211, CR-04-279, SEVEN (7) HABEAS CORPUS PETITIONS 04-280, 04-358, 04-388, 04-422, 04-423, 04-424, 04-425, SEVENTEEN (17) §1983 CIVIL RIGHTS ACTIONS, 04-371, 04-372, 04-378, 04-379, 04-380, 04-384, 04-398, 04-399, 04-404, 04-405, 04-406, 04-410, 04-411, 04-412, 04-419, 04-420 & 04-421, A FOREIGN JUDGMENT ENFORCEMENT ACTION AS A BANKRUPTCY TRUSTEE, 04-427, AN ACTION IN THE U.S. COURT OF FEDERAL CLAIMS, 04-1364C, A PERSONAL CH. 11  
PG. 18 OF 42 / PG. 11 OF 22

GRIEVANCE                              (G-1)
TO: LEON LONG-GEIGER         PG 1 OF 20
DENIAL OF ACCESS TO COURTS    1/2/05

BANKRUPTCY ACTION, IN THE U.S. BANKRUPTCY COURT ED-WA, # 04-08837, AND A FOREIGN JUDGMENT ENFORCEMENT ACTION IN THE SAME COURT # MC-02-02, A PERSONAL RESTRAINT PETITION IN THE WA COURT OF APPEALS DIV. III ALONG WITH MULTIPLE (3?) APPEALS IN THAT COURT, 3 APPEALS IN THE SPOKANE COU SUPERIOR COURT, AND MULTIPLE APPEALS IN THE WASHINGTON SUPREME COURT, AND THE NINTH CIRCUIT COURT OF APPEALS. IN SUMMARY I AM DEFENDING MYSELF IN TWELVE (12) SEPARATE CRIMINAL MATTERS, AND IN OVER THIRTY (30) CIVIL MATTERS RELATED TO THE CRIMINAL MATTERS, AND OVER TWENTY (20) RELATED APPEALS. I HAVE A PERSONAL CASE LOAD EQUAL TO THAT OF A SMALL LAW FIRM, OF OVER SIXTY (60) PENDING MATTERS, TO VINDICATE MY CIVIC & CONSTITUTIONAL RIGHTS.

IF I WAS ALLOWED 24/7 ACCESS TO THE LAW LIBRARY, IT WOULD NOT BE SUFFICIENT TO

GRIEVANCE
TO: LEON LONG-GEIGER
DENIAL OF ACCESS TO COURTS

(G-1)
PG 13 OF 20
1/2/05

SATISFY MY NECESSARY REASONABLE ACCESS TO THE LAW LIBRARY.

(B.) LAW LIBRARY REQUESTS
SINCE MY UNLAWFUL INCARCERATION BEGAN ON 12/10/04, I HAVE MADE OVER TWENTY-SEVEN (27) REQUESTS BY SPOKANE COUNTY JAIL 4 LAW LIBRARY REQUESTS OVER (15) AND BY GEIGER COP OUT OVER (12). IN MY 24 DAYS OF INCARCERATION (12 AT COUNTY AND 12 AT GEIGER) I HAVE ONLY BEEN ALLOWED ACCESS TO THE LAW LIBRARY FOR APPROXIMATELY SIX (6) HOURS. I CAN PROVIDE THE EXACT DATE & TIME FOR EACH REQUEST, AND THE DETAILS ABOUT THE FAILURE TO REPLY OR THE DETAILS ON THE DENIAL OF ACCESS. FOR THE PURPOSES OF BREVITY I WILL FOREGO PROVIDING THE DETAILS OF THE REQUESTS AND DENIALS, BUT I RESERVE THE RIGHT TO SUPPLEMENT THIS GRIEVANCE WITH THE DETAILS AT ANY TIME.

(C.) LAW LIBRARY ACCESS RULES
(1) THE GEIGER INMATE HANDBOOK AT PAGE 3, UNDER "INMATES HAVE THE RIGHT TO:" ITEM #8, STATES

PG 20 OF 42 / PG. 13 OF 22

GRIEVANCE
TO: LEON LONG-GEIGER
DENIAL OF ACCESS TO COURTS

(G-1)
PG 14 OF 20
1/2/05

"8. USE OF LAW LIBRARY REFERENCE MATERIALS TO ASSIST IN RESOLVING LEGAL PROBLEMS FOR ANY INMATE HELD FOR MORE THAN 72 HOURS. REQUESTS MUST BE MADE BY COP-OUT TO THE EDUCATION PROGRAM". DUE TO STAFFING ISSUES, THE GEIGER EDUCATION PROGRAM IS SUSPENDED AND NOT MANNED BY STAFF. THE GEIGER LAW LIBRARY IS A FEDERAL ONLY LIBRARY, AND LACKS ALL FORM OF STATE MATERIALS, FORMS OR RESOURCES. BECAUSE OF THIS, I NEED ACCESS TO BOTH THE GEIGER LAW LIBRARY, DAILY IN PERSON, AND TO THE JAIL LAW LIBRARY BY COP-OUT.

(2) THE SPOKANE COUNTY JAIL INMATE HANDBOOK, AT PAGE 12, STATES AS FOLLOWS AS TO LAW LIBRARY ACCESS. "ANY INMATE HELD IN THIS JAIL FOR MORE THAN 72 HOURS MAY REQUEST TO USE THE LAW LIBRARY. SUBMIT A LAW LIBRARY REQUEST FORM THROUGH REGULAR CHANNELS. ... YOUR REQUEST WILL BE RESPONDED TO WITHIN 24 HOURS, WEEKENDS AND HOLIDAYS EXCLUDED."

PG 21 OF 42 / PG 14 OF 22