GRIEVANCE
TO: LEON LONG - GEIGER
DENIAL OF ACCESS TO COURTS

G-1
PG. 19 OF 20
1/2/05

UNDER THE SUPERVISION OF ANM, AT DRUG & ALCOHOL, AS PREVIOUSLY ARRANGED BY SUPERVISOR LYTLE, WHERE I WILL AGREE TO WORK AS AN "INMATE PARALEGAL" OR "JAIL HOUSE LAWYER" ASSISTING OTHER INMATES WITH THEIR LEGAL QUESTIONS & ISSUES, SO THAT THE LAW LIBRARY CAN BE OPEN TO OTHER INMATES, SEE BOUNDS v. SMITH, 430. U.S. 817 AT 826 (1977).

3.) RESPONSE BY GEIGER STAFF OR JAIL LIBRARY STAFF, WITHIN 48 HOURS, EXCLUDING WEEKENDS, AND HOLIDAYS TO LAW LIBRARY REQUESTS FOR STATE LAW RESOURCES, LEGAL FORMS, OR OTHER LEGAL RESOURCES NOT AVAILABLE IN THE GEIGER LAW LIBRARY.

4.) UNLIMITED DAILY ACCESS TO LAW LIBRARY - DRUG & ALCOHOL TREATMENT COPIER.

5.) OTHER REASONABLE ACCOMMODATIONS TO ALLOW ME FULL AND COMPLETE ACCESS TO THE COURTS, IN ORDER TO FAIRLY AND TIMELY SUBMIT MY CLAIMS.

PLEASE TAKE AD VISED THAT THE FAILURE OF GEIGER AND THE STATE TO FORTHWITH AND IMMEDIATELY PROVIDE ME, THE

PG 26 OF 42 / PG 19 OF 22

GRIEVANCE
TO: LEON LONG-GEIGER   PG. 20 OF 20
DENIAL OF ACCESS TO COURTS   1/2/05

(G-1)

HEREIN REQUESTED RELIEF WILL BE THE BASIS FOR DISMISSAL OF ALL PENDING CHARGES, SEE BRIBIESCA V. GALAZA, 215 F.3d 1015, AT 1020 (9TH CIR 2000), AND FURTHER WILL BE THE BASIS FOR AN AWARD OF MONEY DAMAGES, IN A §1983 ACTION FOR THE VIOLATION OF MY CIVIL & CONSTITUTIONAL RIGHTS.

THANK YOU FOR THE IMMEDIATE GRANTING OF THE FOREGOING REQUESTED RELIEF, AND REASONABLE ACCOMMODATIONS

[signature]

PG 27 OF 42 / PG. 20 OF 22