Rec 12/30/04 DW 9:30 pm

To: McNeil, Duncan
B-321

Excess Outgoing Legal Mail

* Needs postage stamps

Exceeded limit of indigent mail for December

From Mail Room Legal

RECEIVED REJECTED MAIL 12/30/04
FROM B-CONTROL. REJECTED LEGAL
DEMANDS TO: DISCOVERY

U.S. SECRET SERVICE
U.S. FBI
U.S. MARSHAL SERVICE
WA DEPT. OF CORRECTIONS
CLERK, U.S. SUPREME COURT
CLERK, U.S. DISTRICT COURT, EA-WA
JUDGE PATRICIA WALKER, SPO. DISTRICT COURT
U.S. ATTORNEY ED-WA
WA HUMAN RIGHTS COMMISSION
CLERK, SPOKANE DISTRICT COURT

I CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT
DJM 12/30/04

PG 280R 42/Ex 1, Pg. 1 of 2
PG 21 of 22