[Stamp: REC'd 12/70/04 3:20pm DH]

TO: MCNEIL, DUNCAN
B-321

EXCESS OUTGOING LEGAL MAIL

* Needs postage stamps

Exceeded limit of indigent mail for December.

From: Mail Room

RECEIVED REJECTED LEGAL MAIL 12/9/04
3:30p FROM B-CONTROL. REJECTED LEGAL
DISCOVERY DEMANDS TO:
CLERK, WA SUPREME COURT
SPOKANE CO. PUBLIC DEFENDER
SPOKANE CO. PROSECUTOR
CLERK, WA COURT OF APPEALS - DIV III
NICOLE DAVIS, PROSECUTOR
CLERK, NINTH CIRCUIT COURT OF APPEAL
CLERK, US BANKRUPTCY COURT, ED-WA
CLERK, SPOKANE CO SUPERIOR COURT
CLERK, SPOKANE CO. DISTRICT COURT

PG 29 OF 42 / EX. 1, PG. 2 OF 2
PG 22 OF 22