

**SPOKANE COUNTY PUBLIC DEFENDER**

JOHN T. RODGERS, Director

1033 W. Gardner
Spokane, WA 99260-0280
(509) 477-4246
Fax: (509) 477-2567

CASE # *B35075*
*CRl6259 CRl6260*
PLTF (DEF). EXHIBIT #
*#12   1 thru 11*

December 16, 2004

To:  Spokane County Jail Staff

### Re: Duncan J. McNeil

To Whom it May Concern,

At the request of Judge Patti Walker, I am enclosing a copy of her recent order *Re* Mr. McNeil's status as a pro se litigant.

I draw you attention to the last page, "Access to Legal Materials," whereby Mr. McNeil is permitted access to the jail's vast law library.

Also, absent word from you placing the issue in terms of "ordinary security procedures," and consistent with the same order, I will occasionally supply Mr. McNeil with a pen or pencil or a legal pad.

Regards,

John Rodgers
Attorney for Duncan McNeil

*P6 30 0F 42*            *D-12-1*

is provided to standby counsel, who shall then provide identical copies to the *pro se* defendant.

Witness interviews- The *pro se* defendant shall be present at the interview of prosecution witnesses, if any. Standby counsel shall be notified of all interviews, and may be present.

Access to legal materials- If incarcerated, the defendant is to have reasonable access to the Spokane County Jail law library, on at least two separate days per week. Defendant if incarcerated is to be provided access to a typewriter if there is such in the jail library, and is to be permitted to have in his cell writing materials and documents related to this case. These in-cell materials are otherwise subject to the ordinary security procedures of the jail.

Dated November ___10___, 2004:

_____
Judge

_____
John Rodgers  WSBA #8722
Spokane Co. Public Defender

_____
WSBA #  3205
Deputy Prosecutor

_____
Duncan J. McNeil, Defendant
Copy Received
( X ) refused to sign, copy served on Nov. ___4___ by _____
AGREE TO TERMS

ORDER ALLOWING
DEFENDANT TO PROCEED
*PRO SE*, AND APPOINTING
STANDBY COUNSEL AND
SPECIFYING OBLIGATIONS OF
STANDBY COUNSEL    p 5

SPOKANE COUNTY PUBLIC DEFENDER
1033 W. GARDNER
SPOKANE WA 99260-0280
(509) 477-4246
(509) 477-2567

FILED

Entered Ditata

NOV 10 2004

SPOKANE COUNTY DISTRICT COURT

IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | |
| Plaintiff | ) | No.    CR 66259 |
| vs. | ) | |
| | ) | |
| DUNCAN J. McNEIL | ) | |
| Defendant | ) | **ORDER** ALLOWING |
| | ) | DEFENDANT TO PROCEED |
| | ) | *PRO SE*, AND APPOINTING |
| | ) | STANDBY COUNSEL AND |
| | ) | SPECIFYING OBLIGATIONS OF |
| | ) | STANDBY COUNSEL |

## BASIS & POSTURE

The defendant has requested the court allow him to represent

himself in this proceeding, with the assistance of stand by counsel.

## FINDINGS

The defendant and the court have engaged in a colloquy on the

record, and the defendant is fully advised of his right to appointed counsel

ORDER ALLOWING
DEFENDANT TO PROCEED
*PRO SE*, AND APPOINTING    *PG 36 OF 42*
STANDBY COUNSEL AND
SPECIFYING OBLIGATIONS OF
STANDBY COUNSEL    p 1

SPOKANE COUNTY PUBLIC DEFENDER
1033 W. GARDNER
SPOKANE WA 99260-0280
(509) 477-4246
(509) 477-2567

and his right to hire counsel of his choice, and understands that self-representation not an occasion to disrupt or delay these proceedings.

The defendant's request to proceed *pro se* with stand by counsel is unequivocal.

The prosecution has been afforded the opportunity to speak on the record.

The defendant has professed a conflict with the Spokane County Public Defender's Office, because an attorney in that office (not the attorney assigned to Mr. McNeil's case) is the spouse of the Superior Court judge who presided over an unrelated trial of the defendant. This court finds that such could be an "appearance" of a conflict, but that it is not a conflict in fact.

The court having reviewed the records and files herein, and its earlier rulings and orders with respect to counsel, and being fully advised in the premises, now makes the following

### ORDER

Defendant Duncan J. McNeil is permitted to proceed *pro se*, according to the terms and conditions set forth below.

ORDER ALLOWING
DEFENDANT TO PROCEED
*PRO SE*, AND APPOINTING
STANDBY COUNSEL AND
SPECIFYING OBLIGATIONS OF
STANDBY COUNSEL     p. 2

SPOKANE COUNTY PUBLIC DEFENDER
1033 W. GARDNER
SPOKANE WA 99260-0280
(509) 477-4246
(509) 477-2567

Attorney John Rodgers of the Spokane Public Defender's Office, or

an Assistant Public Defender other than Mark Lorenz, is appointed

standby counsel according to the terms and conditions set forth below:

In-court matters- Standby counsel will attend all court proceedings,

and be available to advise defendant about procedural and evidentiary

issues when requested. Standby counsel shall be prepared at all times to

assume the role of defense counsel-of-record should the court so direct at

any time during the proceedings.

Communication between the defense and prosecution and the

court- Standby counsel shall not speak for the defendant in or out of

court. For in or out of court matters, the prosecution and defendant

McNeil will communicate directly, verbally or in writing as the

circumstances require. Standby counsel will not be a "go-between" for

either party. Standby counsel shall be provided a copy of any *written*

communication between the parties. The prosecution shall send notice of

any court dates to defendant Duncan J. McNeil, and also to standby

counsel. This provision is complied with if notice

is given to standby counsel, who shall then

provide identical copies to the pro se defendant.

