IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| KAISER ALUMINUM CORPORATION, | : | Chapter 11 |
| a Delaware Corporation, | : | Bankr. Case No. 03-10429-JKF |
| | : | |
| Reorganized Debtor. | : | |
| | : | |
| DUNCAN J. MCNEIL, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-574-JJF |
| | : | |
| KAISER ALUMINUM CORPORATION, | : | |
| | : | |
| Appellee. | : | |

O R D E R

WHEREAS, Plaintiff requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, the Court denied Plaintiff's request on August 22, 2005, and ordered Plaintiff to pay the filing fee within thirty (30) days of the date of the Court's Order;

WHEREAS, to date, Plaintiff has failed to submit the filing fee;

NOW THEREFORE, IT IS HEREBY ORDERED this 27th day of September 2005, that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE