Duncan J. McNeil, III
3030 W. Spofford
Spokane, WA 99205

MO: KAI-D-8-3
DATE: 9/4/05

## U.S. District Court
## District of Delaware

IN RE KAISER

DUNCAN J. MCNEIL, III
    APPELLANT
v.

KAISER ALUMINUM CORP
   APPELLEE

CASE NO. CIV-05-574-JJF

NOTICE OF
COLLATERAL ATTACK
ON "VOID AB INITIO"
SUA SPONTE "3-STRIKE"
DISMISSAL ORDERS OF
USDC-TED-WA REFERENCED
IN 8/22/05 ORDER

FILED

OCT 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. PLEASE TAKE NOTICE THAT THE HEREIN APPELLANT HEREBY GIVES NOTICE OF A "COLLATERAL ATTACK ON THE "VOID AB INITIO" 3 STRIKE" DISMISSAL ORDERS OF THE USDC-ND-TX AND THE USDC-ED-WA ~~CITED~~ ~~CITED~~ ASSERTED AGAINST THE APPELLANT AT PAGE 2 OF THE 8/22/05 ORDER. (HEREINAFTER "VOID ORDERS").

2. THE SUBJECT "VOID ORDERS" WERE ISSUED IN NON-JUDICIAL ACTS, ON A SUA SPONTE BASIS, IN "A CLEAR ABSENCE OF ALL JURISDICTION" AS NO MOTION ~~FROM~~ A DEFENDANT WAS BROUGHT OR PENDING TO PLACE THE "3-STRIKE" ISSUE BEFORE THOSE COURTS, ~~STATE~~ DELEON v. DOE, 361 F. 3d 93, AT 95 (2ND CIR 2004) AND CASES CITED THEREIN.

PG 1 OF 5

3. SINCE THE SUBJECT "VOID ORDERS" HAVE BEEN ASSERTED AGAINST THE APPELLANT, IN THIS ACTION, THIS COURT HAS JURISDICTION TO VACATE AND DECLARE SAID ORDERS TO BE "VOID AB INITIO" AND OR NO FORCE AND EFFECT. A VOID ORDER MAY BE COLLATERALLY ATTACKED IN ANY COURT WHERE THAT JUDGMENT'S VALIDITY COMES IN ISSUE, SEE GRACIETTE V. STAR GUIDANCE INC., 66 FRD 424, AT 426 (SD. NY 1975) AT HEAD NOTES [1][2][3]; PENNOYER V. NEFF, 95 U.S. 714, 24 L. ED 565 (1877); J. MOORE, 7 FEDERAL PRACTICE ¶¶ 60.25[1], 60.28[1]; HADDEN V. RUMSEY, 196 F.2d 92, AT 95-96 (2ND CIR 1952).

4. ANY INDIVIDUAL MAY CHALLENGE A VOID JUDGMENT WHEN IT IS ASSERTED AGAINST THEM: BERRY V. ALLEN, 411 F.2d 1142, AT 1146 (8TH CIR 1969); HICK LIN V. EDWARDS 226 F.2d. 410 (8TH CIR 1955).

5. A "VOID AB INITIO" JUDGMENT MAY BE DECLARED SO ON A

COLLATERAL ATTACK, AT ANY TIME IN ANY ACTION, CITY OF MEMPHIS V. INGRAM, 195 F. 2d 338, AT 341 (8TH CIR 1952).

6. A VOID JUDGMENT IS ENTITLED TO NO AUTHORITY OR RESPECT AND CAN BE IMPEACHED, AT ANY TIME, IN ANY PROCEEDING, BY ANY ONE WHOSE INTERESTS OR RIGHTS IT CONFLICTS, SEE FEDERAL LAND BANK v. WILSON, 533 F. SUPP. 301 AT 307 (ED. ARK. 1982) AT HEAD NOTE [7].

7. THE COURTS THAT RENDERED THE SUBJECT "VOID ORDERS" (USDC-ND-TX AND USDC-ED-WA) LACKED SUBJECT MATTER JURISDICTION, AS THERE WAS NO DUE PROCESS, NOTICE, OPPORTUNITY TO BE HEARD AS TO APPELLANT, AND NO MOTION MADE BY THE DEFENDANTS IN THOSE ACTIONS ( 3-05-CV-1284-B, USDC-ED-TX AND 04-371, 04-372, 04-378, 04-379 AND 04-380 USDC-ED-WA) BRINGING THE "3 STRIKE" ISSUE BEFORE THOSE COURTS, RENDERING THE SUBJECT "VOID ORDERS" AND THE COURTS ORDER OF 8/22/05 TO BE "VOID AB INITIO" WITH NO RES JUDICATA EFFECT, AND

PG 3 OR 4

SUBJECT TO COLLATERAL ATTACK IN THIS ACTION, SEE _McDANIEL v. CAMP_. 59 F.3d 548, AT 550-51 (5TH CIR 1995) AT HEAD NOTE [2] AND FOOTNOTES FN4 AND FN6.

8. THE SUBJECT "VOID ORDERS" MAY BE COLLATERALLY ATTACKED AND VACATED IN THIS ACTION, _FAY v. NOIA_ 83 S.CT. 822 (1963), AND THIS COURT HAS A MANDATORY, NON-DISCRETIONARY ~~DUTY II~~ AND MINISTERIAL DUTY TO VACATE AND DECLARE "VOID AB INITIO" THE SUBJECT "VOID ORDERS", SEE _JORDAN v. GILLIGAN_, 500 F.2d 701, AT 704 (6TH CIR 1974); _LUTBEN v. SELECTIVE SERVICE_, 453 F.2d 645 (1ST CIR 1972).

9. I HEREBY ASSERT THE DEFENSES OR IMMUNITY, RES-JUDICATA, COLLATERAL ESTOPPEL ISSUE PRECLUSION AND PUBLIC AUTHORITY TO THE SUBJECT "VOID ORDERS".

I HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS NOTICE/MOTION WAS FILED/MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL ON 9/4/05, AT SCJ- SW26,
DATED: 9/4/05 pg 4 OF 4

== 5.75 ==  U.S. POSTAGE

PB METER
7-483796

SPOKANE
MAY 0 4 2005

CLERK

US DISTRICT COURT

844 N. KING STREET

LOCK BOX 18

WILMINGTON, DE 19801-3570

MAY 0 4 2005

DUNCAN J. McFALL

SPOKANE CO. JAIL

MS-JAIL CO# 29375-2

1100 W. MALLON

SPOKANE, WA 99260

LEGAL - MAIL