DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205 } SERVICE ADDRESS

~~TEMPORARY ADDRESS:~~
~~SPOKANE CO. JAIL~~
~~MS-JAIL CID # 293752~~
~~1100 W. MALLON~~
~~SPOKANE, WA 99260-0150~~
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISONER- PLAINTIFF

MO-KA-D-8-3
DATE: 9/14/05
TIME: 19:00
KA7

FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN RE KAISER
DUNCAN J. McNEIL
APPELLANT
~~PLAINTIFF~~

v

KAISER
~~UNITED STATES, ET AL.~~

~~DEFENDANTS~~

NOTICE OF COLLATERAL ATTACK ON USDC-ED-WA ORDERS REFERRED TO IN 8/22/05 ORDER

05-574-JJF

CASE NO:
EXPARTE MOTIONS TO MODIFY ALTER OR AMEND FINDINGS & ORDERS, PURSUANT TO FRCP 52, 59 & 60; EXPARTE MOTION FOR RELIEF FROM ORDER ENTERED 8/22/05; EXPARTE MOTION TO EXTEND TIME

I, DUNCAN J. McNEIL, III, AM AN INDIGENT, DISABLED AND AN UNLAWFULLY INCARCERATED PRISONER,[1] BEING SWORN UPON OATH, HEREBY DECLARE THAT:

1. THAT PURSUANT TO 28 U.S.C. § 1915(g), I AM PRESENTLY UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY, DUE TO THE CONDITIONS OF MY CONFINEMENT (DUE TO 8th AMEND. VIOLATIONS) AND DUE TO THE INTENTIONAL INDIFFERENCE TO MY HEALTH, SAFETY & WELFARE, BY THE WITHHOLDING OF

[1] I AM A VERY DETAINEE, NOT A PRISONER AS DEFINED BY 28 USC § 1915.

REQUIRED MEDICAL CARE AND TREATMENT BY MY CAPTORS.

2. I FACE THE IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AS ACTS OF RETALIATION & RETRIBUTION FOR MY HAVING SOUGHT TO ENFORCE & EXERT MY CONSTITUTIONALLY PROTECTED RIGHTS, AS PLEAD IN THIS ACTION, AND AS OTHER WISE EXISTING, IN RELATION TO THE "FOREIGN JUDGMENTS"

3. ~~THAT THIS ACTION IS BROUGHT AS A COMMON LAW FEDERAL SUIT TO ENFORCE FINAL COURT JUDGMENTS, PURSUANT TO THE U.S. CONST. ART. IV §1, IN THIS DISTRICT.~~

4. ~~THAT THIS ACTION IS ALSO BROUGHT TO ENFORCE THE REIMPOSED AUTOMATIC STAY, PURSUANT TO 11 USC §362, AND THE DISCHARGE INJUNCTION AND DISCHARGE, PURSUANT 11 U.S.C. § 524 AND 11 U.S.C. § 1141, PURSUANT TO THE CONFIRMED CHAPTER 11 PLAN, ENTERED 6/16/99 IN CASE NO. LA 98-18082-SB, USBC-CD-CA, IN RE BROADWAY BUILDINGS, II L.P.~~

5. THAT THIS ~~ACTION~~ MOTION IS BROUGHT TO VACATE OR DECLARE "VOID" (2) THE EXACT ORDERS REFERENCED

(2) PURSUANT TO DECISION IN DOE 30 F.3d 93, 95 (9TH CIR 2002) THIS COURT MUST DETERMINE PRIOR TO SUA SPONTE DISMISSAL [illegible] PLAINTIFF FROM PROCEEDING IFP UNDER 28 USC § 1915(g) AND THIS COURT MAY [illegible] RELY UPON A "STRIKE" ISSUED [illegible] PRIOR DISMISSAL, WILL ULTIMATELY & [illegible] AS A STRIKE [illegible] THIS ACTION.

(BY WAY OF A COLLATERAL ATTACK) OR RELIED UPON IN THIS COURT'S ORDER ISSUED 8/22/05 ~~PURSUANT TO THE PROVISIONS OF~~ ~~[illegible]~~, AS SAID ORDERS WERE ENTERED: ① IN A "A CLEAR ABSENCE OF ALL JURISDICTION"; ② BY GRANTING RELIEF IN EXCESS OF THAT PLEAD OR PRESERVED BY THE ADVERSE PARTIES; ③ IN VIOLATION OF THE PLAINTIFF'S RIGHTS TO DUE PROCESS, ON A SUA SPONTE BASIS, WITHOUT NOTICE OR ANY MEANINGFUL OPPORTUNITY TO BE HEARD; AND ④ IN VIOLATION OF 11 USC § 362, 11 U.S.C. § 524 OR 11 U.S.C § 1141.

