OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 21, 2005

Duncan J. McNeil, III
2030 West Spofford
Spokane, WA 99205

Re:   Exparte Motion (D.I. 4), Notice of Collateral Attack (D.I. 6), Exparte Motion to Alter Order dated 08/22/05 (D.I. 7), Exparte Motion in Support of Collateral Attack (D.I. 8), Declaration in Support of Collateral Attack (D.I. 9), Motion for Extension of Time (D.I. 10).

Civil Action No. 05-574 JJF

Dear Mr. McNeil, III:

As noted below, documents have been filed in the above noted case which do not conform to the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action with regard to the matter until the following deficiency is corrected:**

__X__   Certificate of Service was not included with the documents.

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:ww.ded.uscourts.gov**.

Very truly yours,

*Anita Belton*
Deputy Clerk

Enclosure

cc:   Assigned Judge