DUNCAN J. MCNEIL, III  
2030 W. SPOFFORD  
SPOKANE, WA 99205

MO:  
DATE: 11/8/05

## U.S. DISTRICT COURT
## DISTRICT OF DELEWARE

IN RE:  
KAISER ALUMINUM CORP  
DEBTOR

CHAPT. 11 CASE NO: 03-10429-JKF

DUNCAN J. MCNEIL, III  
APPELLANT

v.

KAISER ALUMINUM CORP  
APPELLEE

CIV NO: 05-574-JJF

PROOF OF SERVICE

FILED  
NOV 16 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

I, DUNCAN J. MCNEIL, III, APPELLANT, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT I SERVED THE FOLLOWING DOCUMENTS IN THIS ACTION, BY MAILING THEM, ADDRESSED AS FOLLOWS, AND BY PLACING THE ENVELOPE INTO THE OUTGOING INDIGENT MAIL AT SCJ SW-26 ON 11/8/05:

1. "EX PARTE ~~MOTION~~ URGENT MOTION FOR TRO/OSC, ENFORCING APPELLANT'S ACCESS TO THE COURTS AND REQUEST FOR JUDICIAL NOTICE AND THE GRANTING OF FULL FAITH & CREDIT TO 11/10/04 "ACCESS ORDERS", (FJM-C-100), DATED 9/9/05, FILED 9/19/05 (AS D.I. 4);

2. "NOTICE OF COLLATERAL ATTACK ON

PG 1 OF 2  
PAGE __ OF __

1 "VOID AB INITIO" SUA SPONTE "3-STRIKE"
2 DISMISSAL ORDERS..." (KA1-D-83) DATED
3 9/4/05, FILED 10/11/05 AS D.I. 6;
4    3. "EX PARTE MOTION TO MODIFY, ALTER
5 OR AMEND FINDINGS & ORDERS PURSUANT
6 FRCP 52, 59 & 60; EX PARTE MOTION FOR
7 RELIEF FROM ORDER ENTERED 8/22/05; EX PARTE
8 MOTION FOR EXTENSION OF TIME"; (KA-D-8-3)
9 DATED 9/4/05, FILED 10/11/05 AS D.I. 7;
10    4. "URGENT EX PARTE MOTION, IN
11 SUPPORT OF COLLATERAL ATTACK:① TO PROCEED
12 IFP w/o PAYMENT OF FEES;..."; (FJM-079)
13 DATED 9/4/05, FILED 10/11/05 AS D.I. 8;
14    5. "DECLARATION IN SUPPORT OF
15 COLLATERAL ATTACK," ~~DATED~~ IN SUPPORT OF
16 FINDING OF IMMINENT DANGER, DATED
17 9/4/05, FILED 10/11/05, AS D.I. 9;
18    6. "EX PARTE MOTIONS TO MODIFY
19 ALTER OR AMEND FINDINGS & ORDER
20 PURSUANT TO FRCP 52, 59 & 60; EX PARTE
21 MOTION FOR RELIEF FROM ORDER ENTERED
22 9/27/05; EX PARTE MOTION ~~FOR~~ TO
23 EXTEND TIME", (FJ-D-91), DATED 10/3/05,
24 FILED 10/17/05, AS D.I. 10.
25    ADDRESSED TO: DANIEL J. DEFRANCESCHI, ATTORNEY
       RICHARDS, LAYTON & FINGER PA
       P.O. BOX 551,
26     WILMINGTON, DE 19899
27 I DECLARE THE FOREGOING UNDER THE
   PENALTY OF PERJURY.
28 DATED: 11/8/05

PG 2 OF 2                    APPELLANT

DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
CIVIL DETAINEE AND
PLAINTIFF

## U S DISTRICT COURT
## DISTRICT OF DELAWARE

IN RE

DUNCAN J. McNEIL, III

v.

UNITED STATES ET, AL.

FOR ALL CASES AND ACTIONS PENDING IN THIS COURT INCLUDING:

CASE NO:
05-574-JJF

NOTICE OF CHANGE OF ADDRESS;

REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE THAT UNDERSIGNED HEREBY APPEARS IN THIS ACTION(S) AND PROVIDES NOTICE OF CHANGE OF ADDRESS, FOR ALL PURPOSES AND REQUESTS SPECIAL NOTICE AND SERVICE OF ALL NOTICES, PLEADINGS, ORDERS OR RULINGS AT DUNCAN J. McNEIL, 2030 W. SPOFFORD, SPOKANE WA 99205 EFFECTIVE THIS DATE.

DATED: 11/8/05

_/s/ Duncan J. McNeil, III_
DUNCAN J. McNEIL, III



DUNCAN T. MCNEIL
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

CLERK
US DISTRICT COURT
P.O. BOX 6080
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801

LEGAL MAIL