U.S.M.
X-RAY

$=159=$
U.S. POSTAGE
PB METER
7143396

SPOKANE
APR 05 06
WA

AUG 21 2006

DUNCAN J. MCNEIL, III
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

CLERK
U.S. DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570

LEGAL MAIL

INMATE'S MAIL
Spokane County Jail
1100 W Mallon
Spokane, WA 99260-0320

RECEIVED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Duncan J. McNeill
Spokane County Jail, # 293752
2030 W. Spofford
Spokane WA 99205

REQUEST FOR REASONABLE Accommodations TO:
U.S. DISTRICT COURT.
DISTRICT OF DELAWARE