DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISIONER & PLAINTIFF

SERVICE ADDRESS

MO-____
DATE: ~~[illegible]~~06
TIME: 3/27/06

# U.S. DISTRICT COURT

~~[illegible]~~

## DISTRICT OF DELEWARE

DUNCAN J. McNEIL, III
~~PLAINTIFF~~
V.
KAISER ALUM. CORP.
~~UNITED STATES AND IT'S OFFICERS & AGENCIES, ET AL~~
DEFENDANTS

CASE NO: ~~[illegible]~~ 1:05-CV-574 1:06-CV-178

URGENT EXPARTE MOTION IN SUPPORT OF & NOTICE OF APPEAL
① TO PROCEED IFP W/O PAYMENT OF FEES; ON APPEAL
② FOR ELECTRONIC FILING ACCESS TO COURT AND FOR A WAIVER OF PACER FEE AND ELECTRONIC FILING FEES;
③ FOR APPOINTMENT OF COUNSEL ON APPEAL;
④ FOR COPIES, RECORD AND FOR SERVICE OF THE SUMMONS AND COMPLAINT BY THE CLERK ~~[illegible]~~ PER FRCP 4(c)(2)

FILED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, DUNCAN J. McNEIL, III, BEING SWORN UPON OATH HEREBY DECLARE UNDER THE PENALTY OF PERJURY THE FOLLOWING:

1. THAT I AM A "QUALIFIED INDIVIDUAL" WITH AND ESTABLISHED SSA DISABILITY, WHO IS ENTITLED TO REASONABLE ACCOMMODATIONS FROM THE DEFENDANTS AND THIS COURT.

2. THAT I AM PRESENTLY UNLAWFULLY

INCARCERATED BY THE UNITED STATES, THE STATE OF WASHINGTON, COUNTY OF SPOKANE AND THE CITY OF SPOKANE, IN VIOLATION OF MY CONSTITUTIONAL AND CIVIL RIGHTS.

3. THAT I AM AN "OFFICER OF THE UNITED STATES" AS DEFINED BY 42 U.S.C. § 1985(1.) APPOINTED PURSUANT TO 11 U.S.C. § 1123(b)(3)(B) AS THE DISBURSING AGENT AND LIQUIDATING TRUSTEE AND GENERAL MANAGER FOR REORGANIZED DEBTOR BROADWAY BUILDINGS II, L.P., PURSUANT TO ORDER OF THE U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA.

4. THAT AS A DISABLED PERSON, I HAVE BEEN THE CONTINUAL AND ON GOING VITIM OF INTENTIONAL DISCRIMINATION AND RETALIATION, BY THE U.S., THE STATE OF WASHINGTON, THE COUNTY OF SPOKANE, AND THE CITY OF SPOKANE, IN A KNOWING AND INTENTIONAL VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS, FOR HAVING EXERCIZED MY COURT APPOINTED DUTIES PURSUANT TO THE EXECUTION AND ENFORCEMENT OF BROADWAY'S CONFIRMED PLAN, PURSUANT TO U.S. CONST. ART 4, § 1, FULL FAITH & CREDIT CLAUSE. I AM PRESENTLY UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY DUE MY CONDITIONS OF INCARCERATION AND THE WITHHOLDING OF MEDICAL CARE.

5. BY THE ATTACHED IFP APPLICATION I MOVE THE COURT FOR AN ORDER ALLOWING ME TO PROCEED IN THIS ~~ACTION~~ APPEAL WITHOUT PREPAYMENT OF FEES, COPIES OR SERVICE.

6. I ALSO MOVE THE COURT FOR AN ORDER ALLOWING ME ELECTRONIC FILING STATUS, ALONG WITH A WAIVER OF PACER AND ELECTRONIC ACCESS, FILING AND SERVICE FEES.

