IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DUNCAN J. McNEIL, III, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-574-JJF |
| | : |
| KAISER ALUMINUM CORP., | : |
| | : |
| Appellee. | : |

O R D E R

WHEREAS, Appellant has filed an Ex Parte Motion In Support Of Notice Of Appeal (1) To Proceed IFP W/O Prepayment Of Fees; On Appeal, (2) For Electronic Filing Access To Court And For A Waiver Of Pacer Fee And Electronic Filing Fees; (3) For Appointment Of Counsel On Appeal; (4) For Copies, Record And (5) For Service Of The Summons And Complaint By The Clerk Per FRCP 4(c)(2) filed by Appellant, Duncan J. McNeil (D.I. 19);

WHEREAS, Appellant was previously denied leave to proceed in forma pauperis on the basis that Appellant has filed three previous actions which were dismissed as frivolous or for failure to state a claim upon which relief may be granted (D.I. 3);

WHEREAS, Appellant failed to pay the filing fee, and his appeal was dismissed without prejudice (D.I. 5);

WHEREAS, Appellant sought reconsideration and relief from the Court's Orders, and the Court has twice denied Appellant's requests for relief (D.I. 15, 20);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Appellant's Motion (1) To Proceed IFP W/O Prepayment Of Fees; On Appeal, (2) For Electronic Filing Access To Court And For A Waiver Of Pacer Fee And Electronic Filing Fees; (3) For Appointment Of Counsel On Appeal; (4) For Copies, Record And For Service Of The Summons And Complaint By The Clerk Per FRCP 4(c)(2) (D.I. 19) is **DENIED**.

2.  Because the above-captioned action is closed and the time frames for Appellant to seek reconsideration of and/or appeal from the Court's Orders has lapsed, the Court will return to Appellant any further filings in this action without consideration by the Court.

April 18, 2006
Date

UNITED STATES DISTRICT JUDGE