UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| DUNCAN J. MCNEIL, III | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-574 (JJF) |
| | : | |
| KAISER ALUMINUM CORP., | : | |
| | : | |
| Appellees. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, the Court electronically filed the **Order** **[Docket No. 21]** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Daniel J. DeFranceschi
defranceschi@rlf.com
rbgroup@rlf.com

I hereby certify that on April 21, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

Duncan J. McNeil
Spokane County Jail
MS. Jail CD# 293752
1100 W. Maloon
Spokane, WA 99260

/s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com

RLF1-3005580-1