# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

April 27, 2006

Duncan J. McNeill, III
#293752
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260

RE:    In re: Kaiser Aluminum Corporation
       C.A. No. 05-574-JJF

Dear Mr. McNeill, III:

　　　　The Court is in receipt of your Motion For Relief From Orders, IFP Application, dated April 13, 2006. Pursuant to the Court's Order (D.I. 21) issued on April 18, 2006, no action will be taken on your motion and the motion is being returned to you.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:afb

cc:        Clerk, United States District Court