Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205
Indigent Disabled
Unlawfully Incarcerated
Prisoner & Plaintiff

SERVICE ADDRESS

MO-___
DATE:
TIME:

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN RE KAISER 02-10429

CA-05-574
CA-06-178
CASE NO: MC-06-41

DUNCAN J. MCNEIL, III
  Plaintiff
V.
KAISER ~~United States and it's Official Agencies, et al~~
  Defendants

URGENT EX PARTE IN SUPPORT OF MOTION: NOTICE OF APPEAL
① TO PROCEED IFP W/O PAYMENT OF FEES ON APPEAL;
② FOR ELECTRONIC FILING ACCESS TO COURT AND FOR A WAIVER OF PACER FEES AND ELECTRONIC FILING FEES;
③ FOR APPOINTMENT OF COUNSEL ON APPEAL;
④ FOR COPIES, RECORD AND FOR SERVICE OF THE SUMMONS AND COMPLAINT BY THE CLERK & U.S. MARSHAL PER FRCP 4(c)(2)

I, DUNCAN J. MCNEIL, III, BEING SWORN UPON OATH HEREBY DECLARE UNDER THE PENALTY OF PERJURY THE FOLLOWING:

1. THAT I AM A "QUALIFIED INDIVIDUAL" WITH AN ESTABLISHED SSA DISABILITY, WHO IS ENTITLED TO REASONABLE ACCOMMODATIONS FROM THE DEFENDANTS AND THIS COURT;

2. THAT I AM PRESENTLY UNLAWFULLY

1. INCARCERATED BY THE UNITED STATES, THE STATE OF WASHINGTON,
2. COUNTY OF SPOKANE AND THE CITY OF SPOKANE,
3. IN VIOLATION OF MY CONSTITUTIONAL AND
4. CIVIL RIGHTS.
5.     3. THAT I AM AN "OFFICER OF THE
6. UNITED STATES" AS DEFINED BY 42 U.S.C. §
7. 1985(1) APPOINTED PURSUANT TO 11 U.S.C. §
8. 1123(b)(3)(B) AS THE DISBURSING AGENT AND
9. LIQUIDATING TRUSTEE AND GENERAL MANAGER
10. FOR REORGANIZED DEBTOR BROADWAY
11. BUILDINGS II, L.P., PURSUANT TO ORDER
12. OF THE U.S. BANKRUPTCY COURT, CENTRAL
13. DISTRICT OF CALIFORNIA.
14.     4. THAT AS A DISABLED PERSON,
15. I HAVE BEEN THE CONTINUAL AND
16. ON GOING VICTIM OF INTENTIONAL
17. DISCRIMINATION AND RETALIATION, BY
18. THE U.S., THE STATE OF WASHINGTON,
19. THE COUNTY OF SPOKANE, AND THE CITY
20. OF SPOKANE, IN A KNOWING AND
21. INTENTIONAL VIOLATION OF MY CIVIL
22. AND CONSTITUTIONAL RIGHTS, FOR
23. HAVING EXERCIZED MY COURT APPOINTED
24. DUTIES PURSUANT TO THE EXECUTION
25. AND ENFORCEMENT OF BROADWAY'S
26. CONFIRMED PLAN, PURSUANT TO U.S.
27. CONST. ART 4, §1, FULL FAITH &
28. CREDIT CLAUSE. I AM PRESENTLY UNDER
IMMINENT DANGER OF SERIOUS PHYSICAL INJURY DUE
MY CONDITIONS OF INCARCERATION AND THE
WITHHOLDING OF MEDICAL CARE.

                                      3