AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of ▬▬▬▬▬

DUNCAN T. MCNEIL
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

UNITED STATES

CASE NUMBER:

Defendant

I, DUNCAN T. MCNEIL declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _SPOKANE CO. JAIL_
   Are you employed at the institution? _NO_  Do you receive any payment from the institution? _NO_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _SSA DISABLED SINCE 10/00_

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☒ Yes   ☐ No   SSA #580/mo
   e. Gifts or inheritances   ☐ Yes   ☒ No   SUSPENDED UNLAWFULLY
   f. Any other sources   ☐ Yes   ☒ No   WHILE UNLAWFULLY INCARCERATED

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

7 of 22

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   D.J. McNEIL, SON, 15           ±$585/mo.
   PAIGE McNEIL, DAUGHTER, 10     PAID BY SSA
                                  EXCEPT WHILE
                                  UNLAWFULLY
                                  INCARCERATED

I declare under penalty of perjury that the above information is true and correct.

4/20/06                           [signature]
_____       _____
Date                              Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| | |
| United States Judge    Date | United States Judge    Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~~~~~~~

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _MCNEIL_____ v. _UNITED STATES_

Civil Action No. _____

I, _DUNCAN T. MCNEIL # CW#293752_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $450.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $450.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

```
                        SPOKANE COUNTY JAIL

                       Resident Account Summary
                     Friday, June 24, 2005  @08:43

For IDENT Number: 293752      MCNEIL, DUNCAN J
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 06/20/2005 | INP | OID:100055342-ComisaryPur | 3.50 | 0.00 | 670.40 | 0.00 | |
| 06/13/2005 | INP | OID:100054904-ComisaryPur | 3.50 | 0.00 | 666.90 | 0.00 | |
| 06/06/2005 | INP | OID:100054462-ComisaryPur | 3.50 | 0.00 | 663.40 | 0.00 | |
| 06/02/2005 | MEDICAL | RX APRIL | 35.85 | 0.00 | 659.90 | 0.00 | |
| 06/02/2005 | MEDICAL | RX MARCH | 40.70 | 0.00 | 624.05 | 0.00 | |
| 05/27/2005 | INP | OID:100054023-ComisaryPur | 3.50 | 0.00 | 583.35 | 0.00 | |
| 05/20/2005 | MEDICAL | DENTAL 5/19/05 | 12.00 | 0.00 | 579.85 | 0.00 | |
| 05/18/2005 | INP | OID:100053331-ComisaryPur | 3.50 | 0.00 | 567.85 | 0.00 | |
| 05/11/2005 | INP | OID:100052806-ComisaryPur | 3.50 | 0.00 | 564.35 | 0.00 | |
| 05/04/2005 | INP | OID:100052439-ComisaryPur | 3.70 | 0.00 | 560.85 | 0.00 | |
| 04/27/2005 | INP | OID:100052018-ComisaryPur | 3.70 | 0.00 | 557.15 | 0.00 | |
| 04/20/2005 | INP | OID:100051599-ComisaryPur | 3.70 | 0.00 | 553.45 | 0.00 | |
| 04/13/2005 | INP | OID:100051172-ComisaryPur | 3.37 | 0.00 | 549.75 | 0.00 | |
| 04/06/2005 | INP | OID:100050768-ComisaryPur | 3.70 | 0.00 | 546.38 | 0.00 | |
| 03/30/2005 | INP | OID:100050336-ComisaryPur | 3.70 | 0.00 | 542.68 | 0.00 | |
| 03/23/2005 | INP | OID:100049966-ComisaryPur | 3.54 | 0.00 | 538.98 | 0.00 | |
