SEAN J. MCNEIL
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE WA 99260

LEGAL MAIL

CLERK,
US DISTRICT COURT
LOCK BOX 27
844 KING ST.
WILMINGTON, DE 19801

