OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 11, 2006

Duncan J. McNeill, III
#293752
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260

        RE:    In re: Kaiser Aluminum Corporation
                    C.A. No. 05-574-JJF

Dear Mr. McNeill:

       The Court is in receipt of the documents listed below. Pursuant to the Court's Order (D.I. 21) issued on April 18, 2006, no action will be taken on your Motions, and the following Motions are being returned to you:

    1. Ex Parte Objection And Motion To Modify Alter Or Amend Finding And Order(s) Pursuant to FRCP 52, 59 & 60; Motion For Relief From Order(s) Entered/ Dated 2/17/06 and 4/13/06; Motion For Extension Of Time filed on April 27, 2006;

    2. Petition And (1) Request For Judicial Notice; (2) Motion For Findings Of Fact And Conclusions Of Law Per FRCP 52 And 65; (3) Ex Parte For TRO/ OSC And Preliminary Injunction Enjoining "Denial Of Access Orders" ("DOA Orders") And Mandating Access To Court To Directly Or Collaterally Attack DOA Orders Where Petitioner Has "Fundamental Interests At Stake"; (4) For Funding Of Fundamental Interest In Support Of TRO/ OSC And Preliminary Injunction; (5) For Electronic Service By USDC Clerk And Reasonable Accomodations For Access To Court filed on April 27, 2006;

    3. Appellant's Ex Parte Motion To Reconsider Appointment Of Counsel On Appeal In The Interests Of Justice, Pursuant To 28 U.S.C. 1915(c)(1) and Johnson v. US, 352 U.S. 565 (1957) filed on April 28, 2006;

    4. Appellant's Ex Parte Motion For An Order Compelling The Bankruptcy Court Clerk To Prepare And Furnish To Appellant 2 Indexed And Bates Stamped Copies Of The Excerpts Of Record filed on April 28, 2006;

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

    5.  Appellant's Ex Parte Motion For Extension Of Time; For Access To Court; For Forms Rules And Procedures To Be Furnished; 30 Day Extension Of Time To File Briefs filed on April 28, 2006; and

    6.  Motion For Extension Of Time And Due Process To Obtain Relief From Orders Of 04/18/06 And 04/24/06; Motions For Relief From Orders And To Modify Or Correct Findings Pursuant To FRCP 52, 59 And 60 filed on May 2, 2006.

                                        Very truly yours,
                                        Peter T. Dalleo, Clerk

                                        Anita Bolton
                                        Courtroom Deputy

cc: Judge Joseph J. Farnan, Jr.