TO: CLERK D-USDC-D-DE

REQUEST FOR REASONABLE ACCOMMODATION

RE: MC-06-41
CV-05-574
(CV-06-178)

As a reasonable accommodation to my established disability per ADA & Section 508, I am requesting that the clerk provide me a conformed copy of this urgent motion (by mail) and that the clerk electronically file this motion, and electronically serve copies of said motion on all parties to the referenced actions. Thank you for accommodating my established disability.