```
DUNCAN J. MCNEIL, III          MO: _____
2030 W. SPOFFORD               DATE: _____
SPOKANE, WA 99205              FJ: _____
INDIGENT, DISABLED,
UNLAWFULLY INCARCERATED,
CIVIL DETAINEE, JUDGMENT
CREDITOR, AND APPELLANT
```

RECEIVED
APR ?? 2006

U.S. ~~COURT OF APPEALS~~ DISTRICT COURT
~~DISTRICT~~ FOR OF DELAWARE

IN RE KAISER     02-10429

DUNCAN J. MCNEIL, III
    PLAINTIFF/APPELLANT

v. KAISER
~~UNITED STATES~~, ET AL.
    DEFENDANTS/APPELLEES

CASE NO:
~~FRCP 52, 59~~ # 60
APPELLANT'S EX PARTE
MOTION ~~FOR~~ TO RECONSIDER
APPOINTMENT OF
COUNSEL ON APPEAL
IN THE INTERESTS
OF JUSTICE, PURSUANT
TO 28 USC § 1915(c)(1)
AND JOHNSON v. US,
352 U.S. 565 (1957).

THE APPELLANT HEREBY CERTIFIES THAT THE HEREIN APPEAL REQUIRES AN ANSWER TO ONE OR MORE PRECEDENT-SETTING QUESTIONS OF EXCEPTIONAL IMPORTANCE, ARISING FROM THE DENIAL OF OR THE VIOLATION OF FUNDAMENTAL CONSTITUTIONAL RIGHTS. BASED UPON THE FACTS, STATEMENTS AND AUTHORITY CITED TO IN THE APPELLANT'S NOTICE OF APPEAL (INCORPORATED HEREIN) THE APPELLANT, INDIGENT & DISABLED, MOVES THE COURT FOR APPOINTMENT OF COUNSEL PER 28 USC § 1915(c)(1) AND/OR JOHNSON v. US, 352 U.S. 565 (1957)

DATED: 4/24/06

PG 1 OF 4

APPELLANT ASSERTS THAT IN ORDER TO ENSURE DUE PROCESS IN THIS ACTION, THAT APPELLANT SHOULD BE APPOINTED COUNSEL, OR AT LEAST "STAND-BY" COUNSEL, TO ASSIST APPELLANT WITH ACCESS TO THE COURT RECORD, AND W/ COMPLIANCE WITH THE COURT'S DEADLINES & RULES. THE COURT HAS IMPROPERLY, IN VIOLATION OR DUE PROCESS, FINDING A "HISTORY OF FRIVOLOUS LITIGATION", WHICH THE APPELLANT DISPUTES THESE CONTENTIONS OR FINDINGS AND ASKS TO BE HEARD ON THESE ISSUES. APPELLANT MOVES THE COURT FOR COPIES OF THE ORDERS CITED TO IN IT'S ORDER OF 4/18/06 ① 05-574, ORDER AT 2 (AUG 22, 2005) AND ② 05-574, MEM. ORDER, AT 6 (FEB. 7, 2006), AND A HEARING TO BE HEARD ON A COLLATERAL ATTACK AS TO ANY ORDER RELIED

PG 2 OF 4

OR CITED TO BY THE COURT THAT INFERS, STATES, OR ALLEGES THAT APPELLANT ① HAS A "HISTORY" OF FILING FRIVOLOUS CLAIMS", AND ② CLAIMING THAT APPELLANT HAS BEEN" DEEMED A "VEXATIOUS LITIGANT" BY THREE OTHER COURTS. APPELLANT DISPUTES THESE FINDINGS OF THIS COURT, AND PURSUANT TO FRCP 52, 59 & 60, SEEKS RELIEF FROM SAID FINDINGS (MADE SUA SPONTE & EX-PARTE) MADE W/O NOTICE OR OPPORTUNITY TO BE HEARD. APPELLANT CERTIFIES THAT ALL SUCH ORDERS ARE "VOID AB INITIO", ENTERED IN A CLEAR ABSENCE OF ALL JURISDICTION, CONTRARY TO ESTABLISHED CONSTITUTIONAL PROVISIONS, STATUTES, CASE LAW OR OTHER AUTHORITY. AS SUCH SUCH ORDERS ARE SUBJECT TO A COLLATERAL ATTACK IN THIS ACTION AS THEY HAVE BEEN RELIED UPON BY THIS

PG 3 OF 5

COURT IN DENYING APPELLANT RELIEF, IN VIOLATION OF THE APPELLANT'S RIGHT TO DUE PROCESS, AND RIGHT TO BE HEARD.

AS SUCH APPELLANT SEEKS RELIEF FROM ALL SUCH ORDERS AND FINDINGS, UNDER FRCP 52, 59 & 60, AND/OR A NOTICED HEARING W/ A BRIEFING SCHEDULE ON THAT ISSUE.

APPELLANT FURTHER ASSERTS THAT THE COURT'S PRE-DISPOSING TO DENY APPELLANT DUE PROCESS, TO DECLARE APPELLANT FRIVOLOUS AND VEXATIOUS, ON A EX PARTE SUA SPONTE BASIS, IS BASIS FOR THE COURT TO DISQUALIFY ITSELF IN THIS MATTER AS THE APPELLANT'S RIGHT TO A FAIR HEARING IS IRREPARABLY COMPROMISED. I DECLARE THE FOREGOING TO BE TRUE AND CORRECT 4/24/06 UNDER THE PENALTY OF PERJURY

Duncan T. McVean Jr.
Spokane Co. [crossed out]
CCDF 1100 W. Mallon
Spokane WA 99260

LEGAL MAIL

U.S. POSTAGE
PB METER
7140396
$00.63

SPOKANE WA
MR 25 '06

U.S.M.S
X-RAY

CLERK
US District Court
Lock Box 27
Wilmington DE 19801