DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205

MO-_____
DATE: _____
FJA: _____

RECEIVED
APR 2006

U.S. ~~COURT OF APPEALS~~ DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

IN RE KAISER   02-10429   MC-06-41
                          05-CV-574

| | |
|---|---|
| DUNCAN J. MCNEIL, III | CASE NO: 06-CV-178 |
| PLAINTIFF/APPELLANT | APPELLANT'S EX PARTE |
| V. | MOTION FOR AN ORDER ~~BANKRUPTCY~~ |
| KAISER | COMPELLING THE ~~DISTRICT~~ |
| ~~UNITED STATES ET AL~~ | COURT CLERK TO PREPARE |
| DEFENDANTS/APPELLEES | AND FURNISH TO APPELLANT |
| | 2 INDEXED AND BATES |
| | STAMPED COPIES OF THE |
| | EXCERPTS OF RECORD. |

I, DUNCAN J. MCNEIL, III, BEING SWORN UPON OATH HEREBY DECLARE THAT: BY MY NOTICE OF APPEAL IN THIS ACTION I DESIGNATED THE COMPLETE RECORD OF THE ~~DISTRICT~~ BANKRUPTCY COURT AS THE RECORD ON APPEAL, AND REQUESTED THAT THE CLERK OF THE DISTRICT COURT PROVIDE ME 2 INDEXED AND BATES STAMPED COPIES, FOR MY USE IN THIS APPEAL, ONE FOR FILING WITH THE ~~COURT OF APPEAL~~ DISTRICT COURT AND ONE FOR ME TO RETAIN. THAT PURSUANT TO BOUNDS V. SMITH, 430 U.S. 817, AT 824-825 (1977), AND CASES CITED THEREIN, I AM ENTITLED TO A COPY OF THE RECORD ON APPEAL, WHICH THE CLERK HAS REFUSED TO PROVIDE ME. I REQUEST THAT THE CLERK BE ORDERED TO PROVIDE 2 INDEXED AND BATES STAMPED COPIES AND THAT I BE GRANTED AN EXTENSION UNTIL RECEIVED. I CERTIFY THAT I MAILED THIS MOTION ON 4/24/06.

DATED: 4/24/06

PAGE 1 OF 1                                    APPELLANT

