DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED UNLAWFULLY
INCARCERATED "CIVIL DETAINEE"
& JUDGMENT CREDITOR AND
APPELLANT

MO: _____
DATE: _____
FJ: _____

RECEIVED APR 2006

U.S. ~~COURT OF APPEALS~~ DISTRICT COURT
FOR
DISTRICT OF DELEWARE

IN RE KAISER 02-10429    MC-06-41
DUNCAN J. MCNEIL, III    APPEAL NO: CV-05-574
    PLAINTIFF-APPELLANT,              CV-06-178
v.
KAISER                    APPELLANT'S EX PARTE
~~UNITED STATES, ET AL~~  MOTION FOR EXTENSION
    DEFENDANTS-APPELLEES   OF TIME; FOR ACCESS
                           TO COURT; FOR FORMS
"CLERK'S ACTION REQUIRED:  RULES & PROCEDURES
REQUEST FOR COPIES OF FRAP, TO BE FURNISHED[1]
CIRCUIT RULES, PRO SE RULES, 30 DAY EXTENSION OF
FORMS, IFP MOTION APPLICATION TIME TO FILE BRIEFS
PRO SE BRIEF & OTHER FORMS

THE UNDERSIGNED INDIGENT-DISABLED UNLAWFULLY INCARCERATED "CIVIL DETAINEE" AND APPELLANT, HEREBY REQUEST A 30 DAY EXTENSION OF TIME AS TO ALL DEADLINES IN THIS APPEAL, DUE TO RESTRAINTS RESULTING FROM MY ONGOING UNLAWFUL INCARCERATION, SEE ELDRIDGE v. BLOCK, 832 F.2d 1132, AT 1136 (9TH CIR 1987); TARANTINO v. EGGERS, 380 F.2d 465, 468 (9TH CIR 1967). I AM PRESENTLY SUFFERING AN ON GOING "BOUNDS VIOLATION", W/ ACTUAL INJURY, OF A TOTAL AND COMPLETE DENIAL OF ACCESS TO RESOURCES, TO MEET THE COURT'S DEADLINES. I CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT, UNDER THE PENALTY OF PERJURY, AND I CERTIFY THAT THIS MOTION WAS FILED/MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL, ON 4/24/06 AT SCJ, STE-3C.
DATED: 4/24/06

                                        APPELLANT



Return address:
Dwight T. Mueller JMC
Spokane Co. [Jail]
1100 W. Mallon
Spokane Ave, WA 99260

Addressed to:
Clerk
US District Court
Lock Box 27
Wilmington, DE 19801

LEGAL MAIL

U.S.M.S. X-RAY