US DISTRICT COURT
DISTRICT OF DELEWARE

IN RE KAISER          02-1042

DUNCAN J. MCNEIL, III      MC-06-41
                           CV-05-574
v.                         CV-06-178

KAISER

RECEIVED MAY - 2

| NOTICE OF COLLATERAL &/OR DIRECT ATTACK ON: ① 05-574, ORDER AT 2 (D.DEL 8/22/05); AND ② 05-574, ORDER AT 6 (D.DEL 2/7/06) (WHICH APPELLANT WAS NEVER SERVED WITH); AND ③ ALL OTHER ORDERS THAT THESE ORDERS ARE BASED UPON | MOTION FOR EXTENSION OF TIME AND DUE PROCESS TO OBTAIN RELIEF FROM ORDERS OF 4/18/06 AND 4/24/06; MOTIONS FOR RELIEF FROM ORDERS AND TO MODIFY OR CORRECT FINDINGS PURSUANT TO FRCP 52, 59 & 60 |

APPELLANT BEING SWORN UPON OATH HEREBY DECLARES:
THE APPELLAND AND JUDGMENT CREDITOR HEREBY SEEKS AND EXTENSION OF TIME AND DUE PROCESS, BRIEFING SCHEDULE, ACCESS TO COURT RECORDS, NOTICE AND OPPORTUNITY TO BE HEARD, IN ORDER TO OBTAIN RELIEF FROM:
1- 4/18/06 ORDER IN 05-574, DOCKETED 4/19/06 AS D.I. #24

PG 1 OF 7

2. 4/18/06 ORDER, ~~DKT~~ 06-41, DOCKETED 4/19/06 AS D.I. #23;

3. 4/24/06 ORDER, 06-41.

THESE ORDERS ARE BASED UPON THE MANIFEST ERROR OF BOTH FACT & LAW THAT:

1. APPELLANT HAS A "HISTORY OF FILING FRIVOLOUS CLAIMS";

2. APPELLANT HAS 3 "COUNTABLE STRIKES" PURSUANT TO 28 USC § 1915(g);

3. APPELLANT HAS BEEN "DEEMED A VEXATIOUS LITIGANT" BY "THREE OTHER COURTS"; ~~AND~~

4. THAT THE 3-STRIKES PROVISION OF 28 USC § 1915(g) IS APPLICABLE TO APPELLANT IN THIS ACTION; AND

5. THAT THERE IS AN "EXPEDIATED NATURE OF THE UNDERLYING

PG 2 OF 7

PROCEEDINGS.

Appellant brings this motion to: ① correct manifest errors of fact and law by this court; ② to enforce the appellant's fundamental constitutional interests, in this action; and ③ to obtain due process of law, by way of a collateral and/or direct attack on, sua sponte, ex parte ERRONEOUS orders of this court, and the "VOID AB INITIO", manifestly erroneous foreign orders that this court relies upon.

In an avalanche of sua sponte ex parte orders, which decimate the appellant's due process rights, this court has vacated its own

PRIOR ORDERS, DECLARING THEM ERRONEOUS OR MISTAKEN ("DECLARING" THE COURT WAS ERRONEOUSLY INFORMED BY THE BANKRUPTCY COURT...") AND HAS NOW SET AN ARBITRARY AND CAPRICIOUS DEADLINE OF 3 COURT DAYS, FOR THE INDIGENT DISABLED AND UNLAWFULLY INCARCERATED TO COMPLY WITH THIS COURT'S MANIFESTLY ERRONEOUSLY ORDER OF 4/24/06, IN MC-06-41.

APPELLANT ASSERTS THERE IS NO BASIS FOR AN "EXPEDITED NATURE OF THE UNDERLYING PROCEEDING" AS TO THIS APPELLANT'S APPEAL. WHILE THE COURT HAS FOUND THIS AS TO THE "INSURANCE" APPEALS, WHICH THE COURT HAS "LUMPED" OR

PG 4 OF 7

OR "FORCED" THE APPELLANT (NOW) (W/O DUE PROCESS), THERE IS **NO** BASIS TO <u>LINK</u> THIS APPELLANT'S APPEAL TO THE "INSURANCE" APPEALS. APPELLANT'S DUE PROCESS RIGHTS, <u>MUST</u> BE PROTECTED BY THIS COURT, BY SEVERING <u>THIS</u> APPEAL FROM THE INSURANCE APPEAL.

APPELLANT DISPUTES THIS COURT'S MANIFESTLY ERRONEOUSLY FINDINGS AND ORDERS, WHICH ARE BASED ENTIRELY UPON "VOID AB INITIO" FOREIGN ORDERS, WHICH APPELLANT HAS A DUE PROCESS RIGHT TO COLLATERALLY ATTACK IN THIS APPEAL.

(PG 5 OF 7)

While Appellant understands this Court's urgency with the "Insurance" Appeals, the outcome of which could significantly alter the Debtor reorganization, this Appeal, can have NO such effect or impact. Appellant challenges the "Re-classification" and "Reduction" of Claim # 736, (a single insignificant claim), the outcome of which could have NO significant effect or impact on the Debtor's reorganization. This Court can not violate the Appellant's ~~constitution~~ multiple fundamental constitutional issues now at stake in this Appeal, by

PG 6 OF 7

THIS COURT'S OWN, SUA SPONTE, EX PARTE, RELIANCE ON "VOID AB INITIO" FOREIGN ORDERS, WHICH THE COURT IS ATTEMPTING TO USE IN A SUMMARY FASHION TO FORECLOSE ON AND FOREVER TERMINATE APPELLANT'S RIGHTS IN THE APPEALS ORIGINALLY DOCKETED AS 05-574 & 06-178.

APPELLANT MOVES THE COURT FOR AN ORDER SEVERING THESE APPEALS FROM THE "INSURANCE" APPEALS, AND FOR THE GRANTING OF APPELLANT'S 4/20/06 MOTION(S) FOR TRO/OSC & PRELIMINARY INJUNCTION AND A 30 DAY EXTENSION OF TIME AS TO ALL DEADLINES. I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY AND CERTIFY THAT THIS MOTION WAS MAILED/FILED ON 4/25/06

DATED: 4/25/06  PG 7 OF 7        [signature]