Duncan J. McNeil
Spokane Co. Jail
1100 W. Mallon
Spokane WA 99260

LEGAL MAIL

Clerk
US District Court
Lock Box 27
844 King Street
Wilmington, DE
19801



