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HA                                        Page 2 of 3

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind—How We Can Help (SSA Publication No. 05-10052).

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

PG 28 OF 40                                          PG 31 OF 43

20030002 Y 46 SSA Award Letter may

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HA                                                    Page 3 of 3

Please read the enclosed pamphlet, "Your Right to Question the Decision Made
on Your Social Security Claim". It contains more information about the appeal.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules.
But, this decision must be reviewed at least once every 3 years. We will send
you a letter before we start the review. Based on that review, your benefits will
continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that
can help you find a lawyer or give you free legal services if you qualify. There
are also lawyers who do not charge unless you win your appeal. Your local Social
Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we
must approve the fee before he or she can collect it. And if you hire a lawyer, we
will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to
find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 1-509-353-2591. We can answer most questions over the
phone. If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778. You can also write or visit any Social Security office. The office
that serves your area is located at:

> SOCIAL SECURITY
> SUITE A
> 811 E SPRAGUE AVE
> SPOKANE, WA 99202

If you do call or visit an office, please have this letter with you. It will help us
answer your questions. Also, if you plan to visit an office, you may call ahead to
make an appointment. This will help us serve you more quickly when you arrive
at the office.

> Jo Anne B. Barnhart
> Commissioner
> of Social Security

From: Duncan J. McNeil To: James R. Larsen                    Date: 7/30/2004 Time: 4:02:18 PM                    Page 7 of 14

Sent By: LINOLEUM AND CARPET CITY;          5093269438;          Dec-3-03  1:48PM;          Page 1/2
To: ESG EFAX              At: 92713775

## Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information                                                    M7

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: November 30, 2003
Claim Number: 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 HA

Duncan McNeil III
PO Box 2906
Spokane WA  99220

We are writing to you about court order number IN4871523.

In an earlier letter, we told you that we might have to take
money out of your Social Security payments to satisfy the court
order. Washington State Support Registry has ordered us to take
money out to collect child support and/or alimony. Therefore,
we will reduce the monthly payments beginning November 2003.

What We Will Take Out

We will take out $385.00 from each monthly payment to collect
what you owe. You will receive a check for $385.00 each month
beginning with the check you receive around December 3, 2003.

If You Disagree With The Decision

If you disagree with the decision of Washington State Support
Registry, you will need to contact them directly, or have a
lawyer do this for you. They can be contacted at:

Washington State Support Registry
PO Box 45868
Olympia WA  98504

If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-509-353-2591. We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778.

SEE NEXT PAGE.

PG 32 OF 43

PG 30 OF 40

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 HA.                                        Page 2

You can also write or visit any Social Security office.  The
office that serves your area is located at:

                SOCIAL SECURITY
                SUITE A
                811 E SPRAGUE AVE
                SPOKANE,WA 99202

If you do call or visit an office, please have this letter with
you.  It will help us answer your questions.  Also, if you plan
to visit an office, you may call ahead to make an appointment.
This will help us serve you more quickly when you arrive at the
office.

                W. Burnell Hurt
                Associate Commissioner for
                  Central Operations

PG 31 OF 40

PG 33 OF 43

From: Duncan J. McNeil  To: James R. Larsen                    Date: 7/30/2004  Time: 4:02:18 PM                    Page 9 of 14

Nov 07 03 01:50p
From: Duncan J. McNeil 509-271-3775 To: MD Dr. Charles W. Laudenbach                    Date: 1/7/2003  Time: 10:40:20 AM                    Page 2 of 2

Oct 08 03 08:34p                                                                                                    p.2

 ROCKWOOD
CLINIC, P.S.

                                                             400 East 5th Avenue, P.O. Box 3409
                                                             Spokane, WA 99220-3649
                                                             Phone: (509) 838-2531 /1-800-776-1048
                                                             Fax: (509) 459-1277
                                                             www.rockwoodclinic.com

September 22, 2003

                                                             SATELLITE OFFICES
                                                             Cheney Medical Center
                                                             Medical Lake Family Practice
                                                             Rockwood Clinic Cardiology
                                                             Rockwood Clinic Center of Adult Nephrology
                                                             Rockwood Clinic Eye Center
                                                             Rockwood Clinic Gastroenterology
                                                             Rockwood Clinic Stress Practic
                                                             Rockwood Clinic Urology
                                                             Rockwood Clinic North Nephrology
                                                             Rockwood Clinic Physical Therapy
                                                             Rockwood Clinic Rehab
                                                             Rockwood Clinic South
                                                             Valley Rockwood Clinic
                                                             Valley Rockwood Physical Therapy

Duncan J McNeil III                    RE:
P.O. Box 2906                          MCNEIL, DUNCAN III J
Spokane, WA 99220-2906                 1571942
                                       DOB: 03/14/1957

TO WHOM IT MAY CONCERN:

Mr. McNeil is a patient whom I have seen since January of 2001. Mr. McNeil,
unfortunately has a medical condition resulting in his inability to appear
in court. I would appreciate it if this can be taken into consideration and
possibly a telephone appearance could be allowed in this case.

Thank you for your consideration.

