

OCT 12 2004

DUNCAN T. MCNEIL
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260



CLERK
US DISTRICT
LOCK BOX 27
844 KING STREET
WILMINGTON, DE 19801

LEGAL MAIL