Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205

MO: _____
DATE: _____
FJ- _____

① Clerks letter decision returning pleadings, FLAG Denying access to court.

## U.S. District Court
## District of Delaware

Duncan J. McNeil, III
  Indigent Disabled
  Unlawfully Incarcerated
  "Civil Detainee", Plaintiff,
  Appellant and
  Judgment Creditor

  v.

Kaiser Aluminum
~~United States et al.~~
  Defendants, Appellees
  and Judgment Debtors

CASE NO: 05-574

AMMENDED NOTICE OF APPEAL; IFP APPLICATION ON APPEAL INCORPORATING IFP APPLICATION TO USDC AND PLRA MOTION FILED 12/5/05 IN USCA 3rd CIR PGS 1 OF 50 TO 50 OR SO INCORPORATED HEREIN

FILED
① scanned
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

THE UNDERSIGNED INDIGENT DISABLED UNLAWFULLY INCARCERATED "CIVIL DETAINEE" PLAINTIFF AND APPELLANT AND JUDGMENT CREDITOR, HEREBY AMENDS AND SUPPLEMENTS HIS PRIOR NOTICE(S) OF APPEAL FILED IN THIS MATTER TO INCLUDE THE APPEAL ~~FLAG~~ REVIEW AND REVERSAL OF THE ORDER ENTERED IN THIS MATTER DATED 5/11/06 ①

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY THAT THIS AMMENDED NOTICE OF APPEAL WAS FILED/MAILED ON 5/16/06 BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCJ SW-26.

DATED: 5/16/06

PG 1 OF 1

[signature]
APPELLANT