OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 14, 2006

Duncan J. McNeill, III
#293752
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260

      RE:    In re: Kaiser Aluminum Corporation
               C.A. No. 05-574-JJF

Dear Mr. McNeill:

      The Court is in receipt of the documents listed below. Pursuant to the Court's Order (D.I. 21) issued on April 18, 2006, no action will be taken on your documents, and the following documents are being returned to you:

      1. Notice To Clerk Of Violation Of FRCP 5(e) and 1st Amend. Of U.S. Const. By The Unlawful Rejection Of Plaintiff's Pleadings By Clerk's Letter Of 05/11/06 filed on May 22, 2006;

      2. Ex Parte Objection And Motion To Modify Alter Or Amend Finding And Order(s) Pursuant To FRCP 52, 59 And 60; Motion for Relief From Order(s) Entered/ Dated 02/07/06 And 04/13/06; Motion For Extension Of Time originally filed on April 27, 2006 and re-filed on May 22, 2006.

                                   Very truly yours,
                                     Peter T. Dalleo, Clerk

                                     Anita Bolton
                                     Courtroom Deputy

enclosure
cc: The Honorable Joseph J. Farnan, Jr.