DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED UNLAWFULLY
INCARCERATED CIVIL DETAINER
AND PLAINTIFF

MO-
DATE: _____
TIME: _____
FJ- _____

## U.S. DISTRICT COURT
## DISTRICT OF DELAWARE

DUNCAN J. McNEIL, III
PLAINTIFF AND
JUDGMENT CREDITOR

v.

UNITED STATES, ET. AL.
DEFENDANTS AND
JUDGMENT DEBTORS

CASE NO: 05-574

NOTICE TO CLERK
OF VIOLATION OF
FRCP 5(e) AND 1ST
AMEND. OF U.S. CONST.
BY THE UNLAWFUL
REJECTION OF
PLAINTIFFS PLEADINGS
BY CLERKS LETTER OF
5/11/06

FILED
☑ scanned
MAY 22 2006

PLEASE TAKE NOTICE THAT THE CLERK OF THIS COURT COURT HAS VIOLATED THEIR OATH OF OFFICE, FRCP 5(e). AND THE PLAINTIFF'S RIGHTS OF ACCESS TO THIS COURT BY UNLAWFULLY REJECTING PLAINTIFFS PLEADINGS. THE CLERK IS A MINISTERIAL OFFICER OF THE COURT, WHO MUST ACCEPT ALL OF PLAINTIFFS PLEADINGS AND LACKS DISCRETION OR AUTHORITY TO REJECT SAID PLEADINGS, FRCP 5(e), DIELSI v. FALK, 916 F. SUPP. 985 (C.D. CAL 1996). THE UNLAWFULLY REJECTED PLEADINGS ARE RETURNED HEREWITH FOR THE MINISTERIAL ACT OF FILING BY THE CLERK.
DATED: 5/16/06

(left margin)
① 6 PLEADINGS REJECTED BY CLERKS LETTER OF 5/11/06

② THE CLERKS CONTINUED VIOLATION OF FRCP 5(e) AND THE PLAINTIFFS RIGHTS SHALL BE BASIS FOR THE CLERKS IMMEDIATE REMOVAL FROM OFFICE PURSUANT TO 28 U.S.C. §§ 751, 951 & 956.