OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4959 |

601 Market Street
Philadelphia, PA 19106-1790

www.ca3.uscourts.gov

June 15, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


RE: Docket No. 06-2556
    In Re: Kaiser Alum
    D. C. No. 05-cv-00574


Dear Mr. Dalleo:

    Receipt is acknowledged on 5/25/06, of notice of appeal filed with the district court on 5/22/06, in the above-captioned case.

    Since the notice of appeal filed on 5/22/06 merely amends the appeal already docketed at No. 06-2556, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                                By: Shannon L. Craven
                                    Case Manager


cc:
        Duncan J. McNeil ###293752 III
        Daniel J. DeFranceschi, Esq.
        Daniel P. Winikka, Esq.
        Gregory M. Gordon