OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4959 |

www.ca3.uscourts.gov

June 15, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 06-2684
    In Re: Kaiser Alum
    D. C. No. 06-mc-00041
          06-cv-00178

Dear Mr. Dalleo:

   Receipt is acknowledged on 5/25/06, of notice of appeal filed with the district court on 5/22/06, in the above-captioned case.

   Since the notice of appeal filed on 5/22/06 merely amends the appeal already docketed at No. 06-2684, this notice will not be given a new number but will be placed in the file.

                                   Very truly yours,
                                   MARCIA M. WALDRON
                                   Clerk

                                   By: Shannon L. Craven
                                       Case Manager

cc:
    Duncan J. McNeil ###293752 III
    Daniel J. DeFranceschi, Esq.
    Kimberly D. Newmarch, Esq.
    Jason M. Madron, Esq.