UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2556

In re: Kaiser Aluminum Corp.
(D. Del. No. 05-cv-574)

To: Clerk

1) Appellant's Ex Parte for Finding of Violation of Constitution

2) Motion for Relief from 3-Strikes Finding

---

The foregoing Motion are denied. Appellant has previously been advised that *ex parte* submissions would not be accepted for filing and that all submissions must be served as required by Rule 25, Fed. R. App. P.

Since the filing and docketing fees have not been paid nor a complete motion for in forma pauperis status, including the required motion demonstrating that the appeal concerns a matter placing appellant in imminent danger of serious physical injury, the appeal is dismissed pursuant to Rules 3.3 and Misc. 107.1, Third Circuit Local Appellate Rules.

The appellant's statement that he has not had three civil cases dismissed and finally determined which would count as "strikes" under 28 U.S.C. § 1915(g) is patently untrue. It is further noted that appellant is under filing restrictions in the Eastern District of Washington. See e.g. E.D. Pa. Nos. 05-cv-211. McNeil v. United States, and 04-371, McNeil v. Whaley.

A True Copy:

Marcia M. Waldron

Dated: July 7, 2006    Marcia M. Waldron, Clerk
SLC/cc: Mr. Duncan J. McNeil, III
    Daniel J. DeFranceschi, Esq.
    Daniel P. Winikka, Esq.
    Gregory M. Gordon, Esq.

For the Court,

/s/ Marcia M. Waldron
Clerk