CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00574-JJF
### Internal Use Only

In re: Kaiser Aluminum Corp  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 08/02/2005  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**Debtor**

**Kaiser Aluminum Corp**   represented by   **Daniel J. DeFranceschi**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Fax: 302 651 7701
Email: defranceschi@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**Duncan J. McNeil, III**   represented by   **Duncan J. McNeil, III**
#293752
Duncan J. McNeil, III, Pro se
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260
PRO SE

V.

**Appellee**

**Kaiser Aluminum Corp**   represented by   **Daniel J. DeFranceschi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2005 | 1 | SEALED MOTION for Leave to Proceed in forma pauperis - filed by Duncan J. McNeil, III. (mwm, ) Modified on 8/1/2006 (rpg, ). (Entered: 08/08/2005) |

| | | |
|---|---|---|
| 08/02/2005 | 2 | Notice of APPEAL FROM BANKRUPTCY COURT appealing the Order entered on 6/27/05 by Judge Fitzgerald in Bankruptcy case number 02-10429. Fee Status not Paid.- filed by Duncan J. McNeil, III. (Attachments: # 1 BK Order# 2 BK Order# 3 BK Order# 4 BK Order# 5 BK Order)(mwm, ) (Entered: 08/08/2005) |
| 08/17/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 08/17/2005) |
| 08/22/2005 | 3 | ORDER denying leave to proceed in forma pauperis. Plaintff has filed at least 3 actions that were dismissed as frivolous, malicious, or for failure to state a claim, and plaintiff does not claim to be in imminent danger. Plaintiff has 30 days to pay the $250.00 filing fee. Failure to submit filing fee shall result in dismissal. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 9/21/2005.. Signed by Judge Joseph J. Farnan, Jr. on 08/22/05. (afb, ) (Entered: 08/22/2005) |
| 09/19/2005 | 4 | EX PARTE MOTION for Temporary Restraining Order / OSE, Enforcing Appellant's Access To The Courts And For Judicial Notice And The Granting Of Full Faith And Credit To 11/10/04 "Access Orders". - filed by Duncan J. McNeil, III. (Attachments: # 1 part b# 2 part c# 3 part d# 4 part e# 5 part f# 6 part g# 7 part h)(afb, ) Modified on 10/21/2005 (afb, ). (Entered: 09/23/2005) |
| 09/27/2005 | 5 | ORDER that Pltf.'s Complaint is DISMISSED WITHOUT PREJUDICE. (copy to pltf.) (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 09/27/05. (afb, ) (Entered: 09/27/2005) |
| 10/11/2005 | 6 | NOTICE of Collateral Attack on Order dated 08/22/05 by Duncan J. McNeil, III. (afb, ) (Entered: 10/21/2005) |
| 10/11/2005 | 7 | Exparte MOTION to Modify Alter or Amend the 3 Order dated 08/22/05 filed by Duncan J. McNeil, III. (afb, ) Modified on 10/21/2005 (afb, ). (Entered: 10/21/2005) |
| 10/11/2005 | 8 | (SEALED) Exparte Motion in Support of Collateral Attack (construed by the Court as a Memorandum in support of 7 MOTION for Reconsideration re 3 Order (PLRA) Three Strikes, Order (PLRA) Three Strikes ) filed by Duncan J. McNeil, III. (afb, ) Modified on 10/21/2005 (afb, ). (Entered: 10/21/2005) |
| 10/11/2005 | 9 | (SEALED) DECLARATION in Support of Collateral Attack re:7 MOTION for Reconsideration re 3 Order (PLRA) Three Strikes, Order (PLRA) Three Strikes by Duncan J. McNeil, III. (afb, ) (Entered: 10/21/2005) |
| 10/11/2005 | | CORRECTING ENTRY: clerk put Memorandum in Support (D.I. 8) under seal. (afb, ) (Entered: 10/21/2005) |
| 10/17/2005 | 10 | Ex parte MOTION for Extension of Time for Relief from Order entered 09/27/05 - filed by Duncan J. McNeil, III. (afb, ) (Entered: 10/21/2005) |
| 10/21/2005 | 11 | DEFICIENCY NOTICE by the Court issued to Duncan J. McNeil, III re |

