HC-02
9/8/06

U.S. DISTRICT COURT
[RECEIVED STAMP] DISTRICT OF DELAWARE
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| IN RE: | CASE NO: 05-CV-574 |
| DUNCAN J. MCNEIL, III | 06-CV-178 |
| PLAINTIFF, JUDGMENT CREDITOR AND APPELLANT | 06-MC-041 |
| V. | DISCRIMINATION & RETALIATION COMPLAINT PURSUANT TO SECTION 504 OF THE REHABILITATION ACT OF 1973 (29 U.S.C. § 794) AND 28 C.F.R. PT. 39, IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS & EMERGENCY MOTION(S) FOR PRELIMINARY INJUNCTION AND STAY, PENDING APPEAL |
| UNITED STATES, ET.AL., DEFENDANTS, JUDGMENT DEBTORS & APPELLEES | |
| REQUEST FOR REASONABLE ACCOMMODATION | |

PURSUANT TO SECTION 504 OF THE REHABILITATION ACT OF 1973 (29 U.S.C. § 794), 28 C.F.R. PT. 39, AND I & II AMEND U.S. CONST. AND OTHER APPLICABLE LAWS, I HEREBY MAKE A COMPLAINT OF DISCRIMINATION, RETALIATION AND COERCION, AND DENIAL OF ACCESS, AGAINST THE USCA CLERK OF THIS CIRCUIT, FOR THE DENIAL OF ALL REQUESTED REASONABLE ACCOMMODATIONS① AND FOR DENIAL OF ACCESS TO THE BENEFITS, PROGRAMS, SERVICES AND ACTIVITIES OF THE USCA AND THIS USDC, AS NECESSARY TO OBTAIN FULL FAITH & CREDIT EXECUTION & ENFORCEMENT OF THE 21 SEPARATE "FOREIGN JUDGMENTS" LISTED ON EX. 2, (SEE PGS 9 OF 10 TO 10 OF 10, HEREIN, FOR WHICH JUDICIAL NOTICE IS REQUESTED). I FURTHER REQUEST JUDICIAL NOTICE OF THE RECORDS/FILES OF THE USCA IN THIS CIRCUIT.

DATED/FILED/MAILED: 9/8/06    /s/ DJM

---

① THE ACCOMMODATIONS REQUESTED TO PROGRAMS, ACTIVITIES AND SERVICES ROUTINELY GRANTED TO NON-DISABLED PERSONS, YET REPEATEDLY DENIED WERE DENIED BY THE USCA CLERK.

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*



# Title II of the Americans with Disabilities Act / Section 504 of the Rehabilitation Act of 1973 Discrimination Complaint Form

Instructions: Please fill out this form completely, in black ink or type. Sign and return it to the address on page 3. *AS A REASONABLE ACCOMMODATION, IT IS REQUESTED THAT THE CLERK OF THIS USDC FORWARD THIS COMPLAINT TO THE APPROPRIATE INVESTIGATIVE AGENCY.*

Complainant: DUNCAN J. MCNEIL, III *INDIGENT, DISABLED & UNLAWFULLY INCARCERATED*

Address: 2030 W. SPOFFORD

City, State and Zip Code: SPOKANE, WA 99205

Telephone: Home: —   Business: —

Person Discriminated Against (if other than the complainant): SAME

Address: SAME

City, State and Zip Code:

Telephone: Home:   Business:

Government, or organization, or institution which you believe has discriminated:

Name: U.S. COURT OF APPEALS - CLERK - 3RD CIR.

Address: 601 MARKET ST. #21400

County:   City: PHILADELPHIA

State and Zip Code: PA 19106   Telephone Number: 215-597-2995

When did the discrimination occur? Date: 12/5/05 TO PRESENT

OMB No. 1190-0009   Exp. Date 04/30/2007   PG 2 OF 10

Describe the acts of discrimination providing the name(s) where possible of the individuals who discriminated (use space on page 3 if necessary): CLERK OF COURT & USCA & DEPUTY CLERKS HAVE FAILED AND REFUSED TO GRANT ME ANY REQUESTED REASONABLE ACCOMMODATIONS FOR ACCESS TO THE COURTS. I WAS REFUSED ALL REQUESTED WAIVERS OF RULES PER FRAP 2, AND ALL ACCOMMODATIONS W/O ANY DUE PROCESS OR HEARING ON THE MERITS, AS REQUIRED BY APPLICABLE CASE LAW ①, I WAS DENIED ALL DUE PROCESS IN ACTS OF RETALIATION / RETRIBUTION / COERCION ①

