# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. Farnan, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

October 20, 2006

Duncan J. McNeil, III
#293752
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260

        RE:    In re: Kaiser Aluminum Corporation, et al.
                  C.A. No. 05-574-JJF, M.C. No. 06-41-JJF, C.A. No. 06-178-JJF

Dear Mr. McNeil:

        The Court is in receipt of documents in which you reference the above-captioned cases. The aforesaid cases are closed and the appeals you filed in the Court of Appeal for the Third Circuit have been dismissed. Therefore, no action will be taken on your papers which are being returned to you with this letter.

                                  Sincerely,

                                    JOSEPH J. FARNAN, JR.

JJFjr:dlk
Enclosures

cc: Clerk, U.S. District Court