ORDER ALLOWING
DEFENDANT TO PROCEED
*PRO SE*, AND APPOINTING    PG 38 ore 42
STANDBY COUNSEL AND
SPECIFYING OBLIGATIONS OF

SPOKANE COUNTY PUBLIC DEFENDER
1033 W. GARDNER
SPOKANE WA 99260-0980
(509) 477-4246
(509) 477-2567

Photo-copying and secretarial services- Standby counsel shall not be required to provide secretarial services, messenger service, photocopying or typing services for defendant.

Pre-trial Motions- *Pro se* defendant Duncan J. McNeil shall be responsible for all pre trial motions, memoranda and evidence. Standby counsel is not required to research or write motions, but upon request shall review motions prepared by defendant.

Trial- *Pro se* defendant Duncan J. McNeil shall be responsible for all trial preparation, including *voir dire*, jury instructions, opening and closing statements, motions in *limini*, exhibits, and direct and cross examination of witnesses.

Service of process- *Pro se* defendant Duncan J. McNeil shall be responsible for identification of all defense witnesses, and preparation of subpoenas. Because the defendant is indigent, the Spokane County Sheriff's Office shall serve the subpoenas, upon reasonable notice of the identity and whereabouts of the subject to be subpoenaed.

Discovery- All discovery shall be provided to both defendant McNeil and standby counsel. This provision is complied with if discovery

ORDER ALLOWING
DEFENDANT TO PROCEED
*PRO SE*, AND APPOINTING
STANDBY COUNSEL AND
SPECIFYING OBLIGATIONS OF
STANDBY COUNSEL    p.4

*P6390F42*

*D-12-10*

SPOKANE COUNTY PUBLIC DEFENDER
1033 W. GARDNER
SPOKANE WA 99260-0280
(509) 477-4246
(509) 477-2567

is provided to standby counsel, who shall then provide identical copies to the *pro se* defendant.

Witness interviews- The *pro se* defendant shall be present at the interview of prosecution witnesses, if any. Standby counsel shall be notified of all interviews, and may be present.

Access to legal materials- If incarcerated, the defendant is to have reasonable access to the Spokane County Jail law library, on at least two separate days per week. Defendant if incarcerated is to be provided access to a typewriter if there is such in the jail library, and is to be permitted to have in his cell writing materials and documents related to this case. These in-cell materials are otherwise subject to the ordinary security procedures of the jail.

Dated November ___10___, 2004:

_____
Judge

_____
John Rodgers  WSBA #8722
Spokane Co. Public Defender

_____
WSBA # 33053
Deputy Prosecutor

Duncan J. McNeil, Defendant
Copy Received
( X ) refused to sign, copy served on Nov. __4__ by _____
AGREE TO TERMS

ORDER ALLOWING
DEFENDANT TO PROCEED
PRO SE, AND APPOINTING
STANDBY COUNSEL AND
SPECIFYING OBLIGATIONS OF

PG 40. OF 42

D-12-11

B-O.G
10:00 pm

## SPOKANE COUNTY/GEIGER CORRECTIONS CENTER
### INMATE REQUEST TO STAFF MEMBER

TO: _LEON LONG - FACILITY DIRECTOR_    DATE: _1/3/05_

SUBJECT: State completely but briefly the problem on which you desire assistance.

_PLEASE ACKNOWLEDGE RECEIPT OF MY_
_GRIEVANCE SUBMITTED TO B-CONTROL_
_ON 1/3/05, LABELED (G-1), IN A SEALED_
_ENVELOPE ADDRESSED TO YOU._

NAME: _DUNCAN MCNEIL_

DOB: _3/14/57_ BLDG.: _E_ ROOM NUMBER: _321_

Work Release ☐
Confinement Program ☒
Work Crew ☐

Federal W/R ☐
Federal Camp ☐

NOTE: Please be specific when stating your problem or no action will be taken to respond to this request.

RESPONSE (Do not write in this space):    DATE: _01-04-05_

_Mr. McNeil I have recieved your grievance, it was_
_forwarded to me by Leon Long. Once again we will_
_abid by the court order, but not your interpretation of_
_the order._

Original:    File
Canary:    Resident

_Rec 1/4/05_
_7:30 p.m_

Staff Member    Form 15491  RV 11/00

_PG 41 OF 42_



SPOKANE COUNTY COURT HOUSE

**SPOKANE COUNTY**
**GEIGER CORRECTIONS CENTER**

**LEON LONG**
**INTERIM DIRECTOR**

P. O. BOX 19202
**SPOKANE, WA 99219**
509-477-3259

January 18, 2005

Duncan J. McNeil
CID# 293752

Dear Mr. McNeil,

I have investigated your many grievances and have found them all to be without merit. The law library is now open since we have a person to take care of that issue. You were not threatened with additional punishment for filing a grievance. Mr. Sobosky has tried to resolve your many issues and has also found them without merit. You are not entitled to a hearing on a grievance.

Sincerely,

Leon Long
Interim Director

Cc:    Brett Sobosky, Custody Manager

PG 42 OF 42





PB METER
7148396
U.S. POSTAGE
$1.98

SPOKANE WA

DUNCAN T. MCNEIL
SPOKANE CO. JAIL
MS-JAIL CID#293752
1100 W. MALLON
SPOKANE, WA 99266-0150

CLERK
US DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-
3570

LEGAL MAIL