6. AS SUCH THE ~~PLAINTIFF~~ APPELLANT HEREBY ASSERTS THAT THE EXACT ORDERS REFERENCED (OR RELIED UPON) IN THIS COURT'S ORDER ISSUED 8/22/05 ARE "VOID AB INITIO" ORDERS, OF NO LEGAL FORCE AND EFFECT, WHICH CAN BE COLLATERALLY ATTACKED IN THIS ACTION, AND VOIDED IN THIS ACTION, PROHIBITING SAID ORDERS FROM BEING ASSERTED ~~[illegible]~~ OR ENFORCED AGAINST THE ~~PLAINTIFF~~ APPELLANT, UNTIL THIS

COMMON LAW ACTION TO ENFORCE FINAL JUDGMENTS, AND THIS ~~[illegible]~~ ACTION ~~[illegible]~~ ~~[illegible]~~ TO COLLATERALY ATTACK AND "VOID" SAID ORDERS, IS DETERMINED ON THE MERITS.

7. ANY ORDER ~~[illegible]~~ ~~[illegible]~~ OR JUDGMENT OF THIS COURT WHICH IS BASED UPON THE "VOID AB INITIO" ORDERS REFERENCED TO IN THIS COURT'S ORDER OF 8/22/05, WILL ALSO BE A "VOID" ORDER.

8. THAT THE ~~PLAINTIFF~~ APPELLANT IS ENTITLED, AS A MATTER OF LAW, TO HAVE THIS APPEAL AND NOW THIS ~~HIS COMMON LAW ACTION TO ENFORCE THE~~ CONFIRMED ~~BANKRUPTCY PLAN, AND HIS~~ ~~[illegible]~~ ACTION TO COLLATERALY ATTACK THE CLAIMED VOID ORDERS, HEARD AND DETERMINED ON THE MERITS, AND NOT BY SUMMARILY AND SUA SPONTE DISMISSAL.

9. THAT IN VIOLATION OF THE PLAINTIFF'S 1ST, 6TH & 14TH AMEND RIGHTS, RESULTING IN A CONTINUING AND ONGOING "BOUNDS VIOLATION", THE PLAINTIFF IS BEING DENIED ADEQUATE ACCESS TO THE JAIL LAW LIBRARY, COPIES

LEGAL RESEARCH AND RAW MATERIALS, AS NECESSARY TO TIMELY RESPOND TO THE COURT ORDER ENTERED 8/22/05, HINDERING MY ABILITY TO PURSUE MY NON-FRIVOLOUS LEGAL CLAIMS IN THIS ~~ACTION~~ APPEAL, ~~ALLOWING ME~~ WHICH SEEKS NOW TO COLLATERALLY ATTACK ~~MY~~ ~~[illegible]~~ CIVIL DETENTION, ~~FOR~~ THE "VOID AB INITIO" ORDERS (OR RELIED UPON) REFERENCED IN THE COURT'S ORDER OF 8/22/05.

10. THAT GIVEN THE REQUESTED EXTENSION, ALLOWING ME MEANINGFUL ACCESS TO THIS COURT, I WILL BE ABLE TO PRESENT AFFIDAVITS AND REQUESTS FOR JUDICIAL NOTICE, THAT WILL SUBSTANTIATE, VALIDATE, SUPPORT AND ESTABLISH THAT MY ~~CLAIMS~~ APPEAL IS NOT MERITORIOUS ~~ARE MERITOUS~~ AND IS NON-FRIVOLOUS.

11. THAT MY PRISON OFFICIALS HAVE FAILED TO FULFILL THEIR AFFIRMATIVE DUTY TO ENSURE THAT MY ACCESS TO THE COURTS IS "ADEQUATE, EFFECTIVE AND MEANINGFUL", SEE BOUNDS V. SMITH, 430 U.S. 817, AT 822, 97 S. CT. 1491, AT 1495 (1977); LEWIS V. CASEY 518 U.S. 343, AT 351, 116 S. CT. 2174 AT 2180 (1996), RESULTING IN AN ONGOING "BOUNDS VIOLATION".

12. THAT WITHOUT AN EXTENSION OF TIME TO THE DEADLINES IMPOSED BY FRCP 52 AND FRCP 59, THE PLAINTIFF WILL BE ONCE AGAIN DENIED ACCESS TO THE COURTS (A "BOUNDS VIOLATION") AND DENIED DUE PROCESS, AND BE PROHIBITED FROM HAVING A MEANINGFUL OPPORTUNITY TO PRESENT THE SUBJECT CLAIMS TO THE COURT.

13. THE DENIAL OF SUCH AN EXTENSION (DENYING DUE PROCESS) WILL ONLY RESULT IN ANOTHER "VOID AB INITIO" ORDER, ENTERED IN "A CLEAR ABSENCE OF ALL JURISDICTION", RESULTING IN FURTHER UNNECESSARY LITIGATION.

14. AS SUCH THE PLAINTIFF REQUESTS A THIRTY (30) DAY EXTENSION THE FILE A MEMORANDUM, REQUESTS FOR JUDICIAL NOTICE AND AFFIDAVITS/DECLARATIONS IS SUPPORT OF THIS MOTION, FOR RELIEF.

15. I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, PURSUANT TO THE CAWS OF THE U.S. AND THAT THIS MOTION WAS PLACED IN THE INDIGENT OUTGOING MAIL AT SCJ 5W-26 ON 9/14/05

DATED: 9/14/05 FOF71