7. I FURTHER MOVE THE COURT FOR APPOINTMENT OF COUNSEL, IN THIS ~~ACTION~~ APPEAL, PURSUANT TO 28 USC§1915(e)(1), FOR THE FOLLOWING REASONS:

(a) TO ATTAIN DUE PROCESS OF LAW: THE PLAINTIFF, INDIGENT & UNLAWFULLY INCARCERATED, ASSERTS IN BRINGING THIS ACTION THAT THE PLAINTIFF HAS BEEN DENIED HIS FUNDAMENTAL RIGHTS TO DUE PROCESS OF LAW, AND HAS BEEN UNLAWFULLY DENIED ACCESS TO THE COURTS, WARRANTING APPOINTMENT OF COUNSEL IN THIS PARTICULAR CASE, SEE HATFIELD V. BAILLEAUX, 290 F.2d 632 (9TH CIR 1961);

(b) THE PLAINTIFF'S ACTION IS NECESSITATED AND BROUGHT ABOUT BY THE DEFENDANT'S ALLEGED CONSPIRACY TO CONCEAL THE PLAINTIFF'S UNLAWFUL ARRESTS AND TO OBTAIN INVALID CRIMINAL CONVICTIONS, THEREBY WARRANTING THE APPOINTMENT OF COUNSEL, SEE WHITE V. WALSH, 649 F.2d 560 (8th CIR 1981);

(c) THE DENIAL OF COUNSEL IN THIS PARTICULAR CASE WOULD RESULT IN A FUNDAMENTAL UNFAIRNESS, DUE TO PLAINTIFF'S CONTINUAL DENIAL OF ACCESS TO COURTS/LAW LIBRARY, INFRINGING UPON THE INDIGENT PRISONER'S DUE PROCESS RIGHTS, THEREBY REQUIRING APPOINTMENT, SEE CHILDS V. DUCKWORTH, 705 F.2d 915 (7th CIR. 1983);

(d) APPOINTMENT OF COUNSEL IS NECESSARY WHEN AN INDIGENT PRISONER, AS IN THIS CASE, IS PROHIBITED ADEQUATE ACCESS TO LAW LIBRARY, COPIER, TYPEWRITER, AND OTHER RESOURCES NEEDED TO PROSECUTE THE CASE, SEE RAYES V. JOHNSON, 969 F.2d 700 (8th CIR. 1992);

(e) THE INDIGENT PRISONER IS PERMANENTLY DISABLED, WITH A CHRONIC

SPECIFICALLY PG 21 OF 22 (SEE PGS 22 OF 22 TO 22 OF 22 ATTACHED)

DIBILIATING DISEASE, CHRONES DISEASE, WHICH LIMITS AND INTERFERES WITH THE INDIGENT DISABLED PRISONER'S ABILITY TO PRESENT HIS CASE TO THE COURT, AND RECIEVE A FAIR TRIAL SEE MCCARTHY v. WEINBERG, 753 F.2d 836 (10TH CIR 1985); JACKSON v. COUNTY OF MCLEAN, 953 F.2d 1070 (7TH CIR 1992).

8. THE SUBJECT ACTION RELATES TO SIGNIFICANT CONSTITUTIONAL ISSUES, OF PUBLIC IMPORTANCE, AS TO FULL FAITH & CREDIT, ACCESS TO COURTS, & FALSIFIED CRIMINAL HISTORY AND INDIVIDUAL AGENCY RECORDS, WHICH WARRANT THE APPOINTMENT OF COUNSEL ① AS THE CASE RAISES SEVERAL ISSUES OF FIRST IMPRESSION, WHICH COULD LEAD TO SIGNIFICANT PRECEDENTIAL AUTHORITY.

9. THE PLAINTIFF MOVES THE COURT FOR AN ORDER REQUIRING SERVICE AND PREPARATION OF THE RECORDS IN THIS APPEAL ~~OF THE SUMMONS & COMPLAINT ON THE DEFENDANTS BY THE U.S. MARSHAL SERVICE~~ AT THE COST OF THE U.S.

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES.

DATED: ~~3/9/06~~ 3/27/06

6 OF 22

① THAT I HAVE CONTACTED OVER 30 PUBLIC SERVICE AGENCIES, ANY LAWYER CLINICS, SEEKING APPOINTMENT OF ASSISTANCE OF COUNSEL/R, CAST 180 DAYS AND EACH HAS EITHER FAILED TO REPLY OR DECLINED DUE TO COMPLEXITY OF CASE

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of [redacted] DELEWARE

DUNCAN J. MNEIL
Plaintiff

V.