| 03/16/2005 | MEDICAL | DENTAL 3/15/05 | 12.00 | 0.00 | 535.44 | 0.00 | |
| 03/16/2005 | MEDICAL | MD 3/14/05 | 12.00 | 0.00 | 523.44 | 0.00 | |
| 03/14/2005 | INP | OID:100049080-ComisaryPur | 3.54 | 0.00 | 511.44 | 0.00 | |
| 03/11/2005 | MEDICAL | RX FEB | 47.45 | 0.00 | 507.90 | 0.00 | |
| 03/09/2005 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 460.45 | 0.00 | |
| 02/18/2005 | MEDICAL | RX JANUARY | 6.00 | 0.00 | 460.45 | 0.00 | |
| 02/14/2005 | INP | OID:100047349-ComisaryPur | 3.54 | 0.00 | 454.45 | 0.00 | |
| 02/07/2005 | MEDICAL | MD 2/7/05 | 12.00 | 0.00 | 450.91 | 0.00 | |
| 02/07/2005 | INP | OID:100046882-ComisaryPur | 3.54 | 0.00 | 438.91 | 0.00 | |
| 01/31/2005 | INP | OID:100046399-ComisaryPur | 3.54 | 0.00 | 435.37 | 0.00 | |
| 01/19/2005 | MEDICAL | RX DECEMBER | 36.00 | 0.00 | 431.83 | 0.00 | |
| 12/20/2004 | INP | OID:100043439-ComisaryPur | 3.51 | 0.00 | 395.83 | 0.00 | |
| 12/16/2004 | MEDICAL | RX NOVEMBER | 12.00 | 0.00 | 392.32 | 0.00 | |
| 12/10/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 380.32 | 0.00 | |
| 12/10/2004 | <INTAKE FEE | Payment for INTAKE FEE on | -1.47 | 0.00 | 291.20 | 0.00 | |
| 12/10/2004 | BOOKIN CASH | INITIAL DEPOSIT | 1.47 | 1.47 | 292.67 | 0.00 | |
| 11/19/2004 | MEDICAL | RX OCT | 30.00 | 0.00 | 292.67 | 0.00 | |
| 11/08/2004 | INP | OID:100040537-ComisaryPur | 4.05 | 0.00 | 262.67 | 0.00 | |
| 11/01/2004 | INP | OID:100039969-ComisaryPur | 4.05 | 0.00 | 258.62 | 0.00 | |
| 10/25/2004 | INP | OID:100039555-ComisaryPur | 4.05 | 0.00 | 254.57 | 0.00 | |
| 10/20/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 250.52 | 0.00 | |
| 10/18/2004 | INP | OID:100039049-ComisaryPur | 4.05 | 0.00 | 250.52 | 0.00 | |
| 10/13/2004 | MEDICAL | RX SEPTEMBER | 24.00 | 0.00 | 246.47 | 0.00 | |
| 10/11/2004 | INP | OID:100038546-ComisaryPur | 4.05 | 0.00 | 222.47 | 0.00 | |
| 10/05/2004 | MEDICAL | MD 10/4/04 | 12.00 | 0.00 | 218.42 | 0.00 | |
| 10/04/2004 | INP | OID:100037931-ComisaryPur | 4.05 | 0.00 | 206.42 | 0.00 | |
| 09/30/2004 | MEDICAL | MILK OF MAGNESIA _PREP H | 6.60 | 0.00 | 202.37 | 0.00 | |
| 09/27/2004 | INP | OID:100037599-ComisaryPur | 3.73 | 0.00 | 195.77 | 0.00 | |
| 09/20/2004 | INP | OID:100036903-ComisaryPur | 3.73 | 0.00 | 192.04 | 0.00 | |
| 09/14/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 188.31 | 0.00 | |
| 09/14/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 99.19 | 0.00 | |
| 05/04/2004 | INTAKE FEE | 1-1-04 TO 5-4-04 | 89.12 | 0.00 | 99.19 | 0.00 | |
| 04/28/2004 | <MEDICAL> | MD | -1.93 | 0.00 | 10.07 | 0.00 | |
| 04/28/2004 | MEDICAL | MD | 12.00 | 1.93 | 12.00 | 0.00 | |
| 04/28/2004 | EPR | OID:100027639-ComisaryPur | -18.07 | 1.93 | 0.00 | 0.00 | |
| 04/27/2004 | RECEIPT CHK | ALAN MCNEIL USPS MO 06994 | 20.00 | 20.00 | 0.00 | 0.00 | |
| 04/22/2004 | PAYOUT REL | DSHS IN 4871523 546-25-42 | -40.00 | 0.00 | 0.00 | 0.00 | |
| 04/21/2004 | RECEIPT CAS | FROM SHELLEY TOONE | 40.00 | 40.00 | 0.00 | 0.00 | |

From: Duncan J. McNeil  To: James R. Larsen          Date: 7/30/2004  Time: 4:02:18 PM                                Page 4 of 14



## Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 2, 2003
Claim Number:            HA