Sincerely,

Charles Laudenbach, MD
Internal Medicine

408/J:1351822/D:1484896/CL:10
C:  09/22/2003 17:57:38
T:  09/24/2003 08:15:48

PG34 OF
43

PG32 OF 40            PG14 OF 20

Our services disclaimer: Click here, a physician owned, multi specialty medical practice. Our team of doctors and staff is dedicated to the delivery of the best patient care available.
We strive to provide a quality and rewarding environment. Our values, compassion, excellence, teamwork, service, stewardship, value.

20030922 X-44 Letter from Dr Laudenbach SIGNED re telephone appearance.max

## Ronald M. Klein, Ph.D.
Behavioral Medicine Service
601 West Main Avenue, Suite 1011
Spokane, WA 99201   (509) 838-1285

09/02/2003

Division of Disability Determination

Spokane, WA

re: Duncan McNeill          DOB: 3/14/1957

Dear Sir/Madam:

Mr. McNeill was a patient of mine three years ago.  With his consent, I am providing you with the following information.  His dates of service were:
    11-14-00; 11-21-00; 11-28-00; 12-5-00; and 12-29-00.
He had been referred by his physician Dr. Creel at Rockwood Clinic.  After my initial evaluation of him on 11-14-00, I diagnosed Mr. McNeill with [redacted confidential] [redacted confidential]          He appeared to be reacting to a newspaper story published at that time about his ongoing legal dispute with well known public officials.  Mr. McNeill felt he had been characterized in that story in a grossly unfair manner.  He was also being treated by his physician for ongoing [redacted] and was being medicated for that.  I provided [redacted] to Mr. McNeill during those sessions and also made recommendations to his physician regarding use of [redacted confidential].          I have not seen him clinically since 12-29-00.  I did have a recent phone conversation with him during which he informed me that his symptoms have continued on since that time and that your agency has found him to be disabled.  It is my understanding that Mr. McNeill has undergone [redacted confidential] with other practitioners over these past 3 years.

Sincerely,

Ronald M. Klein, Ph.D.
Behavioral Medicine Service

PG 33 OF 40.

PG 35 OF 43

PG 5 OF 20

2004/JUL/14/WED 01:36 PM   CHAS MAPLE          FAX No. 1-509-444-7807              P. 001/001



**Community Health Association of Spokane**

07/13/2004

**RE:  DJ McNeil**

To Whom It may Concern:

Mr. McNeil has been diagnosed with colitis. He was last seen in clinic 05/24/04. He phoned the clinic 07/08/04 and stated he was having a flare of colitis. He phoned the clinic again today asking for a letter stating that he is having a flare of colitis, is bedridden, and is unable to appear in court on 07/14/04. Since the patient has not been seen in this clinic since May 24 of this year, I cannot verify his current health status relative to his colitis; nonetheless, he requested a letter to inform the court of the foregoing.

Thank you for your consideration.

Sincerely,

*Bill Lawson*

Bill Lawson, PA-C

CC: Patient file

**Maple CHAS Clinic**      **DT CHAS Clinic**       **Valley CHAS Clinic**     **NE CHAS Clinic**
3919 North Maple Street   1001 W 2nd Ave.        9227 E. Main St.          4001 N. Cook St
Spokane, WA  99205        Spokane, WA  99204     Spokane, WA 99206         Spokane, WA  99207
(509) 444-7801            (509) 838-1205         (509) 444-8200            (509) 487-1604

PG 34 OF 40                        PG 36 OF 20                  PG 36 OF 43



## Community Health Association of Spokane

**09/03/2004**

**RE:  Dj McNeil**

To:  Whom It May Concern

This person has anxiety and is on treatment for it.  He may do better to have telephone appearances
for his court hearings.

Sincerely,

Alisa ML Hideg, MD

CC: Patient file

| | | | |
|---|---|---|---|
| **Maple CHAS Clinic** | **DT CHAS Clinic** | **Valley CHAS Clinic** | **NE CHAS Clinic** |
| 3919 North Maple Street | 1001 W 2nd Ave. | 9227 E. Main St. | 4001 N. Cook St |
| Spokane, WA  99205 | Spokane, WA  99201 | Spokane, WA 99206 | Spokane, WA  99207 |
| (509) 444-7801 | (509) 835-1205 | (509) 444-8200 | (509) 487-1604 |

PG 37 OF 43

PG 35 OF 40

PG 11 OF 20

## Community Health Association of Spokane

| | | | |
|---|---|---|---|
| 3919 North Maple St. | 9227 E. Main St | 1001 W. 2nd | 4001 N. Cook St |
| Spokane, WA 99205 | Spokane, WA 99206 | Spokane, WA 99201 | Spokane, WA 99207 |
| (509) 444-7801 | (509) 444-8200 | (509) 835-1205 | (509) 487-1604 |

Encounter Date: 09/03/2004 Provider: Alisa Hideg MD
Patient Name: McNeil, Dj    Date of Birth: 03/14/1957

### Pt. here for Follow-up OV.
47 Years old, male  Pt. here for Follow-up OV.
### CHIEF COMPLAINT
1. **Colitis (follow-up)** Comments: Pt states that he is having a faire up of his colitis again. Pt feels he is having burning w/ urination and stools passing. Pt has not had much blood in his stool for 6 weeks. He had bleeding for approximately 6 days in his emesis and stools at that time 6 weeks ago. Nauseated x two and 1/2 weeks now.