| | | |
|---|---|---|
| | | 6 Notice (Other), 9 Declaration, 8 Opening Brief in Support,, 10 MOTION for Extension of Time to, 7 MOTION for Reconsideration re 3 Order (PLRA) Three Strikes, Order (PLRA) Three Strikes, 4 MOTION for Temporary Restraining Order. rmks: Certificate of Service not included with documents. (afb, ) (Entered: 10/21/2005) |
| 11/16/2005 | 12 | CERTIFICATE OF SERVICE by Duncan J. McNeil, III (afb, ) (Entered: 11/17/2005) |
| 01/13/2006 | 13 | EX-Parte Application to Proceed Without Prepayment of Fees and Affidavit (construed as a MOTION for Reconsideration) - filed by Duncan J. McNeil, III. (afb, ) (Entered: 01/18/2006) |
| 01/13/2006 | 14 | Petition & Request to Clerk for Registration of Foreign Judgments (construed as a Motion for the Court to take judicial notice and to register foreign judgments) - filed by Duncan J. McNeil, III. (afb, ) (Entered: 01/18/2006) |
| 02/07/2006 | 15 | MEMORANDUM ORDER that 7 Motion for Reconsideration is DENIED; 10 Motion for Extension of Time is DENIED as moot;13 Motion for Reconsideration is DENIED; 14 Motion for the Court to take judicial notice and to register foreign judgments is DENIED. IT IS FURTHER ORDERED that for the same reasons set forth in this Memorandum Order and in the Order dismissing this action (D.I. 5), the Court discerns no good-faith basis for an appeal. Signed by Judge Joseph J. Farnan, Jr. on 02/07/06. (afb, ) (Entered: 02/07/2006) |
| 02/21/2006 | 16 | Return of Undeliverable Mail (D.I. 15) sent to Duncan J. McNeill, III. rmks: forward time expired. return to sender. 1100 W. Mallon Avenue, #293752, Spokane, WA 99260-2043. (afb, ) (Entered: 02/22/2006) |
| 02/24/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006) |
| 04/11/2006 | | Remark: Address updated per documents received and filed on 4/11/06, in CA 05-574 JJF and CA 06-178 JJF. Mr. McNeil's previously known address did not reflect "Spokane County Jail" and his prisoner ID number, which appears to have caused mailing problems. (rbe, ) (Entered: 04/12/2006) |
| 04/11/2006 | 18 | REQUEST For Reasonable Accommodation by Duncan J. McNeil, III. (afb, ) (Entered: 04/13/2006) |
| 04/11/2006 | 19 | Exparte MOTION In Support Of Notice of Appeal - filed by Duncan J. McNeil, III. (afb, ) (Entered: 04/13/2006) |
| 04/12/2006 | 17 | Remark: Copy of envelope (front and back), including heading from a pleading filed in CA 05-574 and 06-178 on 4/11/06, showing discrepancy in reported mailing address. Address updated to reflect address on return address section and back stamp from jail (on the back of the envelope - 1100 W. Mallon, zip 99260). (rbe, ) (Entered: 04/12/2006) |
| 04/13/2006 | 20 | Letter to Duncan J. McNeil from the Court responding to Request For Reasonable Accomadation (D.I. 18). Case is closed and request for reconsideration has been denied, the Court finds no basis to consolidate |