Have efforts been made to resolve this complaint through the internal grievance procedure of the government, organization, or institution?   Yes ☒   No ☐

If "yes" what is the status of the grievance?
NO STATUS - THE USCA DOES NOT APPEAR TO HAVE OR FOLLOW ANY GRIEVANCE OR REVIEW / APPEAL PROCESS / ① SEE 29 U.S.C. § 794, 28 C.F.R. PT. 39 & EMERGENCY MOTION FOR PRELIMINARY INJUNCTION / STAY & PETITION FOR WRIT OF HABEAS CORPUS FILED HEREWITH AND INCORPORATED HEREIN

Has this complaint been filed with another bureau of the Department of Justice or any other Federal, State, or local civil rights agency or court?   Yes ☒   No ☐

If "yes":

Agency or Court: U.S. ~~DISTRICT COURT~~ — DISTRICT OF DELAWARE

Contact Person: CHIEF JUDGE

Address: 844 N. KING STREET - LOCK BOX 18

City, State and Zip Code: WILMINGTON, DE 19801

Telephone Number: 302-573-6170

Date Filed: 9/8/06

PG 3 OF 10

Do you intend to file with another agency or court?

Agency or Court: U.S. DOJ CIVIL RIGHTS DIVISION

Address: 950 PENNSYLVANIA AVE. N.W.
DISABILITY RIGHTS SECTION - NYAV

City, State and Zip Code: WASHINGTON, D.C. 20530

Telephone Number: _____

Additional space for answers: I WAS CONTINUOUSLY DENIED ALL ACCESS TO THE JAIL LAW LIBRARY/COPIER AND THE USCA COURT, RESULTING IN A CONTINUOUS "BOUNDS VIOLATION" OF AN ACTUAL INJURY OF THE INABILITY TO PRESENT MY CLAIMS TO THE USCA. IN ACTS OF DISCRIMINATION, RETALIATION AND RETRIBUTION MY PETITIONS, PLEADINGS, MOTIONS, REQUESTS FOR REASONABLE ACCOMMODATION WERE SUA SPONTE REJECTED BY THE CLERK OF THE USCA COURT AND OR THE JUSTICES OF THE USCA, IN PARTICULAR MY:
(SEE PG 5 OF 10)

Signature: [signature]

Date: 9/8/06

Return to:
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Disability Rights Section - NYAV
Washington, D.C. 20530

PG 4 OF 10

1. PLRA MOTION & PETITION FOR WRIT OF HABEAS CORPUS, DATED/FILED 12/5/05, PGS 1 OF 50 TO 50 OF 50;

2. URGENT MOTION FOR RELEASE & PETITION FOR WRIT OF HABEAS CORPUS, DATED/FILED 12/9/05, PGS 1 OF 10 TO 10 OF 10;

3. MEMORANDUM OF LAW IN SUPPORT OF COLLATERAL ATTACK & PETITIONS FOR WRITS OF HABEAS CORPUS, DATED/FILED 12/20/05, PGS 1 OF 62 TO 62 OF 62;

4. MOTION FOR TRO/OSC TO ENFORCE WRITS & PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR FINDING OF IMMINENT DANGER, PGS 1 OF 39 TO 39 OF 39;

THESE PETITIONS FOR WRITS OF HABEAS CORPUS, WHICH ARE NOT SUBJECT TO THE FILING RESTRICTIONS OF §1915(g), WERE USCA TO BE DISSIMINATED BY THE CLERK TO EACH SITTING OR SENIOR CIRCUIT JUDGES. INSTEAD OF FILING AND DISSIMINATING THE PETITIONS TO THE JUDGES, THE CLERK FAILED & REFUSED TO FILE, PROCESS & DISSIMINATE THE PETITIONS, IN CLEAR ACTS OF