~~UNITED STATES~~
KAISER ALUM CORP.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-CV-574
06-CV-178

I, DUNCAN J. MNEIL declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration SPOKANE CO. JAIL

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   SSA DISABLED SINCE 10/00

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

SSA $380/MO. SUSPENDED WHILE UNLAWFULLY INCARCERATED

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

D.J. McNEIL, SON, 15
PAIGE McNEIL, DAUGHTER, 10

±$585/mo. PAID BY SSA EXCEPT WHILE UNLAWFULLY INCARCERATED

I declare under penalty of perjury that the above information is true and correct.

~~3/19/06~~ 3/27/06

Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge ____ Date ____ | United States Judge ____ Date ____ |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~[redacted]~~ DELAWARE

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: MCNEIL v. ~~UNITED STATES~~ KAISER ALUM CORP.

Civil Action No. ____________

I, DUNCAN T. MCNEIL # CW#293752, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

[signature]
Signature of Plaintiff

SPOKANE COUNTY JAIL

Resident Account Summary

Friday, June 24, 2005 @08:43

For IDENT Number: 293752 MCNEIL, DUNCAN J

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 06/20/2005 | INP | OID:100055342-ComisaryPur | 3.50 | 0.00 | 670.40 | 0.00 | |
| 06/13/2005 | INP | OID:100054904-ComisaryPur | 3.50 | 0.00 | 666.90 | 0.00 | |
| 06/06/2005 | INP | OID:100054462-ComisaryPur | 3.50 | 0.00 | 663.40 | 0.00 | |
| 06/02/2005 | MEDICAL | RX APRIL | 35.85 | 0.00 | 659.90 | 0.00 | |
| 06/02/2005 | MEDICAL | RX MARCH | 40.70 | 0.00 | 624.05 | 0.00 | |
| 05/27/2005 | INP | OID:100054023-ComisaryPur | 3.50 | 0.00 | 583.35 | 0.00 | |
| 05/20/2005 | MEDICAL | DENTAL 5/19/05 | 12.00 | 0.00 | 579.85 | 0.00 | |
| 05/18/2005 | INP | OID:100053331-ComisaryPur | 3.50 | 0.00 | 567.85 | 0.00 | |
| 05/11/2005 | INP | OID:100052806-ComisaryPur | 3.50 | 0.00 | 564.35 | 0.00 | |
| 05/04/2005 | INP | OID:100052439-ComisaryPur | 3.70 | 0.00 | 560.85 | 0.00 | |
| 04/27/2005 | INP | OID:100052018-ComisaryPur | 3.70 | 0.00 | 557.15 | 0.00 | |
| 04/20/2005 | INP | OID:100051599-ComisaryPur | 3.70 | 0.00 | 553.45 | 0.00 | |
| 04/13/2005 | INP | OID:100051172-ComisaryPur | 3.37 | 0.00 | 549.75 | 0.00 | |
| 04/06/2005 | INP | OID:100050768-ComisaryPur | 3.70 | 0.00 | 546.38 | 0.00 | |
| 03/30/2005 | INP | OID:100050336-ComisaryPur | 3.70 | 0.00 | 542.68 | 0.00 | |
| 03/23/2005 | INP | OID:100049966-ComisaryPur | 3.54 | 0.00 | 538.98 | 0.00 | |
| 03/16/2005 | MEDICAL | DENTAL 3/15/05 | 12.00 | 0.00 | 535.44 | 0.00 | |
| 03/16/2005 | MEDICAL | MD 3/14/05 | 12.00 | 0.00 | 523.44 | 0.00 | |
| 03/14/2005 | INP | OID:100049080-ComisaryPur | 3.54 | 0.00 | 511.44 | 0.00 | |
| 03/11/2005 | MEDICAL | RX FEB | 47.45 | 0.00 | 507.90 | 0.00 | |
| 03/09/2005 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 460.45 | 0.00 | |
| 02/18/2005 | MEDICAL | RX JANUARY | 6.00 | 0.00 | 460.45 | 0.00 | |
| 02/14/2005 | INP | OID:100047349-ComisaryPur | 3.54 | 0.00 | 454.45 | 0.00 | |