```
8129 MCS,PC7,I,BA,T139,054,153         8680745923 02 148    0.514
DUNCAN J MCNEIL III
PO BOX 2906
SPOKANE, WA 99220-2906
```



You are entitled to monthly disability benefits beginning May 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 5, 2002. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is May 2003.

**What We Will Pay And When**

- You will receive $3,080.00 around September 3, 2003.

- This is the money you are due for May 2003 through August 2003.

- Your next payment of $770.00, which is for September 2003, will be received on or about the third Wednesday of October 2003.

- After that you will receive $770.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                         See Next Page

PG 11 OF 22



HA                                          Page 2 of 3

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

**Your Responsibilities**

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Do You Disagree With The Decision?**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.





HA                                                                 Page 3 of 3

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

### Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

### If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-509-353-2591. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:



SOCIAL SECURITY
SUITE A
811 E SPRAGUE AVE
SPOKANE, WA 99202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security




From: Duncan J. McNeil  To: James R. Larsen          Date: 7/30/2004  Time: 4:02:18 PM                Page 7 of 14

Sent By: LINOLEUM AND CARPET CITY;        5093269438;        Dec-3-03  1:48PM;        Page 1/2
To: ESG EFAX         At: 92713775

## Social Security Administration                                    M7
### Retirement, Survivors, and Disability Insurance
Important Information

**REDACTED**

                                Office of Central
                                Operations
                                1500 Woodlawn Drive
                                Baltimore, Maryland 21241-1500
                                Date: November 30, 2003
                                Claim Number:              HA

Duncan McNeil III
PO Box 2906
Spokane WA   99220


We are writing to you about court order number IN4871523.

In an earlier letter, we told you that we might have to take
money out of your Social Security payments to satisfy the court
order. Washington State Support Registry has ordered us to take
money out to collect child support and/or alimony. Therefore,
we will reduce the monthly payments beginning November 2003.

**What We Will Take Out**

We will take out $385.00 from each monthly payment to collect
what you owe. You will receive a check for $385.00 each month
beginning with the check you receive around December 3, 2003.

**If You Disagree With The Decision**

If you disagree with the decision of Washington State Support
Registry, you will need to contact them directly, or have a
lawyer do this for you. They can be contacted at:

            Washington State Support Registry
            PO Box 45868
            Olympia WA  98504

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-509-353-2591. We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778.

                        SEE NEXT PAGE



Sent By: LINOLEUM AND CARPET CITY;         5093289438;         Dec-8-03  1:46PM;         Page 2/2

HA    REDACTED                              Page 2

You can also write or visit any Social Security office. The office that serves your area is located at:

    SOCIAL SECURITY
    SUITE A
    811 E SPRAGUE AVE
    SPOKANE, WA 99202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

                        *W Burnell Hurt*
                        W. Burnell Hurt
                        Associate Commissioner for
                          Central Operations

From: Duncan J. McNeil To: James R. Larsen          Date: 7/30/2004 Time: 4:02:18 PM                                              Page 9 of 14

Nov 07 03 01:50p                                                                                                                        p.2
From: Duncan J. McNeil 509-271-3775 To: MD Dr. Charles W. Laudenbach          Date: 11/7/2003 Time: 10:40:20 AM          Page 2 of 2

Oct 08 03 03:34p                                                                                                                        p.2

 

ROCKWOOD CLINIC, P.S.                    REDACTED                    400 East Fifth Avenue, P.O. Box 3469
                                                                     Spokane, WA 99220-3469
                                                                     Phone: (509) 838-2531 /1-800-776-1048
                                                                     Fax: (509) 459-1577