2. **Anxiety (follow-up)** Comments:                    He denies caffeine use. Pt is going to court re: charges against him - not specific. Has friend who is here w/ him. Pt wants medication to use when anxious about going outside

### CHRONIC CONDITIONS
1. ASTHMA.
2. Anxiety state NOS.

### CURRENT MEDICATIONS

| Brand Name | Dose Note | Route Desc | Sig Desc |
|---|---|---|---|
| Prevacid daily (PT ASSISTANCE) | 30mg | Oral | Take one capsule by mouth |
| Advair Diskus twice daily | 100/50 | Inhalation | Inhale 1 puff into your lungs |
| Celebrex | 200mg | Oral | one tablet by mouth daily |
| Albuterol | 90mcg | Inhalation | |
| Flovent | 110mcg | Inhalation | |
| Prilosec | 20mg | Oral | |

### ALLERGIES

| Description | Reaction: |
|---|---|
| No Known Drug Allergies | |

Nurse/MA Comments:
Allergy List Confirmed. Medications Confirmed. Immunizations Confirmed.
        Immunizations Up-to-Date
### Physical Examination:
Vital Signs:
Height: 72.00 inches. (182.88 cm), Weight: 216.00 lbs. (98.18 kgs). BMI = 29.32;
Temperature: 97.00 F. (36.11 C) Respirations: 16
170/120 Right arm sitting. (used Regular Adult cuff).
Pulse rate is 84 per minute, regular.
Orthostatic B/Ps: L arm supine, B/P is 160/100; Pulse L arm supine is 84 beats/minute.

Constitutional:

McNeil, Dj  PG 36 OF 40            1            Alisa Hideg MD

No acute distress. Well nourished.
Appearance: disheveled.

**Abdomen:** Abdomen soft, non-tender, non-distended; normal bowel tones; no hepatosplenomegaly. No palpable mass; no CVA tenderness.

## *P.H.Q.*

1. Feeling down, depressed or hopeless?
   **Nearly every day.**
2. Little interest or pleasure in doing things.
   **Not al all.**
3. Trouble falling asleep or sleeping too much
   **Nearly every day.**
4. Feeling tired or having little energy
   **Nearly every day.**
5. Poor appetite or overeating
   **Nearly every day.**
6. Feeling bad about yourself--or that you are a failure or have let yourself or your family down.
   **Nearly every day.**
7. Trouble concentrating on things, such as reading the newspaper or watching television.
   **Nearly every day.**
8. Moving or speaking so slowly that other people could have noticed?    Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual?
   **Nearly every day.**
9. Thoughts that you would be better off dead, or of hurting yourself in some way?
   **Not at all.**
10. If you are experiencing any of these problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?
    **Extremely difficult.**
11. If these problems have caused you difficulty, have they caused you difficulty for two years or more?
    **Yes, I have had difficulty with these problems for 2 years or more.**

How many days in the last two weeks have you missed doing things because you are depressed?
    **14 Day(s)**

Depression symptom score is 0;
Severity score is 21;        . Severe Depression.

Client has significant functionability impairment.
Consider DX of Dysthymia.
Client is in CHAPPY Registry.
Next PHQ due in 4-8 weeks, (10/01/2004).

**In-House labs:**
Urine Dipstick values:
Spec gravity: 1.015; Ph: 5; Leukocytes: negative; Nitrites: negative; Protein: negative; Glucose: normal; Ketones: negative; Urobilinogen: normal; Bilirubin: negative;
Blood: negative;
Blood glucose: 96mg/dl.

PG 39 OF 43

ASSESSMENT / PLAN    40

McNeil, DJ  PG 37 OF 38                    2                    Alisa Hideg MD

PG 10 OF 20

McNeil, Dj

1. **Colitis, ulcerative NOS** (Re: eval & TX of ICD-9 556.9).
   - Start Asacol
   F/U w/ GI
2. **Panic disorder** (Re: eval & TX of ICD-9 300.01).

Pt to increase zoloft dose
Use hydroxyzine prn

**Medications ordered this visit:** (Potential adverse drug reactions discussed.)

| Brand Name | Dose | Rx Refills | Rx Quanity | Sig Desc |
|---|---|---|---|---|
| Asacol | 400mg | 0 | 30 | one tablet by mouth three times dai |
| Metamucil | | 0 | 0 | 1 tbsp po BID |
| Zoloft | 100mg | 3 | 30 | two tablets by m..uth daily |
| Atarax | 100mg | 1 | 90 | 1/2 to 1 tab po q 4-6 hrs prn anxiet |

MA/Nurse: Mark E. Brooks
Alisa Hideg MD

PG 40 OF 43

40

McNeil, Dj    PG 38 OF 38    3    Alisa Hideg MD