|  |  |  |
|---|---|---|
|  |  | that case with any of the remaining pending cases in which you are a party. (SEE LETTER FOR DETAILS). (afb, ) Modified on 4/17/2006 (afb, ). (Entered: 04/17/2006) |
| 04/17/2006 |  | CORRECTING ENTRY: Clerk updated the docket text of Letter (D.I. 20) to reflect that the case has been closed and the request for reconsideration has been denied, the Court finds no basis to consolidate that case with any of the remaining pending cases in which he is a party. (afb, ) (Entered: 04/17/2006) |
| 04/18/2006 | 21 | ORDER that (1) Appellant's 19 Motion (1) To Proceed IFP W/O Prepayment Of Fees; On Appeal, (2) For Electronic Filing Access To Court And For A Waiver Of Pacer Fee And Electronic Filing Fees; (3) For Appointment of Councel on Appeal; (4) For Copies, Record And For Service Of Summons And Complaint By The Clerk Per FRCP 4(c)(2) is DENIED; (2) Because the above-captioned action is closed and the time frames for Appellant to seek reconsideration of and/ or appeal from the Court's Order has lapsed, the Court will return to Appellant any further filings in this action without consideration by the Court. Signed by Judge Joseph J. Farnan, Jr. on 04/18/06. (afb, ) (Entered: 04/19/2006) |
| 04/21/2006 | 22 | CERTIFICATE OF SERVICE of Order by Kaiser Aluminum Corp re 21 Order on Motion for Miscellaneous Relief,, (Newmarch, Kimberly) (Entered: 04/21/2006) |
| 04/27/2006 | 23 | Letter to Duncan McNeill, III from the Court regarding Motion For Relief From Orders, IFP Application dated April13, 2006. Pursuant to the Court's Order (D.I. 21) issued on April 18, 2006, no action will be taken on the motion and the motion will be returned. (afb, ) Additional attachment(s) added on 5/11/2006 (afb, ). (Entered: 04/28/2006) |
| 04/27/2006 | 24 | NOTICE OF APPEAL to the USCA for the Third Circuit. Appeal filed by Duncan J. McNeil, III. Filing fee $ 455. (afb, ) (Entered: 05/02/2006) |
| 04/27/2006 | 25 | Brief in Support of Notice of Appeal filed by Duncan J. McNeil, III. (Attachments: # 1 Brief in support part 2# 2 Brief in support part 3# 3 Redacted Attachment# 4 Envelope)(afb, ) (Entered: 05/02/2006) |
| 04/27/2006 | 26 | (SEALED) APPENDIX to Brief in support of Ntc. of Appeal by Duncan J. McNeil, III. (afb, ) (Entered: 05/02/2006) |
| 05/11/2006 | 27 | Letter to Duncan J. McNeill, III from the Court regarding return of document pursuant to Court's Order (D.I. 21). No action will be taken on Motions. (Attachments: # 1 Ex Parte Objection# 2 No. 2 Petition Main Doc# 3 No. 2 Petition Cover Letter# 4 No. 2 Petition Envelope# 5 No. 3 Ex Parte Motion# 6 No. 4 Ex Parte Motion# 7 No. 5 Ex Parte Motion# 8 Motion# 9 Envelope)(afb, ) (Entered: 05/12/2006) |
| 05/17/2006 | 28 | NOTICE of Docketing Appeal from USCA for the Third Circuit re 24 Notice of Appeal filed by Duncan J. McNeil, III. USCA Case Number 06-2556. USCA Case Manager: Shannon Craven (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (gb) (Entered: 05/17/2006) |

| | | |
|---|---|---|
| 05/18/2006 | [29](#) | NOTICE OF Amended APPEAL to the Third Circuit and IFP Application. Appeal filed by Duncan J. McNeil, III. Filing fee $ 455. (Attachments: # [1](#) Pages 11-20# [2](#) pgs. 21-30# [3](#) pgs. 31-40# [4](#) pgs. 41-43# [5](#) Envelope)(afb, ) (Entered: 05/18/2006) |
| 05/22/2006 | [30](#) | AMENDED NOTICE OF APPEAL of the Third Circuit. Appeal filed by Duncan J. McNeil, III. Filing fee $ 455. (afb, ) (Entered: 05/24/2006) |
| 05/30/2006 | [31](#) | USCA Letter to District Court Clerk re: appeal filed on 05/18/06. (CA No. 06-2556). (afb, ) (Entered: 06/05/2006) |
| 06/14/2006 | [32](#) | Letter to Duncan J. McNeill, III from the Clerk of the Court that pursuant to the Court's Order issued on April 18, 2006, no action will be taken on your documents, and the following documents are being returned to you. (Attachments: # [1](#) Notice to Clerk of Violation# [2](#) Ex Parte Objection) (afb, ) (Entered: 06/14/2006) |
| 06/15/2006 | [33](#) | USCA Letter to District Court Clerk regarding Amended NOA (sc, ) (Entered: 06/15/2006) |
| 06/15/2006 | [34](#) | USCA Letter to District Court Clerk regarding Amended NOA (sc, ) (Entered: 06/15/2006) |
| 07/07/2006 | [35](#) | USCA Order Terminating Appeal as to [30](#) Notice of Appeal filed by Duncan J. McNeil, III, [29](#) Notice of Appeal filed by Duncan J. McNeil, III, [24](#) Notice of Appeal filed by Duncan J. McNeil, III. USCA Decision: Dismissed. (sc, ) (Entered: 07/07/2006) |