PAGE 5 OF 10

②

1. VIOLATION OF THE CLERK'S
2. MINISTERIAL DUTIES (SEE PG 8 OF 10)
3. ~~RESULTING IN A LOSS~~ IN VIOLATION OF
4. FRAP 25(a)(4) AND/OR FRCP 5(e) AND
5. U.S. CONST. ART IV §1, RESULTING IN
6. A LOSS OF QUASI-JUDICIAL IMMUNITY.
7. FURTHER THE CLERK AND/OR
8. CERTAIN CIRCUIT JUDGES HAVE
9. DISCRIMINATED AND RETALIATED
10. AGAINST ME BY REJECTING AND/OR
11. ~~RE~~ FAILING AND REFUSING TO FILE
12. OR PROCESS CERTAIN OTHER MISCELLANEOUS
13. MOTIONS, PETITIONS OR PLEADINGS IN
14. THE CAPTIONED CASES (SEE PG 7 OF 10)
15. RESULTING IN A VIOLATION OF MY
16. CIVIL & CONSTITUTIONAL RIGHTS.
17. LASTLY THE CLERK AND/OR
18. CERTAIN CIRCUIT JUDGES, HAVE
19. DISCRIMINATED AND RETALIATED
20. AGAINST ME BY FAILING TO HEAR
21. OR DETERMINE ANY OF THE
22. FACTUAL OR LEGAL ISSUES, AT
23. INTEREST PENDING IN THE USCA ~~...~~,
24. ON THE MERITS, W/ OPPORTUNITY TO
25. BE HEARD, VIOLATING MY RIGHTS
26. TO DUE PROCESS AND ACCESS TO
27. THE USCA & THIS USDC AND IT'S BENEFITS, ①②
28. PROGRAMS, SERVICES AND ACTIVITIES.

[Left margin, vertical:] ② ALL OF THESE ACCOMMODATIONS DUE TO MY PREMATURE SSA DISABILITY ARE ACCOMMODATIONS THAT LEGAL REQUESTED GRANTED TO NON-DISABLED PERSONS BY THE CLERK OF THE USCA."

PAGE 6 OF 10

```
DUNCAN J. MCNEIL III                              DATE: _____
2030 W. SPOFFORD                                  ACTION: _____
SPOKANE, WA 99205
NOTICE OF CHANGE OF ADDRESS
```

~~[scribbled out]~~

| | |
|---|---|
| DUNCAN J. MCNEIL, III<br>APPELLANT &<br>JUDGMENT CREDITOR<br>v.<br>U.S.A. ET. AL<br>APPELLEES &<br>JUDGMENT DEBTORS | CASE NO:<br><br>REQUEST FOR REASONABLE ACCOMMODATION DUE TO ESTABLISHED DISABILITY; NOTICE TO CLERK OF DISCRIMINATION CLAIM FOR VIOLATION OF FRAP 25(a)(4) AND/OR FRCP 5(e) AND THE U.S. CONST. ART IV § 1 AND 1st AMEND RETALIATION CLAIM; NOTICE OF CLERK'S LOSS OF JUDICIAL/QUASI-JUDICIAL IMMUNITY; EX PARTE MOTION FOR ACCESS TO COURT AND RELIEF FROM CLERK'S UNLAWFUL REJECTION OF PLEADINGS ① |
| ADMINISTRATIVE PETITION TO CHIEF JUDGE:<br>FOR REASONABLE ACCOMMODATIONS FOR ACCESS TO THE COURT TO ACCOMMODATE ESTABLISHED DISABILITY AND ELIMINATE DISCRIMINATORY AND RETALIATORY ACTS. | |

TO CHIEF JUDGE ~~[scribbled]~~:

APPELLANT AND JUDGMENT CREDITOR BEING SWORN UPON OATH HEREBY DECLARES: THAT PURSUANT TO THE ADA (42 U.S.C. §§ 12101-12213) AND SECTION 504 OF THE REHABILITATION ACT OF 1973 (29 U.S.C. § 794), I AM AN INDIVIDUAL W/ AN ESTABLISHED S.S.A. DISABILITY (PERMANENT) WHO IS "OTHERWISE QUALIFIED" FOR THE PROGRAMS, ACTIVITIES, SERVICES AND BENEFITS OF THIS USCA, THE USDC, AND MY INSTITUTE OF INCARCERATION (SCI) AND I HAVE BEEN DENIED ACCESS TO THE PROGRAMS, ACTIVITIES, SERVICES OR BENEFITS OF THIS USCA, THE USDC AND SCI BY THE DISCRIMINATORY AND RETALIATORY ACTS OF THE CLERK OF THIS USCA, IN REJECTING MY PLEADINGS IN VIOLATION OF FRAP 25(a)(4) AND/OR FRCP 5(e) AND/OR U.S. CONST. ART IV §1. AS A MATTER OF LAW THE USCA AND USDC CLERKS ARE MINISTERIAL OFFICERS, W/ THE MANDATORY NON-DISCRETIONARY DUTY TO FILE THE JUDGMENT CREDITOR'S PLEADINGS AND TO GRANT FULL FAITH & CREDIT TO THE JUDGMENT CREDITOR'S 21 SEPARATE FINAL JUDGMENTS. UNDER FRCP 5(e), FRAP 25(a)(4) AND U.S. CONST. ART. IV §1 THE CLERKS OF THE USCA AND USDC LACK ALL DISCRETION OR AUTHORITY TO REJECT THE JUDGMENT CREDITOR'S PLEADINGS, SEE DIELSI v. FALK, 916 F. SUPP. 985 (C.D. CAL 1996). THE CLERK'S HAVE DISCRIMINATED AGAINST THE JUDGMENT CREDITOR AND VIOLATED THEIR MINISTERIAL DUTIES BY FAILING TO FILE PLEADINGS AND ENFORCE THE 21 SEPARATE JUDGMENTS, SEE MCCRAY v. STATE, 456 F.2d 1, AT 4 (4th CIR. 1972). HAVING VIOLATED THEIR MINISTERIAL DUTIES AND MY RIGHTS THE CLERK'S HAVE LOST ALL JUDICIAL IMMUNITY, SEE GUTIERREZ v. VERGARI, 499 F.SUPP. 1040, AT 1047, N.5 (S.D. NY 1980); RANKIN v. HOWARD, 633 F.2d 844, AT 849 (9th CIR. 1980).

DATED/MAILED: 9/8/06         PG 7 OF 10

[Left margin:] CLERK'S RETENTION OF PLEADINGS OF VARIOUS DATES, I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY DATED/MAILED FILED ON 9/8/06

[Right margin:] APPELLANT [signature]

Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205
NOTICE OF CHANGE OF ADDRESS

MO: _____
DATE: _____
ACTION: _____

---

| | |
|---|---|
| Duncan J. McNeil, III<br>APPELLANT &<br>JUDGMENT CREDITOR<br>V.<br>U.S.A. ET. AL.<br>APPELLEES &<br>JUDGMENT DEBTORS<br><br>ADMINISTRATIVE REQUEST<br>TO CHIEF JUDGE: FOR<br>REASONABLE ACCOMMODATIONS<br>FOR ACCESS TO THE COURT<br><br>NOTICE OF CHANGE OF<br>ADDRESS - CLERK'S<br>ACTION REQUIRED | CASE NO:<br><br>REQUEST FOR REASONABLE<br>ACCOMMODATION DUE TO<br>ESTABLISHED DISABILITY;<br>NOTICE TO CLERK OF<br>DISCRIMINATION AND<br>VIOLATION OF FRAP 25(a)(4)<br>and/or FRCP 5(e) AND<br>JUDGMENT CREDITOR'S 1ST<br>AMEND. AND ART IV §1 RIGHTS<br>UNDER U.S. CONST.; EX PARTE<br>MOTION FOR RELIEF FROM<br>CLERK'S REJECTION OF PLEADINGS |