| 02/07/2005 | MEDICAL | MD 2/7/05 | 12.00 | 0.00 | 450.91 | 0.00 | |
| 02/07/2005 | INP | OID:100046882-ComisaryPur | 3.54 | 0.00 | 438.91 | 0.00 | |
| 01/31/2005 | INP | OID:100046399-ComisaryPur | 3.54 | 0.00 | 435.37 | 0.00 | |
| 01/19/2005 | MEDICAL | RX DECEMBER | 36.00 | 0.00 | 431.83 | 0.00 | |
| 12/20/2004 | INP | OID:100043439-ComisaryPur | 3.51 | 0.00 | 395.83 | 0.00 | |
| 12/16/2004 | MEDICAL | RX NOVEMBER | 12.00 | 0.00 | 392.32 | 0.00 | |
| 12/10/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 380.32 | 0.00 | |
| 12/10/2004 | <INTAKE FEE | Payment for INTAKE FEE on | -1.47 | 0.00 | 291.20 | 0.00 | |
| 12/10/2004 | BOOKIN CASH | INITIAL DEPOSIT | 1.47 | 1.47 | 292.67 | 0.00 | |
| 11/19/2004 | MEDICAL | RX OCT | 30.00 | 0.00 | 292.67 | 0.00 | |
| 11/08/2004 | INP | OID:100040537-ComisaryPur | 4.05 | 0.00 | 262.67 | 0.00 | |
| 11/01/2004 | INP | OID:100039969-ComisaryPur | 4.05 | 0.00 | 258.62 | 0.00 | |
| 10/25/2004 | INP | OID:100039555-ComisaryPur | 4.05 | 0.00 | 254.57 | 0.00 | |
| 10/20/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 250.52 | 0.00 | |
| 10/18/2004 | INP | OID:100039049-ComisaryPur | 4.05 | 0.00 | 250.52 | 0.00 | |
| 10/13/2004 | MEDICAL | RX SEPTEMBER | 24.00 | 0.00 | 246.47 | 0.00 | |
| 10/11/2004 | INP | OID:100038546-ComisaryPur | 4.05 | 0.00 | 222.47 | 0.00 | |
| 10/05/2004 | MEDICAL | MD 10/4/04 | 12.00 | 0.00 | 218.42 | 0.00 | |
| 10/04/2004 | INP | OID:100037931-ComisaryPur | 4.05 | 0.00 | 206.42 | 0.00 | |
| 09/30/2004 | MEDICAL | MILK OF MAGNESIA _PREP H | 6.60 | 0.00 | 202.37 | 0.00 | |
| 09/27/2004 | INP | OID:100037599-ComisaryPur | 3.73 | 0.00 | 195.77 | 0.00 | |
| 09/20/2004 | INP | OID:100036903-ComisaryPur | 3.73 | 0.00 | 192.04 | 0.00 | |
| 09/14/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 188.31 | 0.00 | |
| 09/14/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 99.19 | 0.00 | |
| 05/04/2004 | INTAKE FEE | 1-1-04 TO 5-4-04 | 89.12 | 0.00 | 99.19 | 0.00 | |
| 04/28/2004 | <MEDICAL> | MD | -1.93 | 0.00 | 10.07 | 0.00 | |
| 04/28/2004 | MEDICAL | MD | 12.00 | 1.93 | 12.00 | 0.00 | |
| 04/28/2004 | EPR | OID:100027639-ComisaryPur | -18.07 | 1.93 | 0.00 | 0.00 | |
| 04/27/2004 | RECEIPT CHK | ALAN MCNEIL USPS MO 06994 | 20.00 | 20.00 | 0.00 | 0.00 | |
| 04/22/2004 | PAYOUT REL | DSHS IN 4871523 546-25-42 | -40.00 | 0.00 | 0.00 | 0.00 | |
| 04/21/2004 | RECEIPT CAS | FROM SHELLEY TOONE | 40.00 | 40.00 | 0.00 | 0.00 | |

THIS IS TO CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL WHICH IS ON FILE AND RECORDED IN THE OFFICE OF THE SPOKANE COUNTY JAIL, SPOKANE, WASHINGTON DATED THIS 24th DAY OF June 20 05

Pg 10 of 22

# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 2, 2003
Claim Number: 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HA

DUNCAN J MCNEIL III
PO BOX 2906
SPOKANE, WA 99220-2906

You are entitled to monthly disability benefits beginning May 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 5, 2002. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is May 2003.