                                                                     www.rockwoodclinic.com

September 22, 2003

SATELLITE OFFICES
Cheney Medical Center
Medical Lake Family Practice
Rockwood Clinic Cardiology
Rockwood Clinic Ears & Sinus Nephrology
Rockwood Clinic Eye Center
Rockwood Clinic Gastroenterology
Rockwood Clinic Moran Prairie
Rockwood Clinic North
Rockwood Clinic North Nephrology
Rockwood Clinic Physical Therapy
Rockwood Clinic Research
Rockwood Clinic South
Valley Rockwood Clinic
Valley Rockwood Physical Therapy

Duncan J McNeil III                    RE:
P.O. Box 2906                          MCNEIL, DUNCAN III J
Spokane, WA 99220-2906                 1571942
                                       DOB:      /1957

TO WHOM IT MAY CONCERN:

Mr. McNeil is a patient whom I have seen since January of 2001. Mr. McNeil, unfortunately has a medical condition resulting in his inability to appear in court. I would appreciate it if this can be taken into consideration and possibly a telephone appearance could be allowed in this case.

Thank you for your consideration.

Sincerely,

*[signature]*

Charles Laudenbach, MD
Internal Medicine

408/J:1351832/D:1464656/CL:10
D:  09/22/2003 17:57:38
T:  09/24/2003 08:15:48

PG [illegible] 16 of 22

20030922 X-44 Letter from Dr Laudenbach SIGNED re telephone appearance.max

# Ronald M. Klein, Ph.D.
### Behavioral Medicine Service
### 601 West Main Avenue, Suite 1011
### Spokane, WA 99201   (509) 838-1285

09/02/2003

Division of Disability Determination

Spokane, WA

re: Duncan McNeill       DOB:     1957

Dear Sir/Madam:

Mr. McNeill was a patient of mine three years ago. With his consent, I am providing you with the following information. His dates of service were:
   11-14-00; 11-21-00; 11-28-00; 12-5-00; and 12-29-00.
He had been referred by his physician Dr. Creel at Rockwood Clinic. After my initial evaluation of him on 11-14-00, I diagnosed Mr. McNeill with [redacted confidential] [redacted confidential]. He appeared to be reacting to a newspaper story published at that time about his ongoing legal dispute with well known public officials. Mr. McNeill felt he had been characterized in that story in a grossly unfair manner. He was also being treated by his physician for ongoing [redacted] and was being medicated for that. I provided [redacted] to Mr. McNeill during those sessions and also made recommendations to his physician regarding use of [redacted confidential]. I have not seen him clinically since 12-29-00. I did have a recent phone conversation with him during which he informed me that his symptoms have continued on since that time and that your agency has found him to be disabled. It is my understanding that Mr. McNeill has undergone [redacted confidential] with other practitioners over these past 3 years.

Sincerely,

*[signature]*

Ronald M. Klein, Ph.D.
Behavioral Medicine Service

From: Duncan J. McNeil  To: James R. Larsen                Date: 7/30/2004  Time: 4:02:18 PM                                   Page 11 of 14

2004/JUL/14/WED 01:36 PM    CHAS MAPLE            FAX No. 1-509-444-7807                              P. 001/001



### Community Health Association of Spokane

07/13/2004

RE:  Dj McNeil

To Whom It may Concern;

Mr. McNeil has been diagnosed with colitis. He was last seen in clinic 05/24/04. He phoned the clinic 07/08/04 and stated he was having a flare of colitis. He phoned the clinic again today asking for a letter stating that he is having a flare of colitis, is bedridden, and is unable to appear in court on 07/14/04. Since the patient has not been seen in this clinic since May 24 of this year, I cannot verify his current health status relative to his colitis; nonetheless, he requested a letter to inform the court of the foregoing.

Thank you for your consideration.

Sincerely,

*Bill Lawson*

Bill Lawson, PA-C

CC: Patient file

| Maple CHAS Clinic | DT CHAS Clinic | Valley CHAS Clinic | HE CHAS Clinic |
|---|---|---|---|
| 3919 North Maple Street | 1001 W 2nd Ave. | 9227 E. Main St. | 4001 N. Cook St |
| Spokane, WA 99205 | Spokane, WA 99201 | Spokane, WA 99206 | Spokane, WA 99207 |
| (509) 444-7801 | (509) 838-1205 | (509) 444-8200 | (509) 487-1604 |



**Community Health Association of Spokane**

09/03/2004

RE: Dj McNeil

To: Whom It May Concern

This person has anxiety and is on treatment for it. He may do better to have telephone appearances for his court hearings.

Sincerely,

Alisa ML Hideg, MD

CC: Patient file

| Maple CHAS Clinic | DT CHAS Clinic | Valley CHAS Clinic | NE CHAS Clinic |
|---|---|---|---|
| 3919 North Maple Street | 1001 W 2nd Ave. | 9227 E. Main St. | 4001 N. Cook St |
| Spokane, WA 99205 | Spokane, WA 99201 | Spokane, WA 99206 | Spokane, WA 99207 |
| (509) 444-7801 | (509) 835-1205 | (509) 444-8200 | (509) 487-1604 |