TO: PLEADINGS REJECTED BY CLERKS DESK IN VIOLATION OF FRAP 25(a)(4) OF VARIOUS DATES

CHIEF JUDGE: APPELLANT AND JUDGMENT CREDITOR BEING SWORN UPON OATH HEREBY DECLARES: THAT PURSUANT TO THE ADA (42 U.S.C. §§ 12101-12213 (2000)) AND SECTION 504 OF THE REHABILITATION ACT OF 1973 (29 U.S.C. § 794 (2000)) I AM AN INDIVIDUAL W/ AN ESTABLISHED S.S.A. PERMANATE DISABILITY WHO IS "OTHERWISE QUALIFIED" FOR THE PROGRAMS, ACTIVITIES, SERVICES OR BENEFITS OF THIS USCA AND THE USDC, ALONG W/ MY INSTITUTE OF INCARCERATION, ~~~~~~ (SCJ) AND I HAVE BEEN DENIED THE BENEFITS, AND DENIED ACCESS TO THE PROGRAMS, ACTIVITIES OR SERVICES OF THIS USCA, THE USDC AND THE SCJ IN THE CAPTIONED ACTIONS, SOLELY BECAUSE OF MY ESTABLISHED DISABILITY, AS NECESSARY TO OBTAIN FULL FAITH & CREDIT AND TO EXECUTE ON, AND ENFORCE UPON 21 SEPARATE FINAL JUDGMENTS AND FINAL CONSENT DECREES (SEE EX PARTE TRO/OSC TO ENFORCE WRITS, DATED/FILED 12/30/05 IN THIS USCA, PGS 1 OF 39 TO 39 OF 39, AND WRITS 02-0001 TO 02-0005, WHICH ARE ALL INCORPORATED HEREIN) PURSUANT TO U.S. CONST. ART IV §1. THE JUDGMENT CREDITOR HAS MULTIPLE "FUNDAMENTAL INTERESTS" AT STAKE IN THIS ACTION TO ENFORCE THE 21 SEPARATE FINAL JUDGMENTS, WHICH EACH MANDATE APPELLANTS ACCESS TO THIS USCA AND THE USDC AND MANDATE THE WAIVER OF ALL COSTS AND FEES, INCLUDING: ① TO CONTEST A "VOID AB INITIO" DIVORCE DECREE (SEE EX. 2, PG 38 OF 39 TO 39 OF 39 OF EX PARTE TRO/OSC-12/30/05 MOTION, ITEM "U" "SEPERATION CONTRACT" AND RCW 26.09.070(6) AND LITTLE v. LITTLE, 634 P.2d 498, AT 504 (1980) (BODDIE v. CONNECTICUT, 401 U.S. 371 (1971)); ② TO CONTEST A "VOID AB INITIO", EX PARTE, SUA SPONTE, "PERMANATE" RESTRAINING ORDER TERMINATING THE JUDGMENT CREDITOR'S PARENTAL RIGHTS (M.L.B. v. S.L.J., 519 U.S. 102 (1996)); AND ③ THE UNCONSTITUTIONAL TAKING OF THE JUDGMENT CREDITOR'S LIBERTY W/O JURISDICTION OR DUE PROCESS (MAYER v. CHICAGO, 404 U.S. 189 (1971)). BY THE MANDATE OF THE U.S. SUPREME CT. THE ADA AND SECTION 504 THE CLERKS _____ REJECTION OF MY PLEADINGS AND DENIAL OF ACCESS IS UNLAWFUL. I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, DATED/FILED/MAILED _____

PG 8 OF 10   7/8/06

"FOREIGN JUDGMENTS"
EXHIBIT "2"
REQUEST FOR JUDICIAL NOTICE, FULL FAITH & CREDIT AND AUTHENTICATION & REGISTRATION THEREOF:

a. NOTICE of Filing of "Assignment of Interests in Bankruptcy Court Judgments Rendered in Another District, for the Benefit of Creditors, in aid of the Judgment, and in the aid of the Enforcement and Execution Thereof", filed 3-22-02 in Misc Case No 02-02, filed as Docket #535, on March 22, 2002, in Case No. 01-06073-W11, USBC-ED-WA;

b. "Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined With Notice Thereof", (hereinafter "Broadway Disclosure Statement"), entered December 21, 1998, as Docket #112 in Case No. LA 98-18082-SB, USBC-CD-CA-LA;