**What We Will Pay And When**

- You will receive $3,080.00 around September 8, 2003.
- This is the money you are due for May 2003 through August 2003.
- Your next payment of $770.00, which is for September 2003, will be received on or about the third Wednesday of October 2003.
- After that you will receive $770.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C

See Next Page

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HA                                            Page 2 of 3

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social
Security. If you think that you might qualify for another kind of Social Security
benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If
this information changes, it could affect your benefits. For this reason, it is
important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability
Benefits...What You Need To Know," It will tell you what must be reported and
how to report. Please be sure to read the parts of the pamphlet which explain
what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you
about getting help to go to work. The provider may be a State vocational
rehabilitation agency or a provider under contract with the Social Security
Administration.

If you go to work, special rules allow us to continue your cash payments and
health care coverage. For more information about how work and earnings affect
disability benefits, call or visit any Social Security office and ask for the following
publications:

- Social Security - Working While Disabled...How We Can Help (SSA
  Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication
  No. 05-10052).

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review
your case and consider any new facts you have. A person who did not make the
first decision will decide your case. We will correct any mistakes. We will review
those parts of the decision which you believe are wrong and will look at any new
facts you have. We may also review those parts which you believe are correct
and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got
  this letter 5 days after the date on it unless you show us that you did not
  get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an
  appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form
  SSA-561-U2, called "Request for Reconsideration". Contact one of our
  offices if you want help.



PG ═══ 12 OF 22

20030002 Y 46 SSA Award Letter may

From: Duncan J. McNeil To: James R. Larsen                    Date: 7/30/2004 Time: 4:02:18 PM                    Page 6 of 14

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HA                                                          Page 3 of 3

Please read the enclosed pamphlet, "Your Right to Question the Decision Made
on Your Social Security Claim". It contains more information about the appeal.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules.
But, this decision must be reviewed at least once every 3 years. We will send
you a letter before we start the review. Based on that review, your benefits will
continue if you are still disabled, but will end if you are no longer disabled.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that
can help you find a lawyer or give you free legal services if you qualify. There
are also lawyers who do not charge unless you win your appeal. Your local Social
Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we
must approve the fee before he or she can collect it. And if you hire a lawyer, we
will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to
find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 1-509-353-2591. We can answer most questions over the
phone. If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778. You can also write or visit any Social Security office. The office
that serves your area is located at:



SOCIAL SECURITY
SUITE A
811 E SPRAGUE AVE
SPOKANE, WA 99202

If you do call or visit an office, please have this letter with you. It will help us
answer your questions. Also, if you plan to visit an office, you may call ahead to
make an appointment. This will help us serve you more quickly when you arrive
at the office.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner
of Social Security




From: Duncan J. McNeil To: James R. Larsen Date: 7/30/2004 Time: 4:02:18 PM Page 7 of 14

Sent By: LINOLEUM AND CARPET CITY; 5093269438; Dec-3-03 1:48PM; Page 1/2
To: ESG EFAX At: 92713775

M7

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: November 30, 2003
Claim Number: 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 HA

Duncan McNeil III
PO Box 2906
Spokane WA 99220

We are writing to you about court order number IN4871523.

In an earlier letter, we told you that we might have to take money out of your Social Security payments to satisfy the court order. Washington State Support Registry has ordered us to take money out to collect child support and/or alimony. Therefore, we will reduce the monthly payments beginning November 2003.

**What We Will Take Out**

We will take out $385.00 from each monthly payment to collect what you owe. ~~You will receive a check for $385.00 each month~~ beginning with the check you receive around December 3, 2003.

**If You Disagree With The Decision**

If you disagree with the decision of Washington State Support Registry, you will need to contact them directly, or have a lawyer do this for you. They can be contacted at:

Washington State Support Registry
PO Box 45868
Olympia WA 98504

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-509-353-2591. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.