## Community Health Association of Spokane

| 3919 North Maple St. | 9227 E. Main St | 1001 W. 2nd | 4001 N. Cook St |
|---|---|---|---|
| Spokane, WA 99205 | Spokane, WA 99206 | Spokane, WA 99201 | Spokane, WA 99207 |
| (509) 444-7801 | (509) 444-8200 | (509) 835-1205 | (509) 487-1604 |

Encounter Date: 09/03/2004  Provider: Alisa Hideg MD
Patient Name: McNeil, Dj   Date of Birth:    1957

**REDACTED**

### Pt. here for Follow-up OV.
47 Years old, male  Pt. here for Follow-up OV.

### CHIEF COMPLAINT
**1. Colitis (follow-up)** Comments: Pt states that he is having a falre up of his colitis again. Pt feels he is having burning w/ urination and stools passing. Pt has not had much blood in his stool for 6 weeks. He had bleeding for approximately 6 days in his emesis and stools at that time 6 weeks ago. Nauseated x two and 1/2 weeks now.

**2. Anxiety (follow-up)** Comments:    He denies caffeine use. Pt is going to court re: charges against him - not specific. Has friend who is here w/ him. Pt wants medication to use when anxious about going outside

### CHRONIC CONDITIONS
1. ASTHMA.
2. Anxiety state NOS.

### CURRENT MEDICATIONS

| Brand Name | Dose Note | Route Desc | Sig Desc |
|---|---|---|---|
| Prevacid daily (PT ASSISTANCE) | 30mg | Oral | Take one capsule by mouth |
| Advair Diskus twice daily | 100/50 | Inhalation | Inhale 1 puff into your lungs |
| Celebrex | 200mg | Oral | one tablet by mouth daily |
| Albuterol | 90mcg | Inhalation | |
| Flovent | 110mcg | Inhalation | |
| Prilosec | 20mg | Oral | |

### ALLERGIES
Description                   Reaction:
No Known Drug Allergies

**Nurse/MA Comments:**
Allergy List Confirmed. Medications Confirmed. Immunizations Confirmed.
    Immunizations Up-to-Date

### Physical Examination:
**Vital Signs:**
Height: 72.00 inches. (182.88 cm), Weight: 216.00 lbs. (98.18 kgs). BMI = 29.32;
Temperature: 97.00 F. (36.11 C) Respirations: 16
 170/120 Right arm sitting. (used Regular Adult cuff).
Pulse rate is 84 per minute, regular.
Orthostatic B/Ps: L arm supine, B/P is 160/100; Pulse L arm supine is 84 beats/minute.

**Constitutional:**



McNeil, Dj                          1                         Alisa Hideg MD



No acute distress. Well nourished.
Appearance: disheveled.

**Abdomen:** Abdomen soft, non-tender, non-distended; normal bowel tones; no hepatosplenomegaly. No palpable mass; no CVA tenderness.

## P.H.Q.

1. Feeling down, depressed or hopeless?
   **Nearly every day.**
2. Little interest or pleasure in doing things.
   **Not at all.**
3. Trouble falling asleep or sleeping too much
   **Nearly every day.**
4. Feeling tired or having little energy
   **Nearly every day.**
5. Poor appetite or overeating
   **Nearly every day.**
6. Feeling bad about yourself--or that you are a failure or have let yourself or your family down.
   **Nearly every day.**
7. Trouble concentrating on things, such as reading the newspaper or watching television.
   **Nearly every day.**
8. Moving or speaking so slowly that other people could have noticed?   Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual?
   **Nearly every day.**
9. Thoughts that you would be better off dead, or of hurting yourself in some way?
   **Not at all.**
10. If you are experiencing any of these problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?
    **Extremely difficult.**
11. If these problems have caused you difficulty, have they caused you difficulty for two years or more?
    **Yes, I have had difficulty with these problems for 2 years or more.**

How many days in the last two weeks have you missed doing things because you are depressed?
   **14 Day(s)**

**Depression symptom score is 0;**
**Severity score is 21;     Severe Depression.**

**Client has significant functionability impairment.**
**Consider DX of Dysthymia.**
**Client is in CHAPPY Registry.**
Next PHQ due in 4-8 weeks, (10/01/2004).

**In-House labs:**
Urine Dipstick values:
Spec gravity: 1.015; Ph: 5; Leukocytes: negative; Nitrites: negative; Protein: negative; Glucose: normal; Ketones: negative; Urobilinogen: normal; Bilirubin: negative;
Blood: negative;
Blood glucose: 96mg/dl.

**ASSESSMENT / PLAN**

McNeil, Dj                    2                    Alisa Hideg MD

1. **Colitis, ulcerative NOS** (Re: eval & TX of ICD-9 556.9).
 - Start Asacol
F/U w/ GI
2. **Panic disorder** (Re: eval & TX of ICD-9 300.01).

Pt to increase zoloft dose
Use hydroxyzine prn

**Medications ordered this visit:** (Potential adverse drug reactions discussed.)

| Brand Name | Dose | Rx Refills | Rx Quanity | Sig Desc |
|---|---|---|---|---|
| Asacol | 400mg | 0 | 30 | one tablet by mouth three times dai |
| Metamucil |  | 0 | 0 | 1 tbsp po BID |
| Zoloft | 100mg | 3 | 30 | two tablets by m uth daily |
| Atarax | 100mg | 1 | 90 | 1/2 to 1 tab po q 4-6 hrs prn anxiet |

MA/Nurse: Mark E. Brooks
Alisa Hideg MD

McNeil, Dj            3            Alisa Hideg MD