c. "Order Approving 'Judgment Creditors' Second Amended Chapter 11 Plan", (hereinafter "Broadway's First Plan w/Discharge"), entered March 19, 1999, in Case No. LA 98-18082-SB, , USBC-CD-CA-LA, as Docket #129, along with the Clerk's Notice of Entry of Judgment or Order and Certificate of Mailing and Proof of Service on Counsel;

d. "Order Approving 'Judgment Creditors' Second Amended Chapter 11 Plan (As. Modified)", (hereinafter "Broadway's Second Plan"), entered June 16, 1999, in Case No. LA 98-18082-SB, USBC-CD-CA-LA, along with the Clerk's Notice of Entry of Judgment or Order and Certificate of Mailing and Proof of Service;

e. "Findings of Fact and Conclusions of Law in Support of Order Disallowing Claims of John H. Smith and Robert Hayes", (hereinafter "Fraudulent Deed Findings"), entered December 29, 1998, in Adversary Case No. AD-98-01685-SB, USBC-CD-CA-LA, along with the Clerk's Notice of Entry of Judgment or Order and Certificate of Mailing and Proof of Service;

f. "Judgment and Order Pursuant to Summary Judgment Motions", (hereinafter "Fraudulent Deed Judgment"), entered December 29, 1998, in Adversary Case No. AD 98-01685-SB, USBC-CD-CA-LA, along with the Clerk's Notice of Entry of Judgment or Order and Certificate of Mailing and Proof of Service;

g. "Stipulated Order Re: Liability and Damages", entered October 30, 2000 in Case No: CS-97-435-RHW, USBC-ED-WA;

h. Writ of Obedience #02-0001, issued May 31, 2002, in Spokane County Superior Court Case No. 02-2-02825-4; DOC# 14, FILED 10/21/04 ⓐ

i. Writ of Obedience #02-0002, issued June 6, 2002, in Case No. 02-2-02825-4; DOC#15 ⓐ

j. Writ of Obedience #02-0003, issued June 7, 2002, in Case No. 02-2-02825-4; DOC#16 ⓐ

k. Writ of Obedience #02-0004, issued June 12, 2002, in Case No. 02-2-02825-4; DOC#17 ⓐ

l. Writ of Obedience #02-0005, issued July 18, 2002, in Case No. 02-2-02825-4. DOC#18 ⓐ

m. ORDER denying relief from stay Re: Item # 41. with Notice of Entry, filed 1/11/2000 as Docket #137, incorporating therein "Opposition Re: Item # 41. to motions to lift stay: opposition to motion to annul stay, filed 12/9/1999, as Docket #94", and incorporating "Opposition Re: Item # 57, to motion to lift stay and to motion to annul, filed 12/10/1999, as Docket #95"; all filed in Case No. LA 99-39555-SB, USBC-CD-CA-LA;

n. BAP/USDC appeal judgment - the Bankruptcy Court judgment is AFFIRMED. BAP #CC-00-1049 RE: Item #154, filed 1/16/2001, as Docket #359, Case No. LA 99-39555-SB, USBC-CD-CA-LA;

o. ORDER Granting Debtors Motion to Strike Liens, filed 9/15/1998, as Docket #199, in Case No. 96-02980-K11, USBC-ED-WA;

p. NOTICE of Filing of "Request to Clerk for Registration of Judgment Rendered in Another Court, filed 3-21-02 as Misc Case No. 02-01 (02-01731 DJM $), filed 3/27/2002, as Docket #536, Case No. 01-06073-W11, USBC-ED-WA;

q. EXHIBIT I Admitted at hearing on 12-5-01; re: Amendment to Settlement Agreement and Mutual Release and Personal Services Contract Effective 5-24-01 between Duncan J McNeil and Broadway Buildings II LP. Re: Oust Motion to Convert Case to Ch 7, Docket #44 & Joinder therein Docket #212, as Docket #459, Case No. 01-06073-W11, USBC-ED-WA;

ⓐ DOC#'s REFER TO "PACER" DOCKET NUMBERS FOR CASE NO: 2:04-CV-00427-AAM; USDC EASTERN DISTRICT OF WASHINGTON

PG 9 OF 10

FOREIGN JUDGMENTS EX. 2
(PG 2 OF 2)