SEE NEXT PAGE

PG ~~[illegible]~~ 14 OF 22

From: Duncan J. McNeil To: James R. Larsen Date: 7/30/2004 Time: 4:02:18 PM Page 8 of 14

Sent By: LINOLEUM AND CARPET CITY; 5093269438; Dec-3-03 1:46PM; Page 2/2

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 HA Page 2

You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE A
811 E SPRAGUE AVE
SPOKANE,WA 99202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

W Burnell Hurt

W. Burnell Hurt
Associate Commissioner for
Central Operations

pg 15 of 22

From: Duncan J. McNeil To: James R. Larsen Date: 7/30/2004 Time: 4:02:18 PM Page 9 of 14

Nov 07 03 01:50p p.2
From: Duncan J. McNeil 509-371-3775 To: MD Dr. Charles W. Laudenbach Date: 11/7/2003 Time: 10:40:20 AM Page 2 of 2

Oct 08 03 03:34p p.2

400 East Fifth Avenue, P.O. Box 3449
Spokane, WA 99220-3449
Phone: (509) 838-2531 / 1-800-776-4048
Fax: (509) 459-1597
www.rockwoodclinic.com

SATELLITE CLINICS
Cheney Medical Center
Medical Lake Family Practice
Rockwood Clinic Cardiology
Rockwood Clinic Colon & Renal Nephrology
Rockwood Clinic Eye Center
Rockwood Clinic Gastroenterology
Rockwood Clinic Moran Prairie
Rockwood Clinic North
Rockwood Clinic North Nephrology
Rockwood Clinic Physical Therapy
Rockwood Clinic Redmond
Rockwood Clinic South
Valley Rockwood Clinic
Valley Rockwood Physical Therapy

September 22, 2003

Duncan J McNeil III
P.O. Box 2306
Spokane, WA 99220-2306

RE:
MCNEIL, DUNCAN III J
1571942
DOB: 03/14/1957

TO WHOM IT MAY CONCERN:

Mr. McNeil is a patient whom I have seen since January of 2001. Mr. McNeil, unfortunately has a medical condition resulting in his inability to appear in court. I would appreciate it if this can be taken into consideration and possibly a telephone appearance could be allowed in this case.

Thank you for your consideration.

Sincerely,

C. Laudenbach MD

Charles Laudenbach, MD
Internal Medicine

408/J:1351822/D:1484656/CL:10
D: 09/22/2003 17:57:38
T: 09/24/2003 08:15:48

Pg 16 of 22

Our mission: Rockwood Clinic is a physician owned, multi-specialty medical practice. Our team of doctors and staff is dedicated to the delivery of the best patient care available. We strive to practice in a positive and rewarding environment. Our values: cooperation • excellence • teamwork • service • education • value.

20030922 X-44 Letter from Dr Laudenbach SIGNED re telephone appearance.max

**Ronald M. Klein, Ph.D.**
Behavioral Medicine Service
601 West Main Avenue, Suite 1011
Spokane, WA 99201 (509) 838-1285

09/02/2003

Division of Disability Determination

Spokane, WA

re: Duncan McNeill DOB: 3/14/1957

Dear Sir/Madam:

Mr. McNeill was a patient of mine three years ago. With his consent, I am providing you with the following information. His dates of service were:
11-14-00; 11-21-00; 11-28-00; 12-5-00; and 12-29-00.
He had been referred by his physician Dr. Creel at Rockwood Clinic. After my initial evaluation of him on 11-14-00, I diagnosed Mr. McNeill with [redacted confidential] [redacted confidential] He appeared to be reacting to a newspaper story published at that time about his ongoing legal dispute with well known public officials. Mr. McNeill felt he had been characterized in that story in a grossly unfair manner. He was also being treated by his physician for ongoing [redacted] and was being medicated for that. I provided [redacted] to Mr. McNeill during those sessions and also made recommendations to his physician regarding use of [redacted confidential] I have not seen him clinically since 12-29-00. I did have a recent phone conversation with him during which he informed me that his symptoms have continued on since that time and that your agency has found him to be disabled. It is my understanding that Mr. McNeill has undergone [redacted confidential] with other practitioners over these past 3 years.

Sincerely,

Ronald M. Klein, Ph.D.
Behavioral Medicine Service

PG ~~[illegible]~~ 17 OF 22

20030905 15 30 X 46 fax REDACTED from Dr Klein from Carson may

From: Duncan J. McNeil To: James R. Larsen Date: 7/30/2004 Time: 4:02:18 PM Page 11 of 14

2004/JUL/14/WED 01:36 PM CHAS MAPLE FAX No. 1-509-444-7807 P. 001/001

**Community Health Association of Spokane**

**07/13/2004**

**RE: Dj McNeil**

To Whom it may Concern;

Mr. McNeil has been diagnosed with colitis. He was last seen in clinic 05/24/04. He phoned the clinic 07/08/04 and stated he was having a flare of colitis. He phoned the clinic again today asking for a letter stating that he is having a flare of colitis, is bedridden, and is unable to appear in court on 07/14/04. Since the patient has not been seen in this clinic since May 24 of this year, I cannot verify his current health status relative to his colitis; nonetheless, he requested a letter to inform the court of the foregoing.

Thank you for your consideration.

Sincerely,

Bill Lawson

Bill Lawson, PA-C

CC: Patient file

**Maple CHAS Clinic** 3919 North Maple Street Spokane, WA 99205 (509) 444-7801

**DT CHAS Clinic** 1001 W 2nd Ave. Spokane, WA 99201 (509) 838-1205

**Valley CHAS Clinic** 9227 E. Main St. Spokane, WA 99206 (509) 444-8200

**NE CHAS Clinic** 4001 N. Cook St Spokane, WA 99207 (509) 487-1604

PG 18 of 22



**Community Health Association of Spokane**

**09/03/2004**

**RE: Dj McNeil**

To: Whom It May Concern

This person has anxiety and is on treatment for it. He may do better to have telephone appearances for his court hearings.

Sincerely,

Alisa ML Hideg, MD

CC: Patient file

**Maple CHAS Clinic**
**3919 North Maple Street**
**Spokane, WA 99205**
**(509) 444-7801**

**DT CHAS Clinic**
**1001 W 2nd Ave.**
**Spokane, WA 99201**
**(509) 835-1205**

**Valley CHAS Clinic**
**9227 E. Main St.**
**Spokane, WA 99206**
**(509) 444-8200**

**NE CHAS Clinic**
**4001 N. Cook St**
**Spokane, WA 99207**
**(509) 487-1604**

## Community Health Association of Spokane

3919 North Maple St.
Spokane, WA 99205
(509) 444-7801

9227 E. Main St
Spokane, WA 99206
(509) 444-8200

1001 W. 2nd
Spokane, WA 99201
(509) 835-1205

4001 N. Cook St
Spokane, WA 99207
(509) 487-1604

**Encounter Date: 09/03/2004 Provider: Alisa Hideg MD**
**Patient Name: McNeil , Dj Date of Birth: 03/14/1957**

**Pt. here for Follow-up OV.**
47 Years old, male Pt. here for Follow-up OV.

**CHIEF COMPLAINT**

**1. Colitis (follow-up)** Comments: Pt states that he is having a falre up of his colitis again. Pt feels he is having burning w/ urination and stools passing. Pt has not had much blood in his stool for 6 weeks. He had bleeding for approximately 6 days in his emesis and stools at that time 6 weeks ago. Nauseated x two and 1/2 weeks now.

**2. Anxiety (follow-up)** Comments: He denies caffeine use. Pt is going to court re: charges against him - not specific. Has friend who is here w/ him. Pt wants medication to use when anxious about going outside

**CHRONIC CONDITIONS**

1. **ASTHMA.**
2. **Anxiety state NOS.**

**CURRENT MEDICATIONS**

| Brand Name | Dose<br>Note | Route Desc | Sig Desc |
|---|---|---|---|
| Prevacid | 30mg | Oral | Take one capsule by mouth |
| daily (PT ASSISTANCE) | | | |
| Advair Diskus | 100/50 | Inhalation | Inhale 1 puff into your lungs |
| twice daily | | | |
| Celebrex | 200mg | Oral | one tablet by mouth daily |
| Albuterol | 90mcg | Inhalation | |
| Flovent | 110mcg | Inhalation | |
| Prilosec | 20mg | Oral | |

**ALLERGIES**

| Description | Reaction: |
|---|---|
| No Known Drug Allergies | |

**Nurse/MA Comments:**
Allergy List Confirmed. Medications Confirmed. Immunizations Confirmed.
Immunizations Up-to-Date

**Physical Examination:**

**Vital Signs:**
Height: 72.00 inches. (182.88 cm), Weight: 216.00 lbs. (98.18 kgs). BMI = 29.32;
Temperature: 97.00 F. (36.11 C) Respirations: 16
170/120 Right arm sitting. (used Regular Adult cuff).
Pulse rate is 84 per minute, regular.
Orthostatic B/Ps: L arm supine, B/P is 160/100; Pulse L arm supine is 84 beats/minute.

**Constitutional:** 

No acute distress. Well nourished.
Appearance: disheveled.

**Abdomen:** Abdomen soft, non-tender, non-distended; normal bowel tones; no hepatosplenomegaly. No palpable mass; no CVA tenderness.

***P.H.Q.***

1. Feeling down, depressed or hopeless?
   **Nearly every day.**
2. Little interest or pleasure in doing things.
   **Not al all.**
3. Trouble falling asleep or sleeping too much
   **Nearly every day.**
4. Feeling tired or having little energy
   **Nearly every day.**
5. Poor appetite or overeating
   **Nearly every day.**
6. Feeling bad about yourself--or that you are a failure or have let yourself or your family down.
   **Nearly every day.**
7. Trouble concentrating on things, such as reading the newspaper or watching television.
   **Nearly every day.**
8. Moving or speaking so slowly that other people could have noticed? Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual?
   **Nearly every day.**
9. Thoughts that you would be better off dead, or of hurting yourself in some way?
   **Not at all.**
10. If you are experiencing any of these problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?
    **Extremely difficult.**
11. If these problems have caused you difficulty, have they caused you difficulty for two years or more?
    **Yes, I have had difficulty with these problems for 2 years or more.**

How many days in the last two weeks have you missed doing things because you are depressed?
**14 Day(s)**

**Depression symptom score is 0;**
**Severity score is 21; Severe Depression.**

**Client has significant functionability impairment.**
**Consider DX of Dysthymia.**
**Client is in CHAPPY Registry.**
Next PHQ due in 4-8 weeks, (10/01/2004).

**In-House labs:**
Urine Dipstick values:
Spec gravity: 1.015; Ph: 5; Leukocytes: negative; Nitrites: negative; Protein: negative; Glucose: normal; Ketones: negative; Urobilinogen: normal; Bilirubin: negative;
Blood: negative;
Blood glucose: 96mg/dl.

**ASSESSMENT / PLAN**

**1. Colitis, ulcerative NOS** (Re: eval & TX of ICD-9 556.9).
- Start Asacol
F/U w/ GI
**2. Panic disorder** (Re: eval & TX of ICD-9 300.01).

Pt to increase zoloft dose
Use hydroxyzine prn

**Medications ordered this visit:** (Potential adverse drug reactions discussed.)

| Brand Name | Dose | Rx Refills | Rx Quanity | Sig Desc |
|---|---|---|---|---|
| Asacol | 400mg | 0 | 30 | one tablet by mouth three times dai |
| Metamucil | | 0 | 0 | 1 tbsp po BID |
| Zoloft | 100mg | 3 | 30 | two tablets by m.uth daily |
| Atarax | 100mg | 1 | 90 | 1/2 to 1 tab po q 4-6 hrs prn anxiet |

MA/Nurse: Mark E. Brooks
Alisa Hideg MD

AUG 27 2004

DUNCAN J. MCNEIL, III
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

SPOKANE APR 05'06 WA
PB METER 7148396
$1.59
U.S. POSTAGE

U.S.M
X-RAY

CLERK
U.S. DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570

LEGAL MAIL.

RECEIVED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INMATE'S MAIL
Spokane County Jail
1100 W Mallon
Spokane, WA 99260-0320

Duncan J. McNeill
Spokane County Jail, # 293752
2030 W. Spofford
Spokane WA 99205

REQUEST FOR REASONABLE ACCOMMODATIONS TO:

U.S. DISTRICT COURT.
DISTRICT OF DELEWARE