## AUTHENTICATION & VERIFICATION THEREOF

r. EXHIBIT J Admitted at hearing on 12-5-01; Re: Amendment to Settlement Agreement and Mutual Release and Personal Services Contract, effective 8-17-01 between Duncan J McNeil, GMFT Reorganization Corporation, and Broadway Buildings II LP RE: Oust Motion to Convert Case to Ch 7, Docket #44 and Joinder therein Docket #212, filed 1/4/2002, as Docket #460, Case No. 01-06073-W11, USBC-ED-WA;

s. PROPOSED Exhibit "D-D" to Supplement Exhibits offered at hearing on 12-5-01; RE: 1) Standard Form 95 Claim for Damages filed by Duncan J McNeil 11-23-99 with the Oust-Ed-WA, in the Sum of $5211.926, ........., filed 2/6/2002, as Docket #'s 506, 506A, Case No. 01-06073-W11, USBC-ED-WA;

t. PROPOSED Exhibit "I-I" to Supplement Exhibits offered at hearing on 12-5-01; re: 1) Standard Form 95 Claim for Damages filed by Duncan J McNeil on 3-6-98 with the Oust-Ed-WA, in the sum of $4,651,000. Re: Oust Motion to Convert Case to Ch 7, Docket #44 and Joinder therein Docket #212, filed 2/11/2002, as Docket #512, Case No. 01-06073-W11, USBC-ED-WA;

u. (1) NOTICE of Separation Contract & Dissolution of Marriage Contract Pursuant to RCW 26.09.070 filed 7-26-01 as Document #4613783 with the County Recorder for Spokane County, Washington, (pages 1 of 29 to 29 of 29); (2) JOINT Petition for Dissolution of Marriage, filed 7-26-01 in Case No. 01-301586-7 (pages 2 of 29 to 5 of 29; 3) SEPARATION Contract and Dissolution of Marriage Contract Pursuant to RCW 26.09.070, filed 7-26-01 in Case No. 01-301586-7, (pages 6 of 29 to 29 of 29), filed 2/6/2002, as Docket #505, Case No. 01-06073-W11, USBC-ED-WA;

v. ~~DECREE OF DISSOLUTION; entered 12/5/03 in Spokane County Superior Court Case 01-301586-7, except those portions of the decree that were entered in violation of law, and in violation of the Complainant's civil and constitutional rights, as a parent.~~

## AUTHENTICATION & REGISTRATION OF JUDGMENTS

I, DUNCAN J. MCNEIL III, AM THE LAWFUL OWNER OF THE FOREGOING LISTED "FOREIGN JUDGMENTS" AND I HEREBY CERTIFY THAT TRUE AND CORRECT COPIES OF THESE "FOREIGN JUDGMENTS" ARE ON FILE IN THE IDENTIFIED ACTIONS AND DOCKET #'S AND THAT THESE "FOREIGN JUDGMENTS" ARE OFFICIALLY PUBLISHED ON THE COURT'S "PACER" SYSTEM, PURSUANT TO FRCP 44(a)(1) [CR 44(a)(1)] AND FRE RULE 201(b)(2) [& BR 201] AND ARE THE "OFFICIAL PUBLICATIONS THEREOF". BY THIS MOTION/PETITION/APPLICATION I REQUEST THAT THE CLERK OF THIS COURT PRINT, FILE AND REGISTER THESE "FOREIGN JUDGMENTS" FROM THE COURT'S "PACER" SYSTEM AND THAT THESE "FOREIGN JUDGMENTS" BE GRANTED FULL FAITH & CREDIT IN THIS COURT PURSUANT TO 28 USC § 1963, 28 USC § 1738 AND U.S. CONST. ART. IV § 1 (AND THE APPLICABLE STATE UEFJA). I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY.

DATED: 9/8/06                    [signature]
                                 JUDGMENT CREDITOR

PG 10 OF 10



AUG 27 2003

Duncan J. McNeil
Spokane Co. Jail
1100 W. Mallon
Spokane, WA 99260

U.S.M.S.
X-RAY

Chambers of Chief Judge
U.S. District Court - District of Delaware
844 N. King St.
Lockbox 18
Wilmington, DE 19801

Re: Discrimination Complaint